Steven A. Marenberg (Pro Hac Vice)
Katharine J. Galston (Pro Hac Vice)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Patricia Lee Refo (Bar No. 017032)
Andrew F. Halaby (Bar No. 017251)
**SNELL & WILMER LLP**
One Arizona Center
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

Attorneys for Defendant
THQ Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>       Plaintiff,<br><br>     v.<br><br>THQ INC., a corporation,<br><br>       Defendant. | Case No. CV-05-1134-PHX-SMM<br><br>**ANSWER OF DEFENDANT THQ INC. TO AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant THQ Inc. ("Defendant") hereby answers the Amended Complaint of Plaintiff Ultimate Creations, Inc. ("Plaintiff") as follows:

## PARTIES, JURISDICTION, AND VENUE

1.      Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and on that basis denies.

2.      Defendant admits that it is a Delaware corporation and that it does business in California at the alleged address.  Except as expressly admitted, Defendant denies the remaining allegations in Paragraph 2.

3.      Defendant denies the allegations contained in Paragraph 3.

4.      Defendant admits that the Complaint purports to assert claims arising under the Trademark Act of 1946, 15 U.S.C. § 1051 et seq., and the common law of the state of Arizona.  Defendant admits that the complaint purports to assert that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338.

5.      Defendant denies the allegations contained in Paragraph 5.

6.      Defendant denies the allegations contained in Paragraph 6.

## ALLEGATIONS COMMON TO ALL CLAIMS

7.      Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 7 as to the alleged federally registered trademarks and service marks and on that basis denies.  Defendant denies the remaining allegations in Paragraph 7.

8.      Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and each and every subsection of Paragraph 8, and on that basis denies.

9.      Defendant denies the allegations contained in Paragraph 9.

10.     Defendant admits that there were certain negotiations but denies Plaintiff's characterization of such negotiations in Paragraph 10 and on that basis denies the allegations contained in Paragraph 10.

11.     Defendant admits the allegations contained in Paragraph 11.

12.     Defendant denies the allegations contained in Paragraph 12.

13.     Defendant admits that a non-exclusive agreement was never entered between the parties.  Except as expressly admitted, Defendant denies the remaining allegations in Paragraph 13.

14.     Defendant denies the allegations contained in Paragraph 14.

15.     Defendant denies the allegations contained in Paragraph 15.

16.     Defendant denies the allegations contained in Paragraph 16.

17.     Defendant denies the allegations contained in Paragraph 17.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1435366

18.     Defendant denies the allegations contained in Paragraph 18.

19.     Defendant denies the allegations contained in Paragraph 19.

20.     Defendant denies the allegations contained in Paragraph 20.

21.     Defendant denies the allegations contained in Paragraph 21.

22.     Defendant denies the allegations contained in Paragraph 22.

## FIRST CAUSE OF ACTION

### (Infringement of a Federally Registered Trademark)

23.     Defendant incorporates its responses to the allegations of Paragraphs 1 through 22 above as though fully set forth herein.

24.     Defendant admits Plaintiff purports to invoke Section 32 of the Lanham Act, 15 U.S.C. § 1114, but denies infringing any right of Plaintiff thereunder.

25.     Defendant denies the allegations contained in Paragraph 25.

26.     Defendant denies the allegations contained in Paragraph 26.

27.     Defendant denies the allegations contained in Paragraph 27.

28.     Defendant denies the allegations contained in Paragraph 28.

## SECOND CAUSE OF ACTION

### (False Designation of Origin)

29.     Defendant incorporates its responses to the allegations of Paragraphs 1 through 28 above as though fully set forth herein.

30.     Defendant admits Plaintiff purports to invoke Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), but denies infringing any right of Plaintiff thereunder.

31.     Defendant denies the allegations contained in Paragraph 31.

32.     Defendant denies the allegations contained in Paragraph 32.

33.     Defendant denies the allegations contained in Paragraph 33.

34.     Defendant denies the allegations contained in Paragraph 34.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1435366

- 3 -

ANSWER OF DEFENDANT THQ INC. TO AMENDED COMPLAINT

1   ### THIRD CAUSE OF ACTION

2   (Infringement of Common Law Trademark)

3        35.    Defendant incorporates its responses to the allegations of Paragraphs 1

4   through 34 above as though fully set forth herein.

5        36.    Defendant denies the allegations contained in Paragraph 36.

6        37.    Defendant denies the allegations contained in Paragraph 37.

7        38.    Defendant denies the allegations contained in Paragraph 38.

8        39.    Defendant denies the allegations contained in Paragraph 39.

9

10   ### AFFIRMATIVE DEFENSES

11   FIRST AFFIRMATIVE DEFENSE

12   (Failure to State a Claim)

13   The Complaint, and each count thereof, fails to state a claim upon which relief can

14   be granted.

