**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THQ, Inc., )<br>)<br>Defendant. )<br>)<br>_____) | No. CIV 05-1134-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Extension of time for THQ, Inc. to Depose Warrior and for Ultimate Creations, Inc. to depose Kathy Vrabeck. (Dkt. 32.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Extension of time for THQ, Inc. to Depose Warrior and for Ultimate Creations, Inc. to depose Kathy Vrabeck. (Dkt. 32.)

**IT IS FURTHER ORDERED** that THQ, Inc. may have up to and including December 22, 2006 to take the deposition upon oral examination of Warrior and Ultimate Creations, Inc. may have up to and including December 22, 2006 to take the deposition upon oral examination of Kathy Vrabeck.

DATED this 13th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge