**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation, | CV-05-1134-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| THQ, Inc., a corporation, | |
| Defendant. | |

Pending before the Court is Ultimate Creations, Inc.'s Motion for Extension of Time for THQ Inc. to Take Deposition of Warrior and for Ultimate Creations Inc. to Take Deposition of Kathy Vrabeck and to extend the deadline to file dispositive motions and continue the Final Pretrial conference. (Dkt. 35.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Ultimate Creations, Inc.'s Motion for Extension of Time for THQ Inc. to Take Deposition of Warrior and for Ultimate Creations Inc. to Take Deposition of Kathy Vrabeck and to extend the deadline to file dispositive motions and continue the Final Pretrial conference. (Dkt. 35.)

**IT IS FURTHER ORDERED** that THQ Inc. may have up to and including February 23, 2007 to take the deposition upon oral examination of Warrior.

**IT IS FURTHER ORDERED** that Ultimate Creations, Inc. may have up to and including February 23, 2007 to take the deposition upon oral examination of Kathy Vrabeck.

1    **IT IS FURTHER ORDERED** that the deadline to file dispositive motions is extended

2    until March 23, 2007.

3    **IT IS FURTHER ORDERED VACATING** the Final Pretrial Conference scheduled

4    for February 13, 2007.

5    **IT IS FURTHER ORDERED** that the Final Pretrial Conference will be set for  April

6    25, 2007 at 4:00 p.m.

7    DATED this 20th day of December, 2006.

8

9

10                                    Stephen M. McNamee

11                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

F:\CLIENTS\ULTIMA11.162\THQ.002\PLDG\ORDER - Stip to Extend Depos.wpd