**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>THQ, Inc., a corporation,<br><br>        Defendant. | CV-05-1134-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff Ultimate Creations, Inc.'s Motion for Extension of Time Re Deadlines. (Dkt. 38.) Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff Ultimate Creations, Inc.'s Motion for Extension of Time Re Deadlines. (Dkt. 38.)

**IT IS HEREBY ORDERED VACATING** the Final Pretrial Conference scheduled to take place on April 25, 2007 at 4:00 p.m. and relieving the parties of their obligation to comply with the Order issued on March 2, 2007. See Dkt. 37.

**IT IS FURTHER ORDERED** that the Court will reschedule the Final Pretrial Conference, if necessary, in its order ruling on the potentially dispositive motion.

DATED this 22nd day of March, 2007.

Stephen M. McNamee
United States District Judge