1   Steven A. Marenberg (Pro Hac Vice)
    Katharine J. Galston (Pro Hac Vice)
2   **IRELL & MANELLA LLP**
    1800 Avenue of the Stars, Suite 900
3   Los Angeles, California 90067-4276
    Telephone:   (310) 277-1010
4   Facsimile:   (310) 203-7199
    Email:       smarenberg@irell.com
5                kgalston@irell.com

6   Patricia Lee Refo (Bar No. 017032)
    Andrew F. Halaby (Bar No. 017251)
7   **SNELL & WILMER L.L.P.**
    One Arizona Center
8   Phoenix, Arizona 85004-2202
    Telephone:   (602) 382-6000
9   Facsimile:   (602) 382-6070
    Email:       prefo@swlaw.com
10               ahalaby@swlaw.com

11  Attorneys for Defendant
    THQ Inc.
12
                    IN THE UNITED STATES DISTRICT COURT
13
                        FOR THE DISTRICT OF ARIZONA
14

15
    ULTIMATE CREATIONS, INC., an      )   Case No. CV-05-1134-PHX-SMM
16  Arizona corporation,              )
                                      )
17              Plaintiff,            )   **STATEMENT OF FACTS IN SUPPORT
                                      )   OF DEFENDANT THQ'S MOTION FOR
18       v.                           )   SUMMARY JUDGMENT**
                                      )
19  THQ INC., a corporation,          )
                                      )
20              Defendant.            )
                                      )
21  _____)

22

23

24

25

26

27

28

1    Pursuant to LRCiv 56.1(a), Defendant THQ Inc. ("THQ") submits the following

2 Statement of Facts in support of its Motion for Summary Judgment, filed concurrently

3 herewith:

4    1.    Warrior performed as a wrestling character known as the Ultimate Warrior

5 for the World Wrestling Entertainment, Inc. ("WWE").  Deposition of Warrior ("Warrior

6 Depo.")[1] at 8:22-9:8.

7    2.    Warrior started wrestling with the WWE in 1986 and the last time he

8 appeared for the WWE was in 1996.  Warrior Depo. at 9:9-11.

9    3.    Warrior stopped wrestling with a professional organization in 1998.

10 Warrior Depo. at 10:7-9.

11    4.    Since 1998, Warrior has "built another career."  Warrior Depo. at 10:17-21.

12    5.    Plaintiff operates a Web site (www.ultimatewarrior.com) on which Warrior

13 provides political and other commentary.  Warrior Depo. at 105:17-106:1:

14    A:    . . . . I mean, over the last 10 years since I've had my
       site up, I mean, it went through a redesign a few
15      months ago, but there were – I would say going by
       actual printer pages, there is 700, 800 pages of
16      commentary on all kinds of different stuff.

17      You know, I am a father.  I got kids.  I pay attention to
       what is going on outside in the world, in culture.  I am
18      outspoken about those things.  And my views are not
       politically correct, and I write a lot about everything.
19

20    6.    Warrior makes public appearances at colleges and speaks to groups of

21 "[k]ids that are interested in – that are involved in government organizations, kids that are

22 paying attention to what is going on in the world outside the school, already paying

23 attention to serious ideas.  They bring me in."  Warrior Depo. at 103:4-5, 19-25.

24

25

26

27    [1] A true and correct copy of excerpts from the Deposition of Warrior ("Warrior
28 Depo.") is attached as Exhibit A to the Galston Declaration.

1660489    STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**THQ'S WWE GAMES**

7.     THQ is a leading worldwide developer and publisher of interactive entertainment software ("video games").  Declaration of Cory Ledesma ("Ledesma Decl.") ¶ 2.

8.     THQ's video games span a wide range of categories, including action, adventure, fighting, racing, role-playing, simulation, sports, and strategy.  Ledesma Decl. ¶ 2.

9.     THQ's portfolio of highly successful video games include games based on Disney/Pixar's *Finding Nemo*, *The Incredibles*, and *Cars*; Nickelodeon's *SpongeBob SquarePants*; and *Power Rangers*, as well as original titles.  Ledesma Decl. ¶ 2.

