1  ]Steven A. Marenberg (Pro Hac Vice)
   Katharine J. Galston (Pro Hac Vice)
2  **IRELL & MANELLA LLP**
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
4  Facsimile:   (310) 203-7199
   Email:       smarenberg@irell.com
5              kgalston@irell.com

6  Patricia Lee Refo (Bar No. 017032)
   Andrew F. Halaby (Bar No. 017251)
7  **SNELL & WILMER L.L.P.**
   One Arizona Center
8  Phoenix, Arizona 85004-2202
   Telephone:  (602) 382-6000
9  Facsimile:   (602) 382-6070
   Email:       prefo@swlaw.com
10             ahalaby@swlaw.com

11 Attorneys for Defendant
   THQ Inc.
12
                    IN THE UNITED STATES DISTRICT COURT
13
                          FOR THE DISTRICT OF ARIZONA
14

15
   ULTIMATE CREATIONS, INC., an   )   Case No. CV-05-1134-PHX-SMM
16 Arizona corporation,           )
                                  )
17         Plaintiff,             )   **DECLARATION OF KATHARINE J.**
                                  )   **GALSTON IN SUPPORT OF**
18     v.                         )   **DEFENDANT'S MOTION FOR**
                                  )   **SUMMARY JUDGMENT**
19 THQ INC., a corporation,       )
                                  )
20         Defendant.             )
                                  )
21

22

23

24

25

26

27

28

<u>DECLARATION OF KATHARINE J. GALSTON</u>

I, Katharine J. Galston, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Defendant THQ Inc. ("THQ") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court pro hac vice pursuant to LRCiv 83.1(b)(3). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Per the direction of the Court, THQ is not submitting copies of the video games at issue in this action, the wrestling-related video games that THQ releases pursuant to its license with World Wrestling Entertainment, Inc. or WWE (the "WWE games") with this submission but will promptly make available, upon the Court's request, the games referenced in the Complaint, as well as any other of THQ's WWE games at issue (all of which were produced in discovery) along with game consoles required for review.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the Deposition of Warrior taken on February 13, 2007.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the Deposition of Kathy Vrabeck taken on February 15, 2007.

5. Attached hereto as Exhibit C is a true and correct copy of Exhibit 1 to the Deposition of Warrior.

6. Attached hereto as Exhibit D is a true and correct copy of documents produced by Plaintiff Bates-labeled UCI 000016-000017.

///
///
///
///
///

7. Attached hereto as Exhibit E is a true and correct copy of Exhibit 8 to the Deposition of Warrior.

Executed on March 23, 2007 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

s/ *Katharine J. Galston*<br>Katharine J. Galston

---

- 2 -

DECLARATION OF KATHARINE J. GALSTON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1659905

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

<u>Attorneys for Plaintiff</u>:

Daniel D. Maynard
Jennifer A. Sparks
Maynard Cronin Erickson Curran & Sparks, P.L.C.
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona 85012

                                         s/ *Priscilla Bradley*

---

1659905  DECLARATION OF KATHARINE J. GALSTON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT