**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>　　　　Plaintiff<br><br>　v.<br><br>THQ Inc., a corporation,<br><br>　　　　Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER GRANTING MOTION TO EXCEED PAGE LIMITS** |

Having considered Defendant THQ's Motion for Leave of Court to file its Motion for Summary Judgment and Supporting Memorandum (Doc. 46) in a number of pages exceeding LRCiv 7.2(e)'s presumptive limit of 17 pages, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**. Defendant may file its Motion for Summary Judgment and Supporting Memorandum in a number of pages not to exceed 22.

**IT IS FURTHER ORDERED** that the Clerk shall enter the following lodged documents filed by THQ: Motion for Summary Judgment and Supporting Memorandum of Points and Authorities in Support Thereof (Doc. 49), Statement of Facts in Support of Defendant's Motion for Summary Judgment (Doc. 50), Declaration of Tracy Muniz Williams in Support of Defendant's Motion for Summary Judgment (Doc. 51), Declaration of Cory Ledesma in Support of Defendant's Motion for Summary Judgment (Doc. 52), Declaration of Kathy Vrabeck in Support of Defendant's Motion for Summary Judgment (Doc. 53), and

1  Declaration of Katharaine J, Galston in Support of Defendant's Motion for Summary Judgment
2  (Doc. 54).
3      **DATED** this 28th day of March, 2007.

                              Stephen M. McNamee
                              United States District Judge