**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>                    Plaintiff<br><br>   v.<br><br>THQ Inc., a corporation,<br><br>                    Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER GRANTING THQ INC.'S MOTION FOR LEAVE TO FILE EXHIBITS NON-ELECTRONICALLY** |

Having considered Defendant THQ's Motion for Leave to File Exhibits Non-Electronically (Doc. 47), and good cause appearing,

**IT IS ORDERED** granting THQ's Motion. THQ may file Exhibit 1 and Exhibit 2 to the Declaration of Cory Ledesma in Support of Defendant's Motion for Summary Judgment via hand delivery to the Clerk of the Arizona District Court in DVD and CD-Rom formats.

**DATED** this 28th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge