**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>    Plaintiff<br><br>  v.<br><br>THQ Inc., a corporation,<br><br>    Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER** |

Having considered Plaintiff Ultimate Creations, Inc.'s Motion for Extension of Time for Filing Response To, and Reply in Support Of, Motion for Summary Judgment (Doc. 64) and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Extension of Time for Filing Response To, and Reply in Support Of, Motion for Summary Judgment (Doc. 64)

**IT IS FURTHER ORDERED** that Plaintiff shall file its Response to the Motion for Summary Judgment no later than **May 7, 2007**.

**IT IS FURTHER ORDERED** that the Defendant shall file its Reply in Support of its Motion for Summary Judgment no later than **September 10, 2007**.

DATED this 24th day of April, 2007.

Stephen M. McNamee
United States District Judge