**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>　　　　Plaintiff<br><br>　v.<br><br>THQ Inc., a corporation,<br><br>　　　　Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER GRANTING MOTION TO EXCEED PAGE LIMITS** |

Having considered Plaintiff Ultimate Creations, Inc.'s (UCI) Motion for Leave of Court to file its Response to THQ's Motion for Summary Judgment (Doc.66) in a number of pages exceeding LRCiv 7.2(e)'s presumptive limit of 17 pages, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that UCI's motion is **GRANTED**. UCI may file its Response to THQ's Motion for Summary Judgment in a number of pages not to exceed 20.

**IT IS FURTHER ORDERED** that the Clerk shall enter the following lodged documents: UCI's Response to THQ's Motion for Summary Judgment (Doc. 67), UCI's Statement of Facts in Support of Its Response to THQ's Motion for Summary Judgment (Doc. 68), Declaration of Daniel Maynard (Doc. 69), Declaration of Chris Byerly (Doc. 70), and Declaration of Warrior (Doc. 71).

DATED this 9th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge