1  Daniel D. Maynard, No. 009211
   Jennifer A. Sparks, No. 017502
2  **MAYNARD CRONIN ERICKSON**
   **CURRAN & SPARKS, P.L.C.**
3  1800 Great American Tower
   3200 North Central Avenue
4  Phoenix, Arizona 85012
   (602) 279-8500
5
   Attorneys for Plaintiff
6
              IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE DISTRICT OF ARIZONA
8

9  Ultimate Creations, Inc., an Arizona      CV 05-1134-PHX-SMM
   corporation,
10
                        Plaintiff,           **ULTIMATE CREATIONS, INC.'S**
11 v.                                        **OPPOSITION TO THQ'S STATEMENT**
                                             **OF FACTS IN SUPPORT OF ITS MOTION**
12 THQ, Inc., a corporation,                 **FOR SUMMARY JUDGMENT AND UCI'S**
                                             **STATEMENT OF FACTS IN SUPPORT**
                        Defendant.           **OF ITS RESPONSE TO MOTION FOR**
13                                           **SUMMARY JUDGMENT**
14

15      Plaintiff, Ultimate Creations, Inc. ("UCI") files the following objections to THQ's

16 Statement of Facts and submits the following facts in support of its Response to Motion for

17 Summary Judgment, filed concurrently herewith.

18              **UCI's Opposition to THQ's Statement of Facts**

19      3.      The last time Warrior wrestled professionally on television was in 1998, but he

20 has not necessarily stopped wrestling.  Deposition of Warrior, 2/13/07, p. 10; Declaration of

21 Warrior, ¶8.

22      11.     THQ's games showcase not only current professional wrestlers but "legends"

23 who may not be currently wrestling.  Declaration of Daniel Maynard, ¶3.

24      12.     UCI objects in that THQ's marketing often emphasizes the Legends of Wrestling

25 who may not be currently wrestling.  Declaration of Daniel Maynard, ¶3.

26      19.     UCI believes that THQ has included the "Ultimate Warrior" move set in one of

   its games under OUW in Smackdown! Here Comes the Pain.  Declaration of Chris Byerly,

MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE • SUITE 1800 • PHOENIX, ARIZONA 85012
TELEPHONE 602.279.8500 • FACSIMILE 602.263.8185

¶15.

23.    Upon information and belief, Warrior believes that THQ ran a contest to see which wrestling legends the fans wanted in its next game and the fans selected Warrior. THQ had several written announcement that Warrior would be in its game and then retracted those statements. Declaration of Warrior, ¶¶ 24, 25.

25.    Much of the marketing material THQ uses to advertise its wrestling games includes materials on legends who are not current wrestling. Declaration of Daniel Maynard, ¶4.

26.    SmackDown Here Comes The Pain include the name Warrior that can be used with a wrestler and used by the announcer. Declaration of Chris Byerly, ¶20.

27.    Warrior was mentioned in advertising material but was then retracted. Declaration of Warrior, ¶¶ 24, 25.

49.    Warrior can be created in at least eight of the video games produced by THQ and some games include his ring entrance, his signature moves, his registered logo, his stylized face paint, his registered name Warrior, and that he is from Parts Unknown. Declaration of Chris Byerly, ¶19

52.    The Warrior outfits or costumes were basically the same, just in different color combinations, which included his trunks, arm bands, boots, and face paint. Deposition of Warrior, p. 75.

63.    The object of the THQ game is for your wrestler to win and many players prefer to create the Legends of Wrestling that they grew up with and wrestle with them rather than the current wrestlers. Declaration of Chris Byerly, ¶26.

66.    Not all real-life or fictional characters can be created in each game. In THQ"s recent game, Smackdown vs. Raw 2007, THQ took out the ability to build a character that looks like Warrior and it does not have his ring entrance or moves. Declaration of Chris Byerly, ¶28.

- 2 -

68.    UCI objects to the introduction of the referenced Reporters Transcript since it is the subject of a current declaratory judgment action that is pending in the District Court of Arizona. Declaration of Daniel Maynard, ¶6.

73.    The moves were licensed to another video game in 2003. Declaration of Warrior, ¶28.

74.    The THQ packaging, advertising and marketing materials for its wrestling games emphasize the ring entrance and the signature moves of the characters. Declaration of Daniel Maynard, ¶5.

77.    In Smackdown! Here Comes the Pain, the Warrior's moves are bundled together under a move set labeled OUW (Old Ultimate Warrior). Declaration of Chris Byerly, ¶15.

## UCI's Statement of Facts

1.    Plaintiff, Ultimate Creations, Inc. ("UCI") is an Arizona corporation doing business in Maricopa County, Arizona. Declaration of Warrior, ¶2.

2.    Warrior, is a professional wrestler who owns trademarks, service marks and intellectual property associated with the name Ultimate Warrior and Warrior and licenses UCI to handle the licensing of Warrior related marks and sells Warrior related merchandise. Declaration of Warrior, ¶¶ 3, 10-12.

3.    UCI owns intellectual properties that include but are not limited to federally registered trademarks and service marks, common law trademarks, trade dress and marks associated with the sequential, signature move set that are associated with the "Warrior" and "Ultimate Warrior," a character who participated in professional wrestling and the entertainment industry. Declaration of Warrior, ¶¶ 6-7, 10-12.

4.    The trademarks and service marks (collectively referred to as "the marks") affiliated with the character known as the Ultimate Warrior or Warrior, that are licensed to UCI, and include but are not limited to:

- 3 -

a.    Reg. No. 1,625,919 (Int'l Classes 16, 25 and 41), "Ultimate Warrior" for posters, t-shirts, wristbands and entertainment services; Declaration of Warrior, ¶10.

b.    Reg. No. 1,708,155 (Int'l Class 16), "Warrior" for posters; Declaration of Warrior, ¶11.

c.    Reg. No. 1,818,813 (Int'l Class 9), "Ultimate Warrior" for video/audio cassettes, films, CDS, laser discs and records; Declaration of Warrior, ¶10.

d.    Reg. No. 1,838,771 (Int'l Class 28), "Ultimate Warrior" for toys and sporting goods; Declaration of Warrior, ¶10.

e.    Reg. No. 2,299,387 (Int'l Classes 41 and 42), "Warrior" for sports entertainment services Declaration of Warrior, ¶11; and

f.    Reg. No. 2,345,959 (Int'l Class 41), Design mark for entertainment services (tv shows animated and live); Declaration of Warrior, ¶12.

5.    Warrior has used his service marks and trademarks continuously. Declaration of Warrior, ¶15.

6.    Warrior has not knowingly allowed unauthorized use of my service marks or trademarks. Declaration of Warrior, ¶16.

7.    Warrior created "Dingo Warrior," "Ultimate Warrior" and "Warrior." The essence of the character was that he was mysterious and mythological, from "Parts Unknown;" he was very muscular, strong, and he gathered strength from other Warriors. Professional wrestling entertainers try and create distinctive entrances and signature moves which all become part of the persona of the character. Declaration of Warrior, ¶¶ 3, 4.

8.    In professional wrestling, entertainment it is important for a wrestling character to be distinctive in order to appeal to the fans. Declaration of Warrior, ¶5.

9.    Warrior became a well known character as did his trade dress and marks for the sequential, signature move sets ("the moves") entrance and the look of his character. [ Exhibit 1 and Exhibit 2 attached hereto].