15   SECOND AFFIRMATIVE DEFENSE

16   (Laches)

17   Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

18   THIRD AFFIRMATIVE DEFENSE

19   (Estoppel)

20   Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

21   FOURTH AFFIRMATIVE DEFENSE

22   (Waiver)

23   Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

24   FIFTH AFFIRMATIVE DEFENSE

25   (Unclean Hands)

26   Plaintiff's claims are barred by Plaintiff's inequitable conduct and/or the doctrine

27   of unclean hands.

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1435366

SIXTH AFFIRMATIVE DEFENSE

(Principles of Equity)

Plaintiff's claims are barred under general principles of equity.

SEVENTH AFFIRMATIVE DEFENSE

(No Protectable Interest)

Plaintiff does not have rights in the alleged marks and/or trade dress and/or "intellectual property" alleged, including the alleged sequential, signature move set, among other reasons because they are functional and/or not distinctive.

EIGHTH AFFIRMATIVE DEFENSE

(Abandonment)

Plaintiff has abandoned one or more of the rights upon which it bases its claims due to nonuse and/or its failure to protect its asserted marks.

NINTH AFFIRMATIVE DEFENSE

(Presumption from Registration)

Any presumption arising from Plaintiff's United States Trademark registrations is restricted to the goods and/or services contained in each registration.

TENTH AFFIRMATIVE DEFENSE

(First Amendment)

Plaintiff is not entitled to relief because the acts alleged in the Complaint are privileged under the First and Fourteenth Amendments to the United States Constitution.

ELEVENTH AFFIRMATIVE DEFENSE

(Lack of Damages or Loss)

Plaintiff's claims are barred because Plaintiff has not sustained any damage or loss by reason of any act or omission by Defendant.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1435366

- 5 -

ANSWER OF DEFENDANT THQ INC. TO AMENDED COMPLAINT

TWELFTH AFFIRMATIVE DEFENSE

(Speculative Damages)

Plaintiff is barred from recovering under the Complaint, in whole or in part, because Plaintiff's damages, if any, are vague, uncertain and speculative.

THIRTEENTH AFFIRMATIVE DEFENSE

(Attorney's Fees)

Plaintiff's Complaint, and each purported cause of action therein, fails to state facts sufficient to entitle Plaintiff to an award of attorney's fees.

FOURTEENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

FIFTEENTH AFFIRMATIVE DEFENSE

(Preemption)

Plaintiff's state law claim is preempted by federal law.

SIXTEENTH AFFIRMATIVE DEFENSE

(Reservation)

Defendant reserves the right to allege other affirmative defenses as they become known during the course of discovery, and hereby specifically reserves the right to amend its answer to allege said affirmative defenses at such time as they become known.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for relief as follows:

1) That the Plaintiff takes nothing by its Complaint, or any of its purported causes of action, and the same be dismissed with prejudice;

2) That the Defendant have judgment entered in its favor, and against Plaintiff, on all three causes of action;

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1435366

- 6 -

ANSWER OF DEFENDANT THQ INC. TO AMENDED COMPLAINT

3) That Defendant be awarded costs of its suit, including reasonable attorney's fees; and

4) That the Court award any such other and further relief as it deems just and proper.

Dated:  January 20, 2006                    IRELL & MANELLA LLP
                                            Steven A. Marenberg
                                            Katharine J. Galston

                                            SNELL & WILMER LLP
                                            Patricia Lee Refo
                                            Andrew Halaby


                                            By:    /s/ Katharine J. Galston
                                            Katharine J. Galston
                                            Attorneys for Defendant THQ Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1435366

- 7 -

ANSWER OF DEFENDANT THQ INC. TO AMENDED COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2          Pursuant to Federal Rule of Civil Procedure 38(b), Defendant THQ Inc. hereby

3   demands a trial by jury on all issues so triable.

4

5   Dated:  January 20, 2006                          IRELL & MANELLA LLP
                                                       Steven A. Marenberg
6                                                      Katharine J. Galston

7                                                      SNELL & WILMER LLP
                                                       Patricia Lee Refo
8                                                      Andrew Halaby

9

10                                            By:    /s/ Katharine J. Galston

11                                                   Katharine J. Galston
                                                     Attorneys for Defendant THQ Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1435366

ANSWER OF DEFENDANT THQ INC. TO AMENDED COMPLAINT

1

<u>CERTIFICATE OF SERVICE</u>

2

     I hereby certify that on January 20, 2006, I electronically transmitted the

3

attached document to the Clerk's Office using the CM/ECF System for filing and

4

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5

               <u>Attorneys for Plaintiff</u>

6

               Daniel D. Maynard
               Jennifer A. Sparks

7

               Maynard Cronin Erickson Curran & Sparks, P.L.C.

8

               1800 Great American Tower
               3200 North Central Avenue

9

               Phoenix, Arizona  85012

10

11

12

                                    /s/Susan Dreger

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ANSWER OF DEFENDANT THQ INC. TO AMENDED COMPLAINT