10.     The allegedly infringing games are the wrestling-related games that THQ releases pursuant to its license with World Wrestling Entertainment, Inc. or WWE (the "WWE games"), including *SmackDown! vs. Raw* and *SmackDown! Here Comes the Pain*.   Complaint ¶ 14; Ledesma Decl. ¶ 1; Declaration of Tracy Muniz Williams ("Williams Decl.") ¶ 1.

11.     THQ's WWE games showcase the current professional wrestlers in the WWE ("WWE Superstars,") whom the game player can control in the ring in a quest to win the championship belt.    Declaration of Ms. Vrabeck with attached expert report ("Vrabeck Decl. & rpt.") at 2-4.

12.     THQ markets these games to WWE fans as a virtual opportunity to play in the WWE by participating in the events and stories that WWE fans follow during the wrestling season.  Vrabeck Decl. & rpt. at 3-4, 8; Ledesma Decl. ¶ 20; Williams Decl. ¶ 3.

13.     THQ's WWE games are updated and released annually to contain the most up-to-date roster of WWE Superstars, WWE images (such as the most recent designs of WWE arenas and WWE Superstar costumes), and storylines.  Vrabeck Decl. & rpt. at 3; Ledesma Decl. ¶ 20.

14. Consumers buy annual games to ensure they have the most current characteristics of the real-world WWE experience, including the newest and most popular WWE Superstars. Vrabeck Decl. & rpt. at 3.

15. THQ released *SmackDown! Here Comes the Pain* in October 2003. Ledesma Decl. ¶ 3.

16. THQ released *SmackDown! vs. Raw* in November 2004. Ledesma Decl. ¶ 4.

17. Copies of *SmackDown! Here Comes the Pain* and *SmackDown! vs. Raw*, as well as any other WWE game at issue in this action, along with the appropriate game consoles required to review these games, are available for the Court's review. Declaration of Katharine Galston ("Galston Decl.") ¶ 2.

18. A true and correct copy of the Expert Report of Ms. Vrabeck is attached at Exhibit 1 to the Vrabeck Declaration. Vrabeck Decl. & rpt.

**"ULTIMATE WARRIOR" AND "GENERATION WARRIOR" MARKS**

19. Without limitation, THQ has not included, in any of the WWE games it publishes and markets, a wrestler called "Ultimate Warrior" or "Generation Warrior." Ledesma Decl. ¶ 8; Vrabeck Decl. & rpt. at 5.

20. No WWE game includes the names "Ultimate Warrior" or "Generation Warrior" used in any way. Ledesma Decl. ¶ 9; Vrabeck Decl. & rpt. at 5-8.

21. During his deposition, Warrior could point to no place where "Ultimate Warrior" appeared in any WWE game. Warrior Depo. at 33:19-34:4, 34:21-23:

> Q:   . . . Is the Ultimate Warrior name in the game?
>
> A:   I am not sure.
>
> Q:   Have you ever seen the Ultimate Warrior name in the game?
>
> A:   You mean spelled out on the screen?
>
> Q:   Yes.
>
> A:   Ultimate Warrior spelled out on the screen?

- 3 -

Q:   Yes.

A:   I haven't seen that.  It may be in the video clips or
     evidence we submitted.  I don't know.
     . . . .

Q:   . . .But the name, quote, Ultimate Warrior, close quote,
     is not in the game?

A:   I don't know.  I am not sure.

22.   During his deposition, Warrior could point to no place where "Generation Warrior" appeared in any WWE game.  Warrior Depo. at 34:24-25:

Q:   Is the name Generation Warrior in the game?

A:   I don't know.

23.   The only time the Ultimate Warrior was ever referenced in connection with the advertising, marketing, or packaging of THQ's WWE games was in a single preliminary marketing document and that document was promptly retracted and never used to actually market or advertise the WWE games.  Williams Decl. ¶¶ 2-3; *see also* Warrior Depo. at 48:16-49:24.