- 4 -

1    10.    THQ acknowledges that there are ring entrances, fighting moves and "finishing

2    moves" and other ring wrestling behaviors that can be created in its wrestling games. [THQ

3    SOF ¶71]

4    11.    THQ admits that some of Plaintiff's alleged "signature" moves exist as

5    "unlockable" features of THQ's video games [THQ SOF ¶75] and that some of its games

6    contain moves identified by the name of a real-life wrestler or by some number or code [THQ

7    SOF ¶76]

8    12.    Warrior's distinctive entrance was to sprint down the runway to the ring.  He

9    would jump up on the ring apron and run along it then skirt back shuffling his feet and then

10   lean his body back, holding the top rope with one arm and lean back and pump his arm

11   upward, then he would run down the ring apron and grab the ring post from the outside and

12   go around it and perform the same full ring apron stunt on another side of the ring, then he

13   would stop and while facing inside the ring he would grab the top rope and lean back and

14   shake the rope wildly and vigorously. He would then enter the ring, stand and pump his arms

15   up and down and then go up onto one to four turnbuckles and stand on the second rope and

16   face the crowd and again pump up and down his arms.  He would then come down and grab

17   the top rope and shake it the same wild and vigorous way from the inside looking out.

18   Declaration of Warrior ¶6.

19   13.    Warrior's signature closing move(s) to perform what is in the industry called a

20   "comeback" was to get his body close to the ropes to be able to grab the bottom one and begin

21   slightly shaking it with one hand and then work his way up to the second rope while on his

22   knees and then the top rope while coming to a full stand. Typically the opponent would be

23   pounding on his back or the back of his head and when he reached the top rope he would grab

24   it with both hands and begin running in place while shaking the top rope wildly and

25   vigorously. He would release the top rope after many vigorous and wild shakes and begin

26   slowly running in place in a circle inside the ring while pumping his knees very high. At some

- 5 -

1  point he would turn on the opponent, and throw a punch to stun the opponent and then he

2  would run and hit a rope and come off and throw a clothesline and keep running through to

3  the opposite ring rope and bounce off and hit his opponent with another clothesline and keep

4  running through and hit the opposite rope one more time and come off and run and hit his

5  opponent with one final clothesline (three in rapid fire succession). I would stop and stand next

6  to the fallen opponent and then begin more slowly running in place and also pumping his arms

7  up and down signaling to the crowd and fans that I was preparing to perform his trademark

8  "Gorilla Press" body slam. He would walk over and bend down and grab the opponent and lift

9  them over his head with his arms fully extended and then drop them behind his back and they

10  would fall flat on the front of their body. He would then take off running and hit the rope and

11  bounce off and run over the prostrate body of the opponent and across to the hit the opposite

12  rope and bounce off and come back to the body and then jump high in the air and splash down

13  upon the back of the opponent and then he would turn them over onto their backs for the

14  referee to then count the 1-2-3. Declaration of Warrior, ¶7

15      14.    The last time Warrior appeared in a televised professional wrestling match was

16  in 1998. Declaration of Warrior, ¶8

17      15.    Warrior was the world champion for WWF from 1990 to 1991. Declaration of

18  Warrior, ¶9.

19      16.    In 2003, THQ entered into negotiations with UCI to license the marks and

20  intellectual property associated with the Warrior owned by UCI to use in its wrestling video

21  games.  Declaration of Warrior, ¶20.

22      17.    The Non-Exclusive License Agreement would have granted use of Warrior's

23  name, voice, facsimile signature, nickname, likeness, signature moves, entrance music,

24  endorsement, right of publicity, and biographical sketch as it may appear in photographs, film,

25  video clips, etc.  Declaration of Warrior, ¶20 [Exhibit 3 attached hereto].

26      18.    THQ and UCI wanted to enter into a non-exclusive licensing agreement for THQ

- 6 -

to use the likeness, moves, entrance music, marks and trade dress associated with the Ultimate Warrior to create a playable character that would be inaccessible until certain goals in the game were reached. Declaration of Warrior, ¶21.

19.     Negotiations between the parties broke down and a non-exclusive agreement was never entered into between the parties. Declaration of Warrior, ¶23.

20.     THQ confirmed that the Ultimate Warrior would not appear in SmackDown! Here Comes the Pain as early as August 13, 2003 acknowledging that negotiations broke down. Declaration of Warrior, ¶ 25.

21.     THQ began using the likeness, moves, trade dress, marks and intellectual property owned by Ultimate Creations and associated with the Ultimate Warrior in its games, Smack Down: Here Comes the Pain and Smack Down vs. Raw and prior variations of these games as early as October 2003 [release date for Here Comes the Pain - THQ SOF ¶15 and Exhibit 2 attached hereto].

22.     THQ announced that Warrior would be in their game Day of Reckoning for Game Cube. [Exhibit 4 attached hereto].

23.     THQ announced in April 2005 that the Ultimate Warrior would appear in their video game "WWE Day of Reckoning 2" knowing that a license agreement had not been negotiated [Exhibit 4 attached hereto].

24.     In April 2005, a magazine article appeared that announced UW would appear in WWE Day of Reckoning 2 [Exhibit 5 attached hereto].

25.     THQ is using the likeness, moves, trade dress, marks and intellectual property owned by UCI and associated with Warrior and Ultimate Warrior in its games, Smack Down: Here Comes the Pain and Smack Down vs. Raw and prior variations of these games [Exhibit 2 attached hereto] and  Declaration of Chris Byerly, ¶¶ 14, 15.

26.     The THQ video games were created in such a way that one playing the game can create the Ultimate Warrior character including using the costume, the Warrior logo, face

- 7 -

paint, marks, trade dress and moves that were used by the Ultimate Warrior and Warrior. Declaration of Chris Byerly, ¶19.

27.    As late as March 2006, Ultimate Warrior was listed by Wrestling Games Zone as being one of the wrestlers which could be created in the SmackDown! vs. Raw! and Day of Reckoning games [Exhibit 6 attached hereto].

28.    Ultimate Warrior's likeness and signature moves are in WWE Day of Reckoning 1 and SmackDown! vs. Raw! and SmackDown vs. Raw 2006. Declaration of Chris Byerly, ¶19.

29.    THQ knew that the Ultimate Warrior and Warrior characters had value because it was willing to pay to use the character, likeness, moves, entrance, marks and trade dress. Declaration of Warrior, ¶22.

30.    THQ is knowledgeable of the value of these marks and intellectual property in that it was attempting to license the marks and Warrior intellectual property before it began using the marks without authorization or paying just compensation. Declaration of Warrior, ¶22.

31.    UCI has used its marks and intellectual property extensively and for a long period of time. Warrior is still using them in his speeches, including photos, videos, etc. Consequently, consumers associate UCI's marks and intellectual property with the Ultimate Warrior character owned by Ultimate Creations. Declaration of Warrior, ¶¶ 15, 17.

32.    Warrior does seminars with wrestling schools and their classes of young future wrestlers. Declaration of Warrior, ¶14.

33.    Warrior receives numerous comments/e-mails/letters from current and former fans. Declaration of Warrior, ¶18.

34.    Warrior first became aware of the use by THQ of the Warrior marks when it was pointed out by one of his fans, Chris Page, who lives in Great Britain. Chris questioned if Warrior was aware of this use. Declaration of Warrior, ¶19.

- 8 -

35.     OUW appears in SmackDown! Here Comes the Pain under move sets. Vrabeck Deposition of Kathy Vrabeck, p. 86; Exhibit 2;  Declaration of Chris Byerly, ¶15.

36.     Players of THQ wrestling video games can select "The Warrior" or "Warrior" for their character [THQ SOF ¶28]. Declaration of Chris Byerly, ¶¶14, 21-24.

37.     Players of THQ wrestling video games can create an "unlockable" character within 5 to 10 minutes. Declaration of Chris Byerly, ¶25.