24.   THQ has not and does not reference the "Generation Warrior" in any of its game packaging or advertising materials for its WWE games.  Williams Decl. ¶¶ 2-3; Warrior Depo. at 48:16-49:24.

25.   The game packaging, advertising, and marketing materials for THQ's WWE games feature current professional wrestlers featured in WWE's wrestling events (the "WWE Superstars"), often featuring live footage of these wrestlers in WWE events. Ledesma Decl. ¶ 20; Williams Decl. ¶ 3; Vrabeck Decl. & rpt. at 4, 8.

**THE "WARRIOR" MARK**

26.   Without limitation, THQ has not included, in any of the WWE games it publishes and markets, a wrestler called "Warrior."  Ledesma Decl. ¶ 8.

27.   THQ has not and does not reference "Warrior" in any of its game packaging or advertising materials for its WWE games.  Williams Decl. ¶¶ 2-3; Warrior Depo. at 48:16-49:24.

28.     Plaintiff claims THQ infringes its rights because a player can select "The Warrior" or "Warrior" as a name for a wrestler.  Warrior Depo. at 36:16-23; Joint Proposed Case Management Plan at 2-3.

29.     The Create-A-Wrestler Feature allows a player to select a "call name" – a name that the game's announcing voice will shout when the user-created wrestler makes his entrance to the ring.  Ledesma Decl. ¶ 11.

30.     There is no call name "Ultimate Warrior" (or the name of any other real-life wrestler) available in the games.  Ledesma Decl. ¶¶ 12, 22 & Ex. 2 (CD-Rom with video files).

31.     The available call names in the Create-A-Wrestler Feature can be applied to any user-created wrestler.  Ledesma Decl. ¶ 12.

32.     In two of THQ's WWE games – *SmackDown! vs. Raw* and *WrestleMania 21* – the game player can choose a call name from a list that includes "The Warrior" or "Warrior."  Ledesma Decl. ¶¶ 13-15, 22 & Ex. 2 (CD-Rom with video files).

33.     The list of available call names in *SmackDown! vs. Raw* is as follows:

> The Beast, Big Daddy, The Brawler, The Bruiser, The Bull, The Cat, The Cheater, The Cobra, The Corporal, The Criminal, The Devil, Dynamite, The Freak, The Genius, The Ghost, The Giant, Half Man Half Amazing, The Hitman, Hollywood, Hot Stuff, The Icon, The Immortal, The Immovable Object, The Irresistible Force, The Kid, The King, The Ladies Man, The Legend, The Legend Killer, The Machine, The Man, The Miss, The Monster, The People's Champ, The Player, The Professional, Prototype, The Queen, The Saint, The Samurai, The Star, The Superstar, Tank, The Hero, The Vampire, The Villain, The Warrior

Ledesma Decl. ¶¶ 14, 22 & Ex. 2 (CD-Rom with video files).

34.     The list of available call names in *WrestleMania 21* is as follows:

> Beast, Big Daddy, Bull, Cat, Cobra, Devil, Freak, Genius, Ghost, Giant, Kid, King, Queen, Prototype, Saint, Tank, Hitman, Legend Killer, Ladies Man, Vampire, Half Man Half Amazing, Icon, Warrior, Man, Myth, Legend, Star, Superstar, Bruiser, Immortal, Peoples Champ, Monster, Immovable Object, Irresistible Force, Hot Stuff, Hero, Dynamite, Brawler, Hollywood, Machine, Professional, Corporal, Player, Cheater, Criminal, Villain

1 | Ledesma Decl. ¶ 15.

2 |     35.    A true and correct copy of a CD-Rom that contains a video file entitled

3 | "SmackDown! vs. Raw Call Names" is attached at Exhibit 2 to the Ledesma Declaration.

4 | Ledesma Decl. ¶ 22 & Ex. 2.

5 | **THE DESIGN MARK**

6 |     36.    Plaintiff alleges that a game player "can create the Ultimate Warrior

7 | character including using . . . the Ultimate Warrior logo."  Complaint ¶ 15.