38.     An unlockable in a video game is an award for finishing a set of tasks in the game accomplishing a difficult challenge, or completing the entire game. Declaration of Chris Byerly, ¶17.

39.     There are numerous devices that are available including Gameshark, Gamegenie, and Codebreaker, that permit one to access all or the majority of features that are locked or hidden without completing the tasks or completing the game.  Declaration of Chris Byerly, ¶18.

40.     One of the Hidden Entrance in SmackDown! vs. Raw is attributed to the Warrior [Exhibit 7 attached hereto]

41.     Instructions (or cheat sheets) on how to create the Warrior in THQ games exist throughout the Internet. Declaration of Chris Byerly, ¶¶ 16, 29.

42.     Various websites on the Internet known as CAWs (Create a Wrestler) allow players of the wrestling videos how to create various wrestlers in each game.  The Ultimate Warrior or Warrior has been created many times in the Smackdown vs. Raw series and are posted on numerous websites. Declaration of Chris Byerly, ¶¶ 16, 18, 23, 29.

43.     Players of the THQ wrestling games exchange information on how to make Warrior. In WWE/Smackdown! Here Comes the Pain, his entrance and signature moves were all together in the section labeled move sets under OUW, which stands for Old Ultimate Warrior.  There is also a move set labeled OHH, which contains Hulk Hogan's signature moves. Declaration of Chris Byerly, ¶15; Deposition of Kathy Vrabeck, p. 86.

- 9 -

44.   It is possible to create Warrior character in eight THQ games, which included: Play Station 2,

a.   Smackdown vs. Raw 2006.  Could create Warrior and distinctive face paint, logo, and his signature moves, but not his entrance.

b.   Smackdown vs. Raw.  Could create Warrior, distinctive face paint, logo, and move set was embedded in the game under Move Set 24 - OUW.  Warrior's distinctive entrance was in the game, complete from his running into the ring and then running around the ring shaking the top ropes.  Entrance 16.  The signature moves and entrance did not have to be crated, they were already embedded.

c.   Here Comes the Pain.  Was able to create Warrior, logo, and face paint, but not signature move set or entrance.

Game Cube:

d.   Day of Reckoning.  Could create Warrior, logo, face paint and some moves, but not the entrance.

e.   Wrestlemania XIX.  Could create Warrior, logo, face paint and some moves, but not entrance.

PSP

f.   Smackdown vs. Raw 2006; Could create Warrior, logo, signature moves and is from Parts Unknown.

X-Box

g.   WWF Raw.  Could create Warrior, logo, face paint, and some moves, but not entrance.

h.   WWF Raw 2.  Could create Warrior, logo, face paint, and some moves, but not entrance.

Declaration of Chris Byerly, ¶19.

45.   In SmackDown v. Raw 2006, you can announce where the character is from and

- 10 -

1   you can have your character be from Parts Unknown. Warrior was from Parts Unknown and

2   this was a large part of his persona. Declaration of Chris Byerly, ¶¶ 12, 19(A)(1).

3       46.     THQ's wrestling games allow players to create favorite old wrestling character

4   and to be able to wrestle as that character, such as Warrior. Declaration of Chris Byerly, ¶26.

5       47.     When Warrior started wrestling, he was different because he was more muscular

6   than other wrestlers, he wore face paint, he was dynamic and stronger than most of the

7   wrestlers, and could press them over his head. Warrior was unique. Declaration of Chris

8   Byerly, ¶27.

9       48.     It is not possible to create a character that looks like Warrior in THQ's most

10  recent Play Station 2 wrestling game: Smackdown vs. Raw 2007, It does not have his logo, nor

11  can you create his logo in face paint. Also, it does not contain his entrance nor his signature

12  move sets. Declaration of Chris Byerly, ¶28.

13      49.     Warrior is found in most THQ wrestling games and that information is spread

14  through the Internet in websites known as CAWs. Declaration of Chris Byerly, ¶29.

15      50.     On August 15, 2003, UCI entered into a license agreement with Acclaim

16  Entertainment, Inc. to license the Ultimate Warrior to be used in a video game. The license

17  was for the name, nickname, likeness, caricature, distinctive characterization, voice, biography,

18  photograph, signature and other distinctive characteristics. Declaration of Warrior, ¶28

19      51.     During the same time that Warrior was in discussions with THQ, UCI entered

20  into a license agreement with THQ's corporate affiliate, JAAKS, Inc. that manufactures action

21  figures for the name, likeness, and use of the Warrior logo and trademarks. Declaration of

22  Warrior, ¶29.

23      52.     THQ and JAAKS are affiliated. Declaration of Warrior, ¶31.

24      53.     Warrior has never authorized the use of his character in any way to THQ.

25  Declaration of Warrior, ¶32.

26

- 11 -

1    DATED this 7th day of May, 2007.

2                                              MAYNARD CRONIN ERICKSON
                                               CURRAN & SPARKS, P.L.C.
3

4                                              By s/Daniel D. Maynard
                                                  Daniel D. Maynard
5                                                 Jennifer A. Sparks
                                                  1800 Great American Tower
6                                                 3200 Central Avenue
                                                  Phoenix, Arizona 85012
7                                                 Attorneys for Plaintiff

8    **ORIGINAL** of the foregoing filed this 7th day of May, 2007 via CM/ECF with:

9    Clerk of the Court
     United States District Court
10   401 W. Washington
     Phoenix, AZ 85003
11
     with a copy mailed (along with a copy of the NEF) and electronically mailed this same day to:
12
     Hon. Stephen M. McNamee
13   United States District Court
     401 W. Washington
14   Phoenix, Arizona 85003-2120
     mcnamee_chambers@azd.uscourts.gov
15
     with a copy electronically mailed this same day to:
16
     Steven A. Marenberg, Esq.              Andrew F. Halaby
17   Katharine Galston, Esq.                *Snell & Wilmer LLP*
     *Irell & Manella LLP*                  One Arizona Center
18   1800 Avenue of the Stars, Ste. 900     400 E. Van Buren
     Los Angeles, CA 90067-4276             Phoenix, AZ 85004-2202
19   Attorneys for Defendant                Attorney for Defendant

20

21     s/Stacey Tanner
22

23

24

25

26

                                    - 12 -

Ultimate Creations, Inc. v. THQ, Inc.
USDC  of Arizona
Case No. CV 05-1134-PHX-SMM

INDEX OF EXHIBITS TO
STATEMENT OF FACTS IN RESPONSE TO
THQ'S MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| 1 | E-mail re Batista (UCI 000259) |
| 2 | IGN Sports Article "WWE Smackdown: Here Come the CAWs" (UCI 000016-21) |
| 3 | THQ/Warrior draft non-exclusive license agreements (UCI 000216-218, UCI 000008-15) |
| 4 | "Day of Reckoning 2" press releases (THQ 000034, 00001-2) |
| 5 | IGN Sports Article "WWE Day of Reckoning 2" (UCI 000219-221) and forum information (UCI 000254-255) |
| 6 | Wrestling Games Zone article (UCI 000249-250) |
| 7 | WWE Smackdown vs. Raw PS2 cheats (UCI 000133-136) |
| 8 | Excerpt from Deposition of Warrior, 2/13/07 |
| 9 | Excerpt from Deposition of Kathy Vrabeck, 2/15/07 |

# EXHIBIT 1

**GSIPE**

From:   Jerry Chandler II [RanmaVa@msn.com]
Sent:   Sunday, October 16, 2005 8:03 AM
To:     mrwarrior@earthlink.net
Subject: Batista is giving you credit.


You might not rip Dave Batista so much when the WWE Warrior DVD comes up. He's not, despite the early rumors, trashing you in it and he's actually out there giving you the some credit and some level of respect. He even owns up to the rope shaking thing.