8 |     37.    A true and correct copy of Deposition Exhibit No. 1 to the Deposition of

9 | Warrior is attached to the Galston Declaration at Exhibit C.  Galston Decl., Ex. C;

10 | Warrior Depo. at 13:7-16.

11 |     38.    Plaintiff's reference to the "Ultimate Warrior logo" in paragraph 15 of the

12 | Complaint is a reference to the registered mark shown in Deposition Exhibit No. 1 to the

13 | Deposition of Warrior.  Warrior Depo. at 13:7-16, 14:2-15.

14 |     39.    THQ does not use the registered mark shown in Deposition Exhibit No. 1 to

15 | the Deposition of Warrior, or any confusingly similar mark, in any of its game packaging

16 | or advertising materials for its WWE games.  Williams Decl. ¶¶ 2-3; Warrior Depo. at

17 | 48:16-49:24.

18 |     40.    A true and correct copy of documents produced by Plaintiff Bates-labeled

19 | UCI 000016-000017 is attached at Exhibit D to Galston Declaration.  Galston Decl.,

20 | Ex. D.

21 |     41.    The instructions in the document attached as Exhibit D to Galston

22 | Declaration instruct a player to use symbol "25" in *SmackDown! Here Comes the Pain* to

23 | create the "Warrior Emblems on Trunks" and "Warrior Emblem Knee Pads."  Galston

24 | Decl., Ex. D; Vrabeck Decl. & rpt. at 6.

25 |     42.    A true and correct copy of a screenshot image of symbol 25 in

26 | *SmackDown! Here Comes the Pain* is attached as Exhibit 3 to Ledesma Declaration.

27 | Ledesma Decl. ¶ 23 & Ex. 3.

28 |

43.     Symbol 25, shown in Exhibit 3 to Ledesma Declaration, is one of 150 or more symbols available in this section of the Create-A-Wrestler Feature.  Ledesma Decl. ¶ 22 & Ex. 2 (CD Rom with video files); Vrabeck Decl. & rpt. at 6.

44.     A true and correct copy of a CD-Rom that contains a video file entitled "SmackDown! Here Comes the Pain Available Symbols" is attached at Exhibit 2 to the Ledesma Declaration.  Ledesma Decl. ¶ 22 & Ex. 2.

**THE ULTIMATE WARRIOR'S ALLEGED "CHARACTER" OR "LIKENESS"**

45.     Each of THQ's WWE video games features large roster of WWE Superstars.  Ledesma Decl. ¶¶ 5, 22 & Ex. 2 (CD-Rom with video files); Vrabeck Decl. & rpt. at 4.

46.     To play a WWE game, the game player selects a character and then controls that character in either a single match or in several matches against different opponents.  Vrabeck Decl. & rpt. at 4, 6.

47.     THQ's WWE games also contain "unlockable" characters – characters that a purchaser cannot access until the completion of game objectives.  Ledesma Decl. ¶¶ 6, 22 & Ex. 2 (CD-Rom with video files); Vrabeck Decl. & rpt. at 4.

48.     A true and correct copy of a CD-Rom that contains a video file entitled "SmackDown! vs. Raw Roster" is attached at Exhibit 2 to the Ledesma Declaration. Ledesma Decl. ¶ 22 & Ex. 2.

49.     The Ultimate Warrior is not included in any roster nor as an "unlockable" character in any WWE game.  Ledesma Decl. ¶¶ 7-8, 22 & Ex. 2 (CD-Rom with video files); Vrabeck Decl. & rpt. at 5; Deposition of Ms. Vrabeck ("Vrabeck Depo.") at 65:9-66:10.[2]

---

[2] A true and correct copy of excerpts from the Vrabeck Deposition ("Vrabeck Depo.") is attached as Exhibit B to the Galston Declaration.

STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1      50.    Plaintiff alleges that "[t]he Ultimate Warrior became a well-known

2  character as did his trade dress and marks for the sequential, signature move sets ('the

3  moves")."  Complaint ¶ 9.