This is from an interview he did with The Sun.
http://www.thesun.co.uk/article/0,,2003560001-2005470825,00.html


What do you think of the new Ultimate Warrior DVD, which buries a wrestling legend many fans still love today?
Shaun Johnson, Nottingham

I have not seen the DVD and don't know much about it.

I have never met The Ultimate Warrior - or guys like Bret Hart and Randy Savage - and would never judge anybody before I meet them.

I haven't heard anybody say good things about Warrior, but the one thing you can never take away is that he was exciting.

He's like Goldberg. He was someone who was not the most technical wrestler, didn't have the best moves or psychology - but at the same time you just had to respect his intensity and people loved him because of that. That simple element can draw people in.

I did like The Ultimate Warrior, but I was always more a fan of The Warlord and Ricky The Dragon Steamboat.

My rope shake is a total Warrior rip off - I've never denied it!

                                                                    Jerry

Chandler

**EXHIBIT 2**

IGN: WWE Smackdown: Here Come the CAWs

IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | DS | Game Boy | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

SPORTS

Log In | Register
My Account | My Email Alerts
My Collection (0 Games) | My Wishlist

Enter Game Title

**Find Game**

It's Good to Be a PC Gamer
Check out all these huge, new
games! And we've got detailed
reviews for all of them:

 Call of Duty 2

 Age of Empires III

 F.E.A.R.

 Quake 4

**SECTIONS**
· Football
· Basketball
· Baseball
· Boxing
· Hockey
· Wrestling
· Other
· Play of the Day
· News
· Mailbag
· Message Boards

**CHANNELS**

**Insider Members**
· Insider Channel
· Hi-Res Movies
· Strategy Guides
· Join Insider

**Games**
· PC Games
· PlayStation 2
· PlayStation 3
· Sony PSP
· Xbox
· Xbox 360
· GameCube
· Nintendo DS
· Game Boy
· Wireless
· N-Gage
· PlayStation
· N64
· Dreamcast
· PC Downloads
· Top Games
· VE3D
· Vault Network

**Entertainment**
· Movies
· DVD
· Music

IGN » Sports » Wrestling

## WWE Smackdown: Here Come the CAWs
### How to create the Ultimate Warrior, Razor Ramon and more.
by IGN Sports

**November 21, 2003** - The perfect wrestling game would have every wrestler you've ever loved to see work in the ring, from legends like Terry Funk and Ricky Steamboat to newer stars like Y2J and AJ Styles. Well, since nobody will ever have a game with all of those licenses, the next best thing is to create these starts yourself.

Thanks to the readers of IGN Sports, now you have this opportunity.

Read below to find the menus and formulas to create a variety of past and present stars, then click on the media page to watch a few videos of the wrestlers smacking each other upside the head just like the good old days.

## The Ultimate Warrior

*Contributed by Slavetothemedia*

Figure
Body Morph: 0, 100

Form
Head: -25, -27
Neck: 43, 50 -38
Chest: 45, 0 -43
Shoulder: -27, 65 16
Abdomen: 32, -2 -10
Arms: 39, -7 -5, 2
Forearms: -12, -6
Hands: 24, 3 -71
Waist: 2, 0
Thigh: 18, 10
Legs: 0, -15 -13
Feet: -29, -7
Height: 6'2"

Body
Face: 14, 10, (0,0), (0,0), -51
Head: 0,0
Eyebrow: 0,0
Eyes: 0,0 0,0
Nose: 0,0 0,0
Cheek: 0,0
Mouth: 3,40 43
Jaw: -10,0 -12
Skin: 41 Color: -92, -18 Shade: 2
Hair: 35 Color: -85, 9 Shade: 0 Length: 72
Eyebrow: 1 Color: -94, 9
Eyes: 1 Color: 9, 9 Shade: 0
Facial Hair: N/A
Lips: 1

UCI 000016

· Comics
· Gear
· Sports
· Cars
· Babes
· Sci-Fi Brain ·

**Cheats & Codes**
· PS2 Cheats
· Xbox Cheats
· Cube Cheats
· PC Cheats
· GBA Cheats
· Top Cheats
· FAQs
· Game Guides

**IGN Services**
· Message Boards
· User Pages
· My Collection
· My Wishlist
· Newswire
· Free Email
· Newsletter
· Chat
· My Account

**GET GAMES**

**Direct2Drive**
**Compare Prices**
· PS2 Games
· Xbox Games
· Cube Games
· PC Games
· GBA Games

**PARTNERS**

· Dream Crib
· Full Sail Career
Channel

7) Underwear: 1, 1 Color: 26, -24 Shade: -5

8) Head Paint: 30 Color: 26, -24 Shade: -5 Opac: 100
9) Head Paint: 33 Color: 26, -24 Shade: -5 Opac: 100
10) Head Paint: 31 Color: 100, 27 Shade: 11 Opac: 100
11) Head Paint: 32 Color: -73, 9 Shade: 0 Opac: 100

12) Simple (Body): 25 Turn: 2x Reduce: 2x Color: -81, 36 Shade: 0 Opac: 100
13) Simple (Body): 25 Turn: 2x Reduce: 2x Color: 9, 44 Shade: 0 Opac: 100
14) Simple (Body): 25 Turn: 2x Reduce: 2x Color: 9, 44 Shade: 0 Opac: 100
15) Simple (Body): 25 turn: 2x Reduce: 2x Color: -66, 41 Shade: 0 Opac: 100
16) Simple (Body): 25 Turn: 2x Reduce: 2x Color: -66, 41 Shade: 0 Opac: 100
17) Simple (Body): 25 Turn: 2x Reduce: 3x Color: -81, 36 Shade: 0 Opac: 100



18) WristBand (Both): 4, 1 Color: 26, -24 Shade: -5 Trans: 100 Length: 63
19) WristBand (Both); 9, 1 Color: -85, 33 Shade: 0 Trans: 100 Length: 64

20) Shoes: 13, 1, 7 Color: -93, -9

21) Knee Pads (Both): 14, 1 Color: 26, -24 Shade: -5 Opac: 100

22) Simple (Left Leg): 25 Turn: 2x Reduce: 3x Color: -67, 40 Shade: 0 Opac: 100
23) Simple (Left Leg): 25 Turn: 2x Reduce: 2x Color: -85, 32 Shade: 0 Opac: 100
24) Simple (Right Leg): 25 Turn: 2x Reduce: 3x Color: -67, 40 Shade: 0 Opac: 100
25) Simple (Right Leg): 25 Turn: 2x Reduce: 2x Color: -85, 32 Shade: 0 Opac: 100

26) Simple (Right Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
27) Simple (Right Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
28) Simple (Left Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
29) Simple (Left Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100

Layers: 8-10 Warrior Face-Paint
12-17 Warrior Emblems on Trunks
18-19 Wrist Bands
20 Shoes
21 Knee Pads
22-25 Warrior Emblem Knee Pads
26-29 Bicep Ties

UCI 000017



Once you've created the Warrior, head into move sets and look for OUW (Old Ultimate Warrior). It's one of the unlockable move sets, but it pretty much has all of the moves you remember.

**1 | 2 | 3 | 4 | Next Page >>**



See All **8** Images



See All **2** Videos

| Related Articles | Send This Page to a Friend |
| --- | --- |
| Contact the Editors | |

UCI 000018



Click now to win big on IGN Sweepstakes!