4      51.    The Ultimate Warrior character "change[d] or evolve[d] over time,"

5  "throughout [Warrior's] whole career."  Warrior Depo. at 75:3-8:

6              Q:    Once you became the Ultimate Warrior, did the
                     character or the look of the Ultimate Warrior change or
7                    evolve over time?

8              A:    He did throughout my entire career, even up to 1998.  I
                     mean, I just kept reinvesting in my gimmick and my
9                    character creatively and costume-wise.

10     52.    The Ultimate Warrior character "had a bunch of different colors and outfits

11 to choose from."  Warrior Depo. at 75:22-25.

12     53.    Plaintiff alleges that "one playing the game can create the Ultimate Warrior

13 character."  Complaint ¶ 15.

14     54.    THQ's WWE games include a feature that allows a game player to create a

15 wrestler and then play the game using that user-created wrestler (the "Create-A-Wrestler

16 Feature").  Ledesma Decl. ¶¶ 10, 21 & Ex. 1 (DVD with video footage); Vrabeck Decl. &

17 rpt. at 4-6.

18     55.    To create a wrestler using the Create-A-Wrestler Feature, the player starts

19 with a generic human body form and then alters the body in many ways.  Vrabeck Decl.

20 & rpt. at 5, 6; Ledesma Decl. ¶ 21 & Ex. 1 (DVD with video footage); Vrabeck Depo. at

21 73:4-24.

22     56.    The player can choose clothing pieces, symbols, masks, tattoos, and

23 accessories; customize them; and apply them to a user-created wrestler.  Vrabeck Decl. &

24 rpt. at 5, 6; Ledesma Decl. ¶ 21 & Ex. 1 (DVD with video footage).

25     57.    The player can assign attributes to a user-created wrestler (such as a name,

26 hometown, moves, strength, or music).  Vrabeck Decl. & rpt. at 5-6.

27

28

1   58.   A true and correct copy of a DVD that shows a player using the Create-A-
2   Wrestler Feature to build a wrestler who looks like Superman is attached at Exhibit 1 to
3   the Ledesma Declaration.  Ledesma Decl. ¶ 21 & Ex. 1.

4   59.   THQ does not provide players with any instructions on how to create
5   characters in its WWE games.  Ledesma Decl. ¶ 10.

6   60.   There exists a group of very experienced video game players who spend
7   hours experimenting with the Create-A-Wrestler Feature to create wrestlers who look like
8   real people – such as a sports stars, pop singers, political figures, or actors.  Vrabeck
9   Decl. & rpt. at 5.

10   61.   Experienced video game players display on third-party internet websites
11   images or videos of their interpretations of real people or fictional characters as created
12   wrestlers, along with the elaborate, multi-step specifications required to replicate such
13   created wrestlers.  Vrabeck Decl. & rpt. at 5.

14   62.   THQ does not provide any information on how to create specific characters
15   in its WWE games to any third-party internet website.  Ledesma Decl. ¶ 10.

16   63.   The objective of the WWE games is to allow purchasers to play with
17   current WWE Superstars in a virtual WWE experience.  Vrabeck Decl. & rpt. at 6;
18   Vrabeck Depo. at 74:10-23.

19   64.   A player can play and win each WWE game without ever entering the
20   Create-A-Wrestler section of these games.  Vrabeck Decl. & rpt. at 5.

21   65.   The only way a character who resembles the Ultimate Warrior can appear
22   in THQ's games is if the player uses the Create-A-Wrestler Feature to build a wrestler the
23   player believes resembles the Ultimate Warrior.  Vrabeck Decl. & rpt. at 5-6; Vrabeck
24   Depo. at 73:4-24.

25   66.   A player can use the Create-A-Wrestler Feature to create any real-life or
26   fictional character.  Vrabeck Decl. & rpt. at 6; Vrabeck Depo. at 69:15-70:7, 73:25-74:9.

27
28

67.     THQ does not use any images of the Ultimate Warrior or his wrestling costume in any of game packaging or advertising materials for its WWE games. Williams Decl. ¶¶ 2-3.