Hot Games: WWE SmackDown! vs. RAW 2006 | Halo 3 | Grand Theft Auto: Liberty City Stories | Metal Gear Solid 4: Guns of the Patriots | 

IGN.com | GameSpy | Arcade | Arena | TeamXbox | GameStats | Planets | Vaults | VE3D | AskM

CheatsCodesGuides | FilePlanet | 3D Gamers | Direct2Drive | Rotten Tomatoes | GamerMetrics

Copyright 1996-2005, IGN Entertainment, Inc.   About Us | Support | Advertise | Privacy Policy | User Agreement |

UCI 000019

http://sports.ign.com/articles/441/441723p1.html

10/26/2005

http://sports.ign.com/articles/441/441723p1.html?fromint=1

# WWE Smackdown: Here Come the CAWs

**November 21, 2003** - The perfect wrestling game would have every wrestler you've ever loved to see work in the ring, from legends like Terry Funk and Ricky Steamboat to newer stars like Y2J and AJ Styles. Well, since nobody will ever have a game with all of those licenses, the next best thing is to create these starts yourself.

Thanks to the readers of IGN Sports, now you have this opportunity.

Read below to find the menus and formulas to create a variety of past and present stars, then click on the media page to watch a few videos of the wrestlers smacking each other upside the head just like the good old days.

## The Ultimate Warrior
*Contributed by Slavetothemedia*

Figure
Body Morph: 0, 100

Form
Head: -25, -27
Neck: 43, 50 -38
Chest: 45, 0 -43
Shoulder: -27, 65 16
Abdomen: 32, -2 -10
Arms: 39, -7 -5, 2
Forearms: -12, -6
Hands: 24, 3 -71
Waist: 2, 0
Thigh: 18, 10
Legs: 0, -15 -13
Feet: -29, -7
Height: 6'2"

Body
Face: 14, 10, (0,0), (0,0), -51
Head: 0,0
Eyebrow: 0,0
Eyes: 0,0 0,0
Nose: 0,0 0,0
Cheek: 0,0
Mouth: 3,40 43
Jaw: -10,0 -12
Skin: 41 Color: -92, -18 Shade: 2
Hair: 35 Color: -85, 9 Shade: 0 Length: 72
Eyebrow: 1 Color: -94, 9
Eyes: 1 Color: 9, 9 Shade: 0
Facial Hair: N/A
Lips: 1

Layers

7) Underwear: 1, 1 Color: 26, -24 Shade: -5

UCL000020

8) Head Paint: 30 Color: 26, -24 Shade: -5 Opac: 100
9) Head Paint: 33 Color: 26, -24 Shade: -5 Opac: 100
10) Head Paint: 31 Color: 100, 27 Shade: 11 Opac: 100
11) Head Paint: 32 Color: -73, 9 Shade: 0 Opac: 100

12) Simple (Body): 25 Turn: 2x Reduce: 2x Color: -81, 36 Shade: 0 Opac: 100
13) Simple (Body): 25 Turn: 2x Reduce: 2x Color: 9, 44 Shade: 0 Opac: 100
14) Simple (Body): 25 Turn: 2x Reduce: 2x Color: 9, 44 Shade: 0 Opac: 100
15) Simple (Body): 25 turn: 2x Reduce: 2x Color: -66, 41 Shade: 0 Opac: 100
16) Simple (Body): 25 Turn: 2x Reduce: 2x Color: -66, 41 Shade: 0 Opac: 100
17) Simple (Body): 25 Turn: 2x Reduce: 3x Color: -81, 36 Shade: 0 Opac: 100

18) WristBand (Both): 4, 1 Color: 26, -24 Shade: -5 Trans: 100 Length: 63
19) WristBand (Both); 9, 1 Color: -85, 33 Shade: 0 Trans: 100 Length: 64

20) Shoes: 13, 1, 7 Color: -93, -9

21) Knee Pads (Both): 14, 1 Color: 26, -24 Shade: -5 Opac: 100

22) Simple (Left Leg): 25 Turn: 2x Reduce: 3x Color: -67, 40 Shade: 0 Opac: 100
23) Simple (Left Leg): 25 Turn: 2x Reduce: 2x Color: -85, 32 Shade: 0 Opac: 100
24) Simple (Right Leg): 25 Turn: 2x Reduce: 3x Color: -67, 40 Shade: 0 Opac: 100
25) Simple (Right Leg): 25 Turn: 2x Reduce: 2x Color: -85, 32 Shade: 0 Opac: 100

26) Simple (Right Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
27) Simple (Right Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
28) Simple (Left Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
29) Simple (Left Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100

Layers: 8-10 Warrior Face-Paint
12-17 Warrior Emblems on Trunks
18-19 Wrist Bands
20 Shoes
21 Knee Pads
22-25 Warrior Emblem Knee Pads
26-29 Bicep Ties

Once you've created the Warrior, head into move sets and look for OUW (Old Ultimate Warrior).
It's one of the unlockable move sets, but it pretty much has all of the moves you remember.

# EXHIBIT 3

# THQ INC. NON-EXCLUSIVE LICENSE AGREEMENT

This license agreement ("Agreement") is made this **May 6, 2003**, by and between _____, professionally known as "**Ultimate Warrior**" ("Superstar Legend"), an individual, c/o Daniel M. Siegel, CMG Worldwide, Inc., with an address of 8560 Sunset Boulevard, 10th Floor Penthouse, West Hollywood, CA 90069; (t) 310-854-1005 and (f) 317-570-5500, and THQ Inc., ("THQ"), a Delaware Corporation, doing business at 27001 Agoura Rd., #325, Calabasas Hills, CA 91301; (t) 818-871-5000 and (f) 818-871-7400.

WHEREAS, Superstar Legend is a World Wrestling Entertainment Superstar Legend wrestler.

WHEREAS, Superstar Legend would like to participate in the release of THQ's Sony PlayStation 2 and Microsoft Xbox video games with a working titles of *WWE Smackdown 5 and WWE Raw 3* (the "Games").

WHEREAS, THQ is in the business of producing and publishing interactive electronic video games for all formats and platforms, e.g., console and personal computer on, including but not limited to, PC, MAC, Sony PlayStation 2, Nintendo GameBoy Advance, Microsoft Xbox, Nintendo GameCube, wireless platforms and all successor platforms.

WHEREAS, THQ and Superstar Legend are desirous of entering into a non-exclusive license agreement.

In consideration of the mutual promises and covenants contained herein, and other good and valid consideration, the parties hereby agree as follows:

Superstar Legend hereby grants to THQ, its agents, successors, assigns, and licensees the non-exclusive, irrevocable worldwide right and license to use the Superstar Legend's name, voice, facsimile signature, nickname, likeness, signature moves, entrance music, endorsement, right of publicity, and biographical sketch as it may appear in photographs, film, video clips and/or otherwise (the "Property") for and in the Game being published during the Term (as defined below) of this Agreement. If the Superstar Legend owns or controls the copyrights to the aforementioned photographs, film and/or video clips, then Superstar Legend hereby grants to THQ the non-exclusive worldwide right and license to use the copyrights to such materials as part of the Property for the Game being published during the Term of this Agreement. Superstar Legend shall use good faith efforts to assist THQ in securing the right to use any photographs, film and/or video clips for which Superstar Legend does not own the rights therein. This grant of rights to the Property includes the right to make, manufacture, reproduce, publicly perform, display, sell, sublicense, distribute or otherwise vend and exploit copies of the Game using the Property by any means now known or hereafter to become known, including, without limitation, transmission and broadcast of the Game over gaming intranets and internet web sites. Superstar Legend further grants THQ the right to use the Property in any and all forms of advertising, marketing, promotions and strategy guides for the Game, including, but not limited to, packaging, print, television, radio, internet and/or other media or formats now known or hereafter invented and the right to use the Property in the Game embodied on video cassettes, video tapes, or video discs (collectively, the "Ad Materials "), and to distribute, publicly perform, display or exhibit such Ad Materials for advertising and promotion of the Game. Superstar Legend acknowledges that THQ, its agents, successors, assigns, and licensees may proceed in reliance upon this grant of rights.

Superstar Legend hereby grants to THQ the right and license to utilize and sublicense the rights to Superstar Legend's present endorsers and/or sponsors and their logos for use in connection with the Game when and if such releases and rights may be obtained by Superstar Legend at no cost to THQ. Superstar Legend shall use good faith efforts to secure any and all rights from its endorsers and/or sponsors, which THQ may reasonably request from time to time.

Upon execution of this Agreement, Superstar Legend shall provide THQ with approved photographs, negatives, and sample signatures and/or make himself available to be photographed by THQ at no additional cost to THQ, which THQ shall use with the Game ("Material Assets"). Subject to Superstar Legend's professional availability, Superstar Legend shall attend and participate in photograph and/or motion capture sessions for THQ to be held at a time, date and location mutually agreeable to Superstar Legend and THQ. If THQ requests that Superstar Legend travel more than fifty (50) miles from the address set forth above or the event in which Superstar Legend is currently

1

UCI 000216

participating to attend such photograph or motion capture sessions, then subject to mutual agreement by THQ and Superstar Legend, THQ shall reimburse Superstar Legend for Superstar Legend's reasonable and documented expenses associated with such photograph or motion capture sessions, including hotel accommodations, coach class air fare, and a reasonable daily per diem. ("Expenses").

The term ("Term") of this Agreement shall be from the date first set forth above until two (2) years after the commercial release of the first Game hereunder; provided, however, THQ may continue to develop, manufacture, publish, market, advertise, sell and distribute any Game initially published during the Term in perpetuity.

Superstar Legend represents and warrants that (i) Superstar Legend is the sole and exclusive owner and/or controller of the rights to the Property; (ii) Superstar Legend has full legal capacity, power and authority to license the Property to THQ as set forth herein; (iii) Superstar Legend has not previously granted, and will not grant during the Term, any license that would conflict with or be inconsistent with the terms of this license; (iv) the granting of this license and THQ's intended uses hereunder shall not infringe upon the rights of any third parties; and (v) Superstar Legend will indemnify THQ for any breach of these representations and warranties.

Both Superstar Legend and THQ agree that the terms and conditions of this Agreement are confidential, and neither party will discuss the terms of this Agreement publicly, except as may be required by law, or for legal and accounting advice. Superstar Legend also understands that he may obtain certain information and materials of THQ during the Term of this Agreement, and hereby agrees that he shall keep such information and material confidential. Notwithstanding anything to the contrary herein, THQ may file a copy of this Agreement with the United States Copyright Office.

For the rights granted to THQ herein, THQ agrees to pay Superstar Legend the sum of Four Thousand U.S. Dollars ($4,000.00), payable within thirty (30) days of mutual execution hereof. This sum shall be the sole consideration paid to Superstar Legend by THQ.

All notices and statements shall be in writing and shall together with any payments be delivered personally or by U.S. registered or certified return receipted mail, or by DHL, Federal Express or other recognized courier service, or by facsimile transmission and followed by aforesaid courier delivery, postage prepaid to the intended party at the address set forth at the beginning of this Agreement (unless notification of a change of address is given in writing). The business day after facsimile transmission or the date of actual receipt of registered or certified return receipted mail or courier service transmitted shall be deemed the date the notice is given.

Superstar Legend acknowledges that he has been informed of his rights and encouraged to have independent legal counsel review this Agreement.

This Agreement constitutes the entire agreement between the parties with reference to this matter, and supersedes all prior agreements written or oral. This Agreement may not be modified or altered except by written instrument duly executed by both parties. In the event any one or more of the provisions of this Agreement are unenforceable, it will be stricken from this Agreement, but the remainder of the Agreement will be unimpaired. This Agreement is made, and is to be construed under the laws of the state of California with respect to contracts, which are entered into and fully performed in California. In the event of any breach of this Agreement by THQ, Superstar Legend hereby agrees that Superstar Legend's sole remedy shall be a legal claim for monetary damages. In no event shall Superstar Legend be entitled to, or entitled to seek, equitable remedies, including, but not limited to, injunctive relief, and Superstar Legend hereby waives all rights thereto. The parties hereto agree that any dispute arising out of or relating to this Agreement shall be instituted and prosecuted in the courts of competent jurisdiction of the state of California, located in Los Angeles County, and the parties hereto irrevocably submit to the jurisdiction of said courts and waive any rights to object to or challenge the appropriateness of said forums. Except as otherwise provided in this Agreement, all of THQ's rights and remedies herein or otherwise shall be cumulative and none of them shall be in limitation of any other right or remedy in law and/or equity. THQ shall have no obligation to exploit the Property hereunder. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

2

IN WITNESS WHEREOF, the parties agree to above as a sealed instrument as of the date set forth on the first page herein.

THQ Inc.                                          Superstar Legend

_____         _____

Duly authorized by THQ Inc.                       Duly authorized by
Print Name:                                       Print Name:
Print Title:                                      Social Security Number:

3

S:\Legal\License Agt\Fighter Agreements\Utimate Warriorl.Non-Exclusive Superstar Legends 050603F.doc

UGI 000218

### THQ INC. NON-EXCLUSIVE LICENSE AGREEMENT

This license agreement ("Agreement") is made this July 21, 2003, by and between Warrior, professionally known as "The Ultimate Warrior" ("Superstar Legend"), an individual, c/o Daniel M. Siegel, CMG Worldwide, Inc., with an address of 10500 Crosspoint Boulevard, Indianapolis, Indiana 46256; (t) 310-854-1005 and (f) 317-570-5500, and THQ Inc., ("THQ"), a Delaware Corporation, doing business at 27001 Agoura Rd., #325, Calabasas Hills, CA 91301; (t) 818-871-5000 and (f) 818-871-7400.

WHEREAS, Superstar Legend is a former World Wrestling Entertainment Superstar Legend wrestler.

WHEREAS, Superstar Legend would like to participate in the release of THQ's Sony PlayStation 2 and Microsoft Xbox video games with a working titles of *WWE Smackdown 5 and WWE Raw 3* (the "Games"), as a playable character that is inaccessible until certain goals within the game are reached (an "Unlockable Playable Character")..

WHEREAS, THQ is in the business of producing and publishing interactive electronic video games for all formats and platforms, e.g., console and personal computer on, including but not limited to, PC, MAC, Sony PlayStation 2, Nintendo GameBoy Advance, Microsoft Xbox, Nintendo GameCube, wireless platforms and all successor platforms.

WHEREAS, THQ and Superstar Legend are desirous of entering into a non-exclusive license agreement.

In consideration of the mutual promises and covenants contained herein, and other good and valid consideration, the parties hereby agree as follows:

Superstar Legend hereby grants to THQ, its agents, successors, assigns, and licensees the non-exclusive, irrevocable worldwide right and license to use the Superstar Legend's name, voice, facsimile signature, nickname, likeness, signature moves, entrance music, endorsement, right of publicity, and biographical sketch as it may appear in photographs, film, video clips and/or otherwise (the "Property") for and in the Game being published during the Term (as defined below) of this Agreement, such use of the Property in the game shall be at THQ's discretion, subject to reasonable consultation with Superstar Legend.. If the Superstar Legend owns or controls the copyrights to the aforementioned photographs, film and/or video clips, then Superstar Legend hereby grants to THQ the non-exclusive worldwide right and license to use the copyrights to such materials as part of the Property for the Game being published during the Term of this Agreement. Superstar Legend shall use good faith efforts to assist THQ in securing the right to use any photographs, film and/or video clips for which Superstar Legend does not own the rights therein. This grant of rights to the Property includes the right to make, manufacture, reproduce, publicly perform, display, sell, sublicense, distribute or otherwise vend and exploit copies of the Game using the

1

UCL000008

Property by any means now known or hereafter to become known, including, without limitation, transmission and broadcast of the Game over gaming intranets and internet web sites.  Superstar Legend further grants THQ the right to use the Property in any and all forms of advertising, marketing, promotions and strategy guides for the Game, including, but not limited to, packaging (Packaging may only include superstar Legend's name; such name may only be located on back of box and will not be any larger than any other informational text), **print, television, radio, internet and/or other media or formats now known or hereafter invented and the right to use the Property in the Game embodied on video cassettes, video tapes, or video discs** (collectively, the "Ad Materials "), and to distribute, publicly perform, display or exhibit such Ad Materials for advertising and promotion of the Game.  Superstar Legend acknowledges that THQ, its agents, successors, assigns, and licensees may proceed in reliance upon this grant of rights.

Upon execution of this Agreement, Superstar Legend shall provide THQ with approved photographs, negatives, and sample signatures and/or make himself available to be photographed by THQ for a reasonable appearance fee, such fee to be mutually negotiated by the parties and shall be comparable to fees of former Superstar Wrestlers at the time of negotiations which THQ shall use with the Game ("Material Assets"). Subject to Superstar Legend's professional availability, Superstar Legend shall attend and participate in photograph and/or motion capture sessions for THQ to be held at a time, date and location mutually agreeable to Superstar Legend and THQ.  If THQ requests that Superstar Legend travel more than fifty (50) miles from the address set forth above or the event in which Superstar Legend is currently participating to attend such photograph or motion capture sessions, then subject to mutual agreement by THQ and Superstar Legend, THQ shall provide in advance all of Superstar Legend's reasonable and documented expenses associated with such photograph or motion capture sessions, including hotel accommodations, coach class air fare, and a reasonable daily per diem. ("Expenses").

The term ("Term") of this Agreement shall be from the date first set forth above until two (2) years after the commercial release of the first Game hereunder or December 1, 2003, whichever is earlier; provided, however, THQ may continue to develop, manufacture, publish, market, advertise, sell and distribute any Game initially published during the Term in perpetuity.

Superstar Legend represents and warrants that (i) Superstar Legend is the sole and exclusive owner and/or controller of the rights to the Property; (ii) Superstar Legend has full legal capacity, power and authority to license the Property to THQ as set forth herein; (iii) Superstar Legend has not previously granted, and will not grant during the Term, any license that would conflict with or be inconsistent with the terms of this license; (iv) the granting of this license and THQ's intended uses hereunder shall not infringe upon the rights of any third parties; and (v) Superstar Legend will indemnify THQ for any breach of these representations and warranties.

2

Both Superstar Legend and THQ agree that the terms and conditions of this Agreement are confidential, and neither party will discuss the terms of this Agreement publicly, except as may be required by law, or for legal and accounting advice. Superstar Legend also understands that he may obtain certain information and materials of THQ during the Term of this Agreement, and hereby agrees that he shall keep such information and material confidential. Notwithstanding anything to the contrary herein, THQ may file a copy of this Agreement with the United States Copyright Office.

For the rights granted to THQ herein, THQ agrees to pay Superstar Legend the sum of Nine Thousand Five Hundred U.S. Dollars ($9,500.00), payable within twenty-one (21) days of mutual execution hereof. This sum shall be the sole consideration paid to Superstar Legend by THQ.

THQ will also provide Superstar Legend, free of charge, five (5) copies of each Game, on all Platforms, in which Superstar Legend appears.

All notices and statements shall be in writing and shall together with any payments be delivered personally or by U.S. registered or certified return receipted mail, or by DHL, Federal Express or other recognized courier service, or by facsimile transmission and followed by aforesaid courier delivery, postage prepaid to the intended party at the address set forth at the beginning of this Agreement (unless notification of a change of address is given in writing). The business day after facsimile transmission or the date of actual receipt of registered or certified return receipted mail or courier service transmitted shall be deemed the date the notice is given.

Superstar Legend acknowledges that he has been informed of his rights and encouraged to have independent legal counsel review this Agreement.

This Agreement constitutes the entire agreement between the parties with reference to this matter, and supersedes all prior agreements written or oral. This Agreement may not be modified or altered except by written instrument duly executed by both parties. In the event any one or more of the provisions of this Agreement are unenforceable, it will be stricken from this Agreement, but the remainder of the Agreement will be unimpaired. This Agreement is made, and is to be construed under the laws of the state of California with respect to contracts, which are entered into and fully performed in California. In the event of any breach of this Agreement by THQ, Superstar Legend hereby agrees that Superstar Legend's sole remedy shall be a legal claim for monetary damages. In no event shall Superstar Legend be entitled to, or entitled to seek, equitable remedies, including, but not limited to, injunctive relief, and Superstar Legend hereby waives all rights thereto. The parties hereto agree that any dispute arising out of or relating to this Agreement shall be instituted and prosecuted in the courts of competent jurisdiction of the state of California, located in Los Angeles County, and the parties hereto irrevocably submit to the jurisdiction of said courts and waive any rights to object to or challenge the appropriateness of said forums. Except as otherwise provided in this Agreement, all of THQ's rights and remedies herein or otherwise shall be cumulative and none of them shall be in limitation of any other right or remedy in law

3

and/or equity.  THQ shall have no obligation to exploit the Property hereunder.  This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties agree to above as a sealed instrument as of the date set forth on the first page herein.

THQ Inc.                                                    Superstar Legend


_____          _____
Duly authorized by THQ Inc.                    Duly authorized by
Print Name:                                               Print Name:  Warrior
Print Title:                                                 Social Security Number:

4

## THQ INC. NON-EXCLUSIVE LICENSE AGREEMENT

This license agreement ("Agreement") is made this **August 8, 2003**, by and between Warrior, **professionally known as "The Ultimate Warrior"** ("Superstar Legend"), an individual, c/o Daniel M. Siegel, CMG Worldwide, Inc., with an address of 10500 Crosspoint Boulevard, Indianapolis, Indiana 46256; (t) 310-854-1005 and (f) 317-570-5500, and THQ Inc., ("THQ"), a Delaware Corporation, doing business at 27001 Agoura Rd., #325, Calabasas Hills, CA  91301; (t) 818-871-5000 and (f) 818-871-7400.

WHEREAS, Superstar Legend is a former World Wrestling Entertainment Superstar Legend wrestler.

WHEREAS, Superstar Legend would like to participate in the release of THQ's Sony PlayStation 2 and Microsoft Xbox video games with a working titles of *WWE Smackdown 5 and WWE Raw 3* (the "Games, Set 1") and WWE Smackdown 6 and WWE Raw 4 (the "Games, Set 2") (hereinafter Games, Set 1 and Games Set 2 may collectively be referred to as the "Games"), as a playable character that is inaccessible until certain goals within the game are reached (an "Unlockable Playable Character)..

WHEREAS, THQ is in the business of producing and publishing interactive electronic video games for all formats and platforms, e.g., console and personal computer on, including but not limited to, PC, MAC, Sony PlayStation 2, Nintendo GameBoy Advance, Microsoft Xbox, Nintendo GameCube, wireless platforms and all successor platforms.

WHEREAS, THQ and Superstar Legend are desirous of entering into a non-exclusive license agreement.

In consideration of the mutual promises and covenants contained herein, and other good and valid consideration, the parties hereby agree as follows:

Superstar Legend hereby grants to THQ, its agents, successors, assigns, and licensees the non-exclusive, irrevocable worldwide right and license to use the Superstar Legend's name, voice, facsimile signature, nickname, likeness, signature moves, entrance music, endorsement, right of publicity, and biographical sketch as it may appear in photographs, film, video clips and/or otherwise (the "Property") for and in the Game being published during the Term (as defined below) of this Agreement, such use of the Property in the game shall be at THQ's discretion, subject to reasonable consultation with Superstar Legend..  If the Superstar Legend owns or controls the copyrights to the aforementioned photographs, film and/or video clips, then Superstar Legend hereby grants to THQ the non-exclusive worldwide right and license to use the copyrights to such materials as part of the Property for the Game being published during the Term of this Agreement.  Superstar Legend shall use good faith efforts to assist THQ in securing the right to use any photographs, film and/or video clips for which Superstar Legend does not own the rights therein.  This grant of rights to the Property includes the right to make, manufacture, reproduce, publicly perform, display,

1

UCI_000012

sell, sublicense, distribute or otherwise vend and exploit copies of the Game using the Property by any means now known or hereafter to become known, including, without limitation, transmission and broadcast of the Game over gaming intranets and internet web sites.  Superstar Legend further grants THQ the right to use the Property in any and all forms of advertising, marketing, promotions and strategy guides for the Game, including, but not limited to, packaging, print, television, radio, internet and/or other media or formats now known or hereafter invented and the right to use the Property in the Game embodied on video cassettes, video tapes, or video discs (collectively, the "Ad Materials "), and to distribute, publicly perform, display or exhibit such Ad Materials for advertising and promotion of the Game.  Superstar Legend acknowledges that THQ, its agents, successors, assigns, and licensees may proceed in reliance upon this grant of rights.

Upon execution of this Agreement, Superstar Legend shall provide THQ with approved photographs, negatives, and sample signatures and/or make himself available to be photographed by THQ for an appearance fee of Five Thousand Dollars ($5,000), which THQ shall use with the Game ("Material Assets"). Subject to Superstar Legend's professional availability, Superstar Legend shall attend and participate in photograph and/or motion capture sessions for THQ to be held at a time, date and location mutually agreeable to Superstar Legend and THQ.  If THQ requests that Superstar Legend travel more than fifty (50) miles from his residence in _____, New Mexico or the event Superstar Legend is currently participating in order to attend such photograph or motion capture sessions, then subject to mutual agreement by THQ and Superstar Legend, THQ shall provide in advance all of Superstar Legend's reasonable and documented expenses associated with such photograph or motion capture sessions, including hotel accommodations, coach class air fare, and a reasonable daily per diem ("Expenses").

The term ("Term") of this Agreement shall be from the date first set forth above until two (2) years after the commercial release of the first Game of the Games, Set 1 hereunder or December 1, 2003, whichever is earlier; and two (2) years after the commercial release of the first Game of the Games, Set 2 or December 1, 2004, whichever is earlier; provided, however, THQ may continue to develop, manufacture, publish, market, advertise, sell and distribute any Game initially published during the Term in perpetuity.

Subject to reasonable notice and Superstar Legend's professional availability, Superstar Legend shall make himself available, via telephone or email, on no more than five (5) occasions during the Term of this Agreement to be interviewed by the press with respect to the Games only

Subject to reasonable notice and Superstar Legend's professional availability, during the Term of this Agreement, Superstar Legend shall make no more than two (2) personal appearances to be conducted at a time, date, and location mutually agreeable to Superstar Legend and THQ.  For each such appearance requested by THQ, THQ agrees to pay Superstar Legend an appearance fee of Five Thousand Dollars ($5,000) no later than five (5) days before the date of said appearance.  Said appearance fee

2

UCI-000013

shall be in addition to any other monies paid by THQ to Superstar Legend. THQ shall further provide, in advance, all of Superstar Legend's reasonable and documented expenses including hotel accommodations, first class air fare, and a reasonable daily per diem. THQ guarantees that each such personal appearance will not include any other professional wrestler or celebrity in conjunction with Superstar Legend.

Superstar Legend represents and warrants that (i) Superstar Legend is the sole and exclusive owner and/or controller of the rights to the Property; (ii) Superstar Legend has full legal capacity, power and authority to license the Property to THQ as set forth herein; (iii) Superstar Legend has not previously granted, and will not grant during the Term, any license that would conflict with or be inconsistent with the terms of this license; (iv) the granting of this license and THQ's intended uses hereunder shall not infringe upon the rights of any third parties; and (v) Superstar Legend will indemnify THQ for any breach of these representations and warranties.

Both Superstar Legend and THQ agree that the terms and conditions of this Agreement are confidential, and neither party will discuss the terms of this Agreement publicly, except as may be required by law, or for legal and accounting advice. Superstar Legend also understands that he may obtain certain information and materials of THQ during the Term of this Agreement, and hereby agrees that he shall keep such information and material confidential. Notwithstanding anything to the contrary herein, THQ may file a copy of this Agreement with the United States Copyright Office.

For the rights granted to THQ herein, THQ agrees to pay Superstar Legend the sum of Thirty-five Thousand U.S. Dollars ($35,000.00), payable within twenty-one (21) days of mutual execution hereof. This sum shall be the sole consideration paid to Superstar Legend by THQ.

THQ will also provide Superstar Legend, free of charge, five (5) copies of each Game, on all Platforms, in which Superstar Legend appears.

All notices and statements shall be in writing and shall together with any payments be delivered personally or by U.S. registered or certified return receipted mail, or by DHL, Federal Express or other recognized courier service, or by facsimile transmission and followed by aforesaid courier delivery, postage prepaid to the intended party at the address set forth at the beginning of this Agreement (unless notification of a change of address is given in writing). The business day after facsimile transmission or the date of actual receipt of registered or certified return receipted mail or courier service transmitted shall be deemed the date the notice is given.

Superstar Legend acknowledges that he has been informed of his rights and encouraged to have independent legal counsel review this Agreement.

This Agreement constitutes the entire agreement between the parties with reference to this matter, and supersedes all prior agreements written or oral. This Agreement may not be modified or altered except by written instrument duly executed by both parties.

UGI 000014

In the event any one or more of the provisions of this Agreement are unenforceable, it will be stricken from this Agreement, but the remainder of the Agreement will be unimpaired.  This Agreement is made, and is to be construed under the laws of the state of California with respect to contracts, which are entered into and fully performed in California.  In the event of any breach of this Agreement by THQ, Superstar Legend hereby agrees that Superstar Legend's sole remedy shall be a legal claim for monetary damages.   In no event shall Superstar Legend be entitled to, or entitled to seek, equitable remedies, including, but not limited to, injunctive relief, and Superstar Legend hereby waives all rights thereto.  The parties hereto agree that any dispute arising out of or relating to this Agreement shall be instituted and prosecuted in the courts of competent jurisdiction of the state of California, located in Los Angeles County, and the parties hereto irrevocably submit to the jurisdiction of said courts and waive any rights to object to or challenge the appropriateness of said forums.   Except as otherwise provided in this Agreement, all of THQ's rights and remedies herein or otherwise shall be cumulative and none of them shall be in limitation of any other right or remedy in law and/or equity.  THQ shall have no obligation to exploit the Property hereunder.  This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties agree to above as a sealed instrument as of the date set forth on the first page herein.

THQ Inc.                                                    Superstar Legend

_____            _____
Duly authorized by THQ Inc.                       Duly authorized by
Print Name:                                               Print Name:  Warrior
Print Title:                                                  Social Security Number:

4