68.     The Reporter's Transcript of Proceedings, attached as Exhibit 1 to the Complaint filed in *Ultimate Creations, Inc. v. McMahon* (marked as Deposition Exhibit No. 8 at the Deposition of Warrior) states "it's our understanding that the plaintiffs agree that Titan [WWE] is the owner of the character depicted in Titan [WWE] copyright works, and in works which record or depict the Ultimate Warrior character which Mr. Hellwig, now legally known as Warrior, performed with WWF [WWE], and have all rights afforded the owner of such rights, including but not limited to the exploitation of those rights in any and all media, including but not limited to the internet, media forms now existing or in the future without further or any compensation to the plaintiffs or their successor."  Galston Decl., Ex. E at 11:18-12:3; Warrior Depo. at 8:9-21, 82:11-83:9, 88:19-89:12.

**THE ULTIMATE WARRIOR'S ALLEGED "SIGNATURE" MOVES**

69.     Plaintiff alleges "THQ is using the . . . moves" in its WWE video games. Complaint ¶ 14.

70.     In each of THQ's WWE games, there are hundreds of possible moves – well over 500 – that a game player can assign to either a wrestler he selects from the game's roster or a wrestler the player creates using the Create-A-Wrestler Feature. Ledesma Decl. ¶ 16.

71.     The moves available in THQ's WWE games include wrestler ring entrances, fighting moves, moves to finish a match (or "finishing moves"), and other in-ring wrestler behaviors.  Ledesma Decl. ¶ 16.

72.     Plaintiff's only use of the alleged moves has been in the context of professional wrestling performances.  Warrior Depo. at 26:22-27:2, 27:6-11:

> Q.     ...You say you used these moves when you were wrestling as the Ultimate Warrior.  Did you ever use

1    the moves for any other purpose other than wrestling or
     did you ever – was there any other occasion you would
2    use these moves outside of the ring?

3    A.    Sometimes when I am dancing.

4          . . . .

5    Q.    So you haven't – so these were moves that you used in
           the ring, professional wrestling moves, right?
6
7    A.    Right.  I am sure I may have used them at some time
           being funny or something with my own children or
8          something like that, but, no.  Yes, they are professional
           wrestling moves.

9    73.    Plaintiff has never licensed the alleged moves.  Warrior Depo. at 66:24-25.

10   74.    The game packaging, advertising, and marketing materials for THQ's

11   WWE games feature current WWE Superstars and their wrestling performances, not the

12   moves of retired wrestlers.  Ledesma Decl. ¶¶ 19-20; Williams Decl. ¶¶ 2-3; Vrabeck

13   Decl. & rpt. at 3-4, 8.

14   75.    Some of Plaintiff's alleged "signature" moves exist as "unlockable" features

15   of THQ's WWE games.  Vrabeck Decl. & rpt. at 7.

16   76.    THQ's WWE games contain moves identified by the name of a real-life

17   wrestler or by some number or code.  Vrabeck Decl. & rpt. at 6-7.

18   77.    THQ's WWE games do not contain moves identified by the name "Ultimate

19   Warrior."  Ledesma Decl. ¶ 17; Vrabeck Decl. & rpt. at 6-7.

20   78.    For moves not identified with the name of a real-life wrestler, THQ does

21   not publish any instructions, or otherwise identify, what moves were once used by which

22   wrestler.  Ledesma Decl. ¶ 18.

23   Dated:    March 23, 2007              **IRELL & MANELLA LLP**
                                            **SNELL & WILMER LLP**
24

25

26                                         By:  _____s/  *Steven A. Marenberg*_____
                                                Steven A. Marenberg
27                                              Attorneys for Defendant THQ Inc.

28

1

CERTIFICATE OF SERVICE

2

I hereby certify that on March 23, 2007, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Attorneys for Plaintiff:

6

Daniel D. Maynard

7

Jennifer A. Sparks
Maynard Cronin Erickson Curran & Sparks, P.L.C.

8

1800 Great American Tower
3200 North Central Avenue

9

Phoenix, Arizona  85012

10

11

s/ *Priscilla Bradley*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT