**EXHIBIT 4**





|                        |                        |
|------------------------|------------------------|
| **Genre:**             | Wrestling              |
| **Projected Ship Date:** | Fall 2005            |
| **Target Audience:**   | Wrestling/Fighting fans |
| **Players:**           | 1-4                    |
| **Developer:**         | Yukes                  |

## Product Overview

Last year, you rose from the "minor leagues" of the WWE to become not only one of its top Superstars, but the World Heavyweight Champion. Maybe it was too much success too quickly. Maybe you were just not ready to carry the target on your back that comes with being a champion. Or maybe you were simply betrayed. Whatever the reason, you lost the title and now must find your way back to the elusive path of vindication. This time around, the path will be even more difficult as the line between friend and foe is not always clear. This time around, trust no one…

## Features

- **New rendering style for improved graphics** – a 25-30% increase in polygon count gives higher resolution, detail and texture to the WWE character models and even the crowd

- **Enhanced fighting system** – exclusive skill based submission system offers 4-8 different moves per wrestler, while the new stamina system allows players to take advantage of each wrestlers unique energy monitor for a more realistic match

- **New and longer story mode** – now a proven force in the WWE, players can take their created superstar on a continuing journey of deception and vindication, including the highest quality cut scenes ever offered in the series

- **Improved animations and AI** - multiple levels of pain & limb damage, new finishing moves, specialty grapples and better AI differentiation between characters bring a new level of realism to the series

- **New WWE Legends** – Hulk Hogan, Ultimate Warrior, Mankind and more



**Contact:** Kristina Kirk
(818) 871-5119, kkirk@thq.com



THQ 000034

Dear Editor:

As you may recall, THQ held a press conference on April 1st in Los Angeles prior to WrestleMania 21 announcing Day of Reckoning 2 for GameCube.

At the press event, we distributed a summary sheet providing an overview of the Day of Reckoning 2 game along with specific expected features. While the completed game features a whole new roster of favorite WWE legends, please note that it does not include the Ultimate Warrior as initially anticipated on the preliminary one-sheet. We apologize for this miscommunication and have attached the updated one-sheet outlining the final features of the game.

The game will ship in late August and will pick up where the storyline left off in the last installment. Highlighting all of the excitement and attitude of the WWE, the game offers a new rendering engine that brings the Superstars to life like never before, an enhanced fighting system for more realistic matches, new Legends and much more.

We are also distributing preview code of the game this week and will contact you about it in a separate email. Please let us know if you do not receive the email and if you would like to receive the preview code. Thanks for your continued interest in THQ's WWE games and Day of Reckoning 2.

Sincerely,

Kristina Kirk
Senior Public Relations Manager

THQ 000002

## Day of Reckoning 2

| | |
|---|---|
| **Genre:** | Wrestling |
| **Projected Ship Date:** | Q3 2005 |
| **Target Audience:** | Wrestling/Fighting fans |
| **Players:** | 1-4 |
| **Developer:** | Yuke's |

### Product Overview

Last year, you rose from the "minor leagues" of the WWE to become not only one of its top Superstars, but the World Heavyweight Champion. Maybe it was too much success too quickly. Maybe you were just not ready yet to carry the target on your back that comes with being a champion. Or maybe you were simply betrayed. Whatever the reason, you lost the title and now must find your way back to the elusive path of vindication. This time around, the path will be even more difficult as the line between friend and foe is not always clear. This time around, trust no one...

### Features

• New rendering style for improved graphics – a 25-30% increase in polygon count gives higher resolution, detail and texture to the WWE character models and even the crowd
• Enhanced fighting system – exclusive skill based submission system offers 4-8 different moves per wrestler, while the new stamina system allows players to take advantage of each wrestlers unique energy monitor for a more realistic match
• New and longer story mode – now a proven force in the WWE, players can take their created superstar on a completely original journey of deception and vindication, including the highest quality cut scenes ever offered in the series
• Improved animations and AI - multiple levels of pain & limb damage, new finishing moves, specialty grapples and better AI differentiation between characters bring a new level of realism to the series
• New WWE Legends – Hulk Hogan, Ultimate Warrior, Mankind and more

**Contact:** Kristina Kirk
(818) 871-5119, kkirk@thq.com

THQ 000001

# EXHIBIT 5

IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | Rev | DS | GBA | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

SPORTS

Log In | Register
My Account | My Email Alerts
My Collection (0 Games) | My Wishlist

Sports Game

Search    new!

Free Trailers and Video Clips
Check out what's new right here or
watch some of these game and
movie trailers (or all of them):


Hills Have Eyes


Onimusha: DoD


Miami Vice


X-Men 3 Movie

**SECTIONS**

· Football
· Basketball
· Baseball
· Boxing
· Hockey
· Wrestling
· Other
· Play of the Day
· News
· Mailbag
· Message Boards

**CHANNELS**

**Insider Members**
· Insider Channel
· Hi-Res Movies
· Strategy Guides
· Join Insider
· Founders' Club
**Games**
· PC Games
· PlayStation 2
· PlayStation 3
· Sony PSP
· Xbox
· Xbox 360
· GameCube
· Revolution
· Nintendo DS
· Game Boy
· Wireless
· N-Gage
· PlayStation
· N64
· Dreamcast
  PC Downloads
· Top Games
· VE3D
· Vault Network
**Entertainment**
· Movies

IGN » Sports » Wrestling

# WWE Day of Reckoning 2

**Enhanced play mechanics, a deeper story mode, updated graphics and more wrestlers. Hands-on impressions, plus first screenshots and movies.**
by Matt Casamassina

April 1, 2005 - Last year, publishing giant THQ made some changes. The company moved the WWE WrestleMania franchise, which had for years remained exclusive to Nintendo's console, to Microsoft's Xbox. GameCube owners barely had a chance to react before news hit that a fresh take on the entertainment of wrestling would debut on Nintendo's system in the other's place. WWE Day of Reckoning was born. The title, developed by Japanese studio Yuke's, responsible for all of GameCube's WrestleMania efforts, explored the medium from a new angle. In the title's simple, but enjoyable story mode, players created a wrestler from scratch and started at the very bottom, taking part in throwaway matches against no-talents, and gradually working their way through the ranks in the WWE, into the spotlight, and ultimately to the top of the food chain to become champion.

Day of Reckoning was well received by fans and critics alike, due in large to the title's pick-up-and-play control mechanics, a decent selection of superstars, divas, and venues, a fun story mode, and a deep create-a-wrestler feature. Without doubt, the fundamentals were in place, and they worked. But the title was not without shortcomings. As intuitive as the game's grappling system proved to be, the control configuration lent itself to button mashing, which turned some hardcore wrestling game fans off. Meanwhile, the story mode was positively shallow compared to some other wrestling projects on the market. And sure enough, some critics complained that the title looked less realistic than its counterparts.

The 20-something team at Yuke's and the creative gurus at THQ combed the message boards, compiled a list of what worked and what didn't, and ran with it. The result is WWE Day of Reckoning 2, the aptly named sequel to last year's game. DOR 2, which has been in development ever since the first shipped, is a true sequel in every sense. It doesn't dismiss the mechanics of its predecessor for all new ones, but rather builds on top of them, enabling a bigger, meatier product on all fronts.

If all goes as planned, Day of Reckoning will be, to use associate creative manager Matt Greig's own words, "the definitive GameCube product for WWE." He explains further: "What we mean by that is that it's a superset of everything that came before on GameCube. We're not taking anything out. We're using Day of Reckoning as a starting point and building in features from previous games, and adding new stuff that we prototyped and realized would work well. We're looking at it as a collector's edition. Obviously, GameCube is nearing the end of its lifecycle so we're trying to put something out there that will stand the test of time for several years to come."



DOWNLOAD
DUNGEON
ONLINE

Exclusive

Latest Sports Pre
MLB 2K6: New Mo
Madden 360: Impr
Tiger Woods PGA
New NHL 06 Hand
NASCAR 2006: To
NBA Live Superst:
Tiger Woods 06: T
Hands-On with NH
Fight Night Round
E3 2005: And 1 Sti
E3 2005: Gretzky (
E3 2005: NBA 2K6
E3 2005: Tiger Wo
E3 2005: Madden I
E3 2005: NCAA Fo

· DVD
· Music
· Comics
· Gear
· Sports
· Cars
· Babes
· Sci-Fi Brain

Cheats & Codes
· PS2 Cheats
· Xbox Cheats
· Cube Cheats
· PC Cheats
· GBA Cheats
· Top Cheats
· FAQs
· Game Guides

IGN Services
· Message Boards
· User Pages
· My Collection
· My Wishlist
· Newswire
· Free Email
· Chat
· My Account

GET GAMES

Direct2Drive
Compare Prices
· PS2 Games
· Xbox Games
· Cube Games
· PC Games
· GBA Games

PARTNERS

· Dream Crib
· Career Channel by
  Full Sail
· IGN Swag from
  Jinx.com


Kane shows his teeth. More polygons means that Yuke's can create realistic expressions on the wrestlers in DOR 2

No easy goal, to be sure, but the team at Yuke's believes it has the right priorities in mind and that it knows where to start, which, as it turns out, is exactly where the last game left off. By the time gamers bested the original title, they had advanced from the wrestling slums to superstardom. Day of Reckoning 2 continues from exactly that point. It's in the same universe. And it acknowledges all of the events that transpired in the first title. "It's not a sequel just in name," explains Greig. "It continues on with the story. There are actual ties in content. You're already a champion. You won the storyline in the first game, so you're starting out as a champion. This gives us a lot of opportunities to explore how we can advance the story when players are already starting as a successful WWE character. And this is actually something we haven't done before."

### The Full Story
Aiding that goal is the first of what THQ identified as three major priorities when it sat down to develop this sequel: a more ambitious story mode. For the first time ever, the team enlisted the help of Smackdown's writers in order to craft a tale that would not only prove compelling enough to grab players from beginning to end, but also display a fair amount of foresight. "That is not something that previous games have the access to," explains Greig. "But [the Smackdown writers] are getting more and more involved with the authenticity, and also with being current -- not necessarily what's happening now, but what will be happening six months from now." The idea is to present a storyline that will be up-to-date and relevant when the game ships, which is a rare commodity for the wrestling genre.

In contrast to a copy and paste of the usual wrestling theme, which is simply to win the belt, THQ wanted to do something different with the storyline in Day of Reckoning 2, according to Greig. Obviously, belts will play a part in the tale. That's the way these games have always been set up, and it's what fans want. But Yuke's will also present players sub-stories with branching pathways. "There are other themes that we haven't explored. There are the storylines where there are the two superstars, the heel and the face, who are arguing over the diva. There are the storylines where one superstar has betrayed his former friend and one of them has become a heel and the other a face," says Greig. "It's not all about getting the belt. The belt may be in the background. There may be a belt contest throughout the story, but that isn't the focus. Players are actually focusing on interpersonal relationships between the superstars."

There will be certain points where the storyline will offer branching pathways based on the decisions of players. For instance, wrestlers may be asked to turn heel for a number of matches. Branches will be organized based on choices made both in the interface and during gameplay.

Sadly, there will not be a wealth of full-motion video sequences in support of the storyline. Greig confirmed that, "it's just not going to happen because of the size of the GameCube disc." For that reason, all of the story elements will transpire in-game by way of real-time

## Superstars and Legends

The original Day of Reckoning included some 40 wrestlers, a mix of superstars, legends and divas. The sequel will feature approximately 45, most of them returning, with a handful of anticipated additions. Greig was hush on specifics, but we do know from movies and officially released documentation on the game that it will boast such superstars as Booker T, Kane, Triple H, Batista, and Chris Benoit. Some of the new legends in the game include Hulk Hogan, Mankind and yes – IGNcube readers voted for him and they got him -- The Ultimate Warrior. THQ is still deciding on whether or not to up the count on divas in the game. Here's hoping that it does, as the omission of a few key beauties was a common complaint of last year's effort.

## Less Mashing, More Strategizing

Developer Yuke's has not mucked with the control or gameplay mechanics in Day of Reckoning 2. The title more or less plays exactly like its predecessor, right down to the grappling system backbone. But enhancements have been introduced all the same.

The second of THQ's three priorities for the sequel was to address complaints that the first was too heavy on button mashing. The publisher/developer duo came up with the idea to inject both added control and strategy into the areas that lacked it before, and thus lesson or altogether eliminate the element of chance, or luck. "Every situation in the game that had button mashing before has been revamped," notes Greig. "There is no more button mashing in the game. That's not to say there is no need for reflexes anymore because that's certainly not the case. But we tried to add layers of strategy and decision. Count outs, pins -- there are different systems governing all of those interactions now." Grapples and strikes are still handled in the same manner, but new stamina and submission systems complement the action.

1 | 2 | Next Page >>

Related Articles        Send This Page to a Friend

Contact the Editors

IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | Rev | DS | GBA | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

Sound off now on IGN Boards!

Hot Games: Kingdom Hearts II | The Legend of Zelda: Twilight Princess | Dead or Alive 4 | Halo 3 | Metal Gear Solid 4: Guns of the

IGN.com | GameSpy | Arcade | Arena | TeamXbox | GameStats | Planets | Vaults | VE3D | AskMen.com
CheatsCodesGuides | FilePlanet | 3D Gamers | Direct2Drive | Rotten Tomatoes | GamerMetrics

By continuing past this page, and by your continued use of this site, you agree to be bound by and abide by the User Agreem
Copyright 1996-2006, IGN Entertainment, Inc.    About Us | Support | Advertise | Privacy Policy | User Agreement |

## View Full Version : 1st WWE Day of Reckoning 2 Screens

**nenned**

According to article in ign.com (http://cube.ign.com/articles/600/600463p1.html), Hogan, Mankind, and even the Ultimate Warrior are in the game!!

http://cubemedia.ign.com/cube/image/article/600/600398/wwe-day-of-reckoning-2-20050331111948863.jpg
http://cubemedia.ign.com/cube/image/article/600/600398/wwe-day-of-reckoning-2-20050331111952425.jpg
http://cubemedia.ign.com/cube/image/article/600/600398/wwe-day-of-reckoning-2-20050331111954034.jpg
http://cubemedia.ign.com/cube/image/article/600/600398/wwe-day-of-reckoning-2-20050331111954565.jpg
http://cubemedia.ign.com/cube/image/article/600/600398/wwe-day-of-reckoning-2-20050331111955050.jpg
http://cubemedia.ign.com/cube/image/article/600/600398/wwe-day-of-reckoning-2-20050331111955503.jpg
http://cubemedia.ign.com/cube/image/article/600/600398/wwe-day-of-reckoning-2-20050331111956065.jpg

**Xiu Xiu**

I don't watch wrestling anymore, but the mentioning of those veterans makes this a rental when it comes out (despite bad reviews for the last one.)

**MissingNo**

I love wrestling. WWE Day of Reckoning was an awesome game. I still wish I had it.

Nonetheless though, this game looks even better then the 1st.

I can't wait.

**fudge**

i loved the story mode in the first one. except for the lack of branching paths. it seemed to be more like a real wwe storyline (unlike smackdown)

i really hope it has a huge ass selection of superstars. that's what all the current wwe games are lacking. get rid of the legends too make room for more current superstars is the way i feel.

if it has enough new superstars that i want to play as, ill probably pick this up. if not, ill just wait and see with smackdown.

**octorok and roll**

Why the hell can't any other games have character models as detailed and well-lit as this? Those models look better than RE4, what the hell is going on?

**BrandNew**

You have to to take in account that other than the two sweaty guys in the ring, there isn't much going on in the game. There's more room for technological improvement in this case. Now, Resident Evil 4 is freakin' massive, and it still has some of the best graphics I've seen on a console.

**burning_phoneix**

I just wish this game has a better story mode than the first one.

**Grimlock**

If it gets a decent amount of wrestlers I'll add it to my Christmas list.

UCI 000254

**DarthKoRn**

I LOVE the first one. I still play it to this day. Me and my buddy usually play it for hours on end on monday, but less and less as of late. With the addition of Warrior, this makes this games purchase all but set, but theres a few things Im not impressed with:

1- Still no voice overs
2- Still only 45 Wrestlers
3- Their just CONSIDERING adding more Diva's
4- No mention of enew Match types.

As long as they keep the CAW as awesome as they had it in the last one, Ill be happy. An Import function would be nice too, like being able to bring my guys in from DOR 1?

**Glitch**

I could care less about voice overs or more Divas, but it would be nice to have more wrestlers and FOR SURE new wrestlers. And Darth, the import function would be cool, but I don't see how it would work.

Also, I want more features for the CAW. I wasn't very satisfied with the lack of features DOR 1 had.

**DarthKoRn**

Also, I want more features for the CAW. I wasn't very satisfied with the lack of features DOR 1 had.

LACK OF FEATURES???

Man... your crazy... DOR had EASILY the most in depth CAW I've ever used...

Your crazy man.

**Neoblaze**

What's with all the censoring? is it curse words or spoilers?,anyways I havent bought a wrestling game since Wrestlemania X8.Nice Screens,I'm liking the way it looks,I'll probably pick it up.

**The S.S. Saturn**

It's definitely shiny and the facial expressions are great, but I doubt that It'll even be close to the calibur of SmackDown, it's just the best, shame it's not on GameCube.

vBulletin v3.0.1, Copyright ©2000-2006, Jelsoft Enterprises Ltd.

UCI 000255

# EXHIBIT 6



**Wrestling Games Zone**
Your #1 Source For Wrestling Game Coverage

Thursday, March 16, 2006

Sponsored Links

### Site Features
» Home
» Forum
» Contests
» Staff
» Contact Us
» About Us
» Advertise

### Platforms
» Playstation 2
» Xbox
» Gamecube
» Nintendo 64

Sponsored Links

Sponsored Links

Ads by Google

**Sports Tickets**
Shop for Sports
Equipment! Compare
& Buy from 1000's of
Stores
www.Shopping.com

**Event Tickets**
Concerts, sports,
theatre, national All
events nationwide
since 1989
www.800BuyTickets.com

### Latest Reviews
· WWE Smackdown! vs Raw
· Def Jam Fight for NY
· WWE Day Of Reckoning
· WWE Smackdown! Here Comes the Pain
· WWE Wrestlemania XIX

### Latest CAWs
· Brian Pillman
· Shane McMahon
· Randy Savage
· Ultimate Warrior
· Hulk Hogan

**R.I.P. Eddie Guerrero 1967-2005**
Eddie Guerrero was truly an inspiration to us all. He showed us that you don't have to be one of the big boys to do big things in the ring. Although he is gone, he will live on in are hearts. Goodbye Eddie, thank you for sharing your life with us.
[Posted: 11.14.05]

**Add 5 New CAWs for WWE Smackdown! vs Raw!!!**
Brian Pillman
Shane McMahon
Randy Savage
Ultimate Warrior
Hulk Hogan
[Posted: 10.29.05]

**Day of Reckoning 2 Screens**
I added 13 screens of Thq's up and coming game for the gamecube. The game is looking pretty sweet so check them out. As the game gets closer to coming out keep checking back for updates.[View Screens]
[Posted: 06.16.05]

**Exclusive interview**
Pro Wrestling X producer Dave Wishnowski took the time to answer some questions on his up and coming game Pro Wrestling X. Its looking really good so read away. [Read More]
[Posted: 06.07.05]

**Added 7 Wrestlemania 21 Caws**
Abyss
Chris Masters
Hulk Hogan
Jeff Hardy
Joey Mercury
Paul London
Steve Austin
[Posted: 05.14.05]

**Pro Wrestling X game project formally announced**
The Wrestling Gamers United movement, in conjunction with WishboneX software, are proud to announce the official commencement of development on their upcoming Pro Wrestling X title for the PC platform. Made possible through a generous collaboration with Telefilm Canada, PWX is the realization of three years of unparalleled fan support and a unified vision for a new kind of wrestling game. One that seeks to take full advantage of the broad opportunities within the PC gaming community, such as open-ended editing features and online league play...[Read More]
[Posted: 05.03.05]

**Added 6 more Day of Reckoning caws**
· Elix Skipper
· D'Lo Brown
· Chris Sabin
· Carlito Caribbean Cool
· Billy Kidman
[Posted: 04.20.05]

5 more Day of Reckoning CAWs

Nearly twice as many national HD channels as anyone.

Starting at **$49.99**/mo.

Get DishHD

dish NETWORK
Better TV for all.

UCI 000249

Added Tazz, Vince McMahon, The Godfather, Ultimate Warrior, and Ultimo Dragon for WWE Day of Reckoning. We hope to be adding some caws for WWE Smackdown! vs Raw soon so keep checking back.
[Posted: 03.08.05]

### 10 more Day of Reckoning CAWs
Added Billy Gunn, British Bulldog, Bubba Ray Dudley, Cactus Jack, D-Von Dudley, Diamond Dallas Page, Eugene Dinsmore, Jeff Nero Hardy, Owen Hart, Steve Austin, and Sting for WWE Day of Reckoning. Sorry for not updating for so long we hope to start adding alot more caws in the future.
[Posted: 03.03.05]

### 14 New Wrestlemania 21 Screens
I have 14 new screen shots of Wrestlemania 21. Keep checking back for more screens.
[Read More]
[Posted: 01.23.05]



FOCUS THE PICTURE
TO REVEAL YOUR PRIZE!

Copyright © 2001-2005 Wrestling Games Zone. All rights reserved. Terms of Use

UCI 000250

# EXHIBIT 7

# WWE Smackdown vs. Raw PS2 cheats

## - Full Game Downloads for PS2, Xbox, GC, PC -

### Return to Main Index Page

**Attribute Exploit:**
Create a CAW that is a super heavyweight and max out all his attributes. Then go to the CAW menu and copy him to the copied caw and go to profile. Change his weight to DIVA weight and continue to exit. Exit the CAW by going to continue and don't save. This will give you a ton of experience points and can be done over and over.

**Stone Cold Steve Austin:**
Stone Cold Steve Austin is not on the game but you can create him. First, save some money and buy the move set with the picture of someone doing the Stunner. You can purchase this at Shopzone. Then, when you go to move set find the moves that say Outlaw before them- these are his moves. The Finisher will only say Stunner. His entrance is 01 on the moves set, the only down side being the video and the music. There is some other cool entrance music to choose from so you Stone Cold fans will just have to be creative.

**Unlock Credits:**
To unlock the credits video, successfully complete one year in the season mode.

**Legends:**
* Bret "Hitman" Hart : Buy at the WWE store for $20,000
* Andre the Giant : Buy at the WWE store for $20,000
* Brutus "The Barber" Beefcake : Buy at the WWE store for $20,000
* Legend Undertaker : Buy at the WWE store for $18,000
* The Rock : Buy at the WWE Shop for $20,000
* Legion of Doom : Buy at the WWE store for $35,000
* Mankind : Buy at the WWE store for $20,000
* Masked Kane : Buy at the WWE store for $18,000

**Outfits:**
* Kurt Angle And Shawn Michael's alternate outfits: Beat rising star challenges
* Heat and Velocity Arenas: Beat amateur challenges
* All Evolution Members and Randy Orton;s alternate outfits: Complete superstar challenges
* The Rock's alternate attire: Beat all challenges

**Hidden Entrances:**
* 1 Farooq
* 2 Billy Gunn
* 3 Val Venis
* 4 William Regal
* 5 Scott Steiner
* 6 Test
* 7 Hurricane
* 8 Spike Dudley
* 9 Billy Kidman
* 10 Funaki
* 11 Steven Richards
* 12 Sgt. Slaughter
* 13 Jerry the King Lawler

UCI 000133

WWE Smackdown vs. Raw PS2.ghe  Case 2:05-cv-01134-SMM   Document 74-1   Filed 05/09/07   Page 16 of 27

Page 2 of 4

* 14 Taz
* 15 Al Snow
* 16 Rodney Mack
* 17 Jazz
* 18 Lita
* 19 Vince McMahon
* 20 Shane McMahon
* 21 Steph McMahon
* 22 Eric Bishoff
* 23 Hulk Hogan
* 24 Ultimate Warrior
* 25 Iron Shiek
* 26 Nikolai Volkoff
* 27 George Steele
* 28 Hillbilly Jim
* 29 Dean Malenko
* 30 Ted DiBiase
* 31 Crash Holly
* 32 Mr. Perfect
* 33 Bob Backlund
* 34 Lance Storm
* 35 Ultimo Dragon
* 37 Stone Cold Steve Austin
* 38 Goldberg
* 39 Brock Lesnar
* 40 Jeff Hardy
* 41 X-Pac
* 42 Diamond Dallas Page
* 43 Road Dogg Jesse James
* 44 Kevin Nash
* 45 Scott Hall
* 46 Sting
* 47 Jeff Jarrett
* 48 Goldust
* 49 Big Van Vader
* 50 Keiji Mutoh
* 51 Kendo Kashin
* 52 Toshiaki Kawada
* 53 Taka Michinoku
* 54 Genichiro Tenryu
* 55 Kensuke Sasake
* 56 Masa Chono
* 57 Hiroyoshi Tenzan
* 58 Manabu Nakanishi
* 59 Yugi Nagata
* 60 Jyushin "Thunder" Lyger
* 61 Mitsuharu Misawa
* 62 Kenta Kobashi
* 63 Jun Akiyama
* 65 Naoya Ogawa
* 66 The Great Sasuke
* 67 Atsushi Onita
* 68 Fred Durst
* 69 Antonio Inoki

UCI 000134

Case 2:05-cv-01134-SMM   Document 74-1   Filed 05/09/07   Page 17 of 27

WWE Smackdown vs. Raw PS2 che                                    Page 3 of 4

* 70 Shoot Set 1
* 71 Shoot Set 2
* 72 Joshi Set A
* 73 Joshi Set B
* 74 Lucha Set

**Hidden Entrances:**
Solo Entrances

* 01: Steve Austin
* 02: Lita
* 03: Bradshaw (Face)
* 04: Rikishi
* 05: The Hurricane
* 06: Goldberg
* 07: Bushwhacker
* 08: X-Pac
* 09: Jeff Hardy
* 10: Booker T
* 11: Bubba Ray Dudley (Face)
* 12: D-Von Dudley (Face)
* 13: Eugene
* 14: Hulk Hogan
* 15: Scott Steiner
* 16: Ultimate Warrior
* 17: Chris Jericho (Face)

**Tag Team Entrances:**
* 01: Generic
* 02: World's Greatest Tag Team
* 03: Dudley Boyz (Heel)
* 04: Evolution (Ric Flair and Batista)
* 05: Evolution (Ric Flair and Randy Orton)
* 06: Rico & Miss Jackie
* 07: Bushwhackers
* 08: Hardy Boyz
* 09: Dudley Boyz (Face)
* 10: The Legion of Doom
* 11: Too Cool (Scotty 2 Hotty and Rikishi)
* 12: D-Generation-X (Road Dogg and X-Pac)

**Trio Entrances:**
* 01: Generic
* 02: Evolution (Batista, Ric Flair, and Randy Orton)
* 03: F.B.I.
* 04: Rico, Miss Jackie & Charlie Haas
* 05: Team X-Treme (Lita, Matt Hardy, and Jeff Hardy)
* 06: D-Generation-X (Road Dogg, X-Pac, and Tori)

**Hidden Weapons:**
When you fight at backstage area, you can Irish Whip your opponent to the big fence down and make it collapse.
There is a big yellow door that has these writing STOP - LIFT GATE DOWN - DOOR MUST BE OPEN.

WWE Smackdown vs. Raw PS2 che
Case 2:05-cv-01134-SMM    Document 74-1    Filed 05/09/07    Page 18 of 27
Page 4 of 4

There you can punish your opponents by using the gate. And there are also hidden weapons inside that gate, such as Tables and SledgeHammers.

## - Full Game Downloads for PS2, Xbox, GC, PC -

### Go Back to Homepage

UCI 000136

**EXHIBIT 8**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

ULTIMATE CREATIONS, INC., an ) <br>
Arizona corporation, )
)
    Plaintiff, )
)  No. CV-05-1134-PHX-SMM
vs. )
)
THQ INC., a corporation, )
)
    Defendant. )
)


VIDEOTAPED DEPOSITION OF WARRIOR


Phoenix, Arizona <br>
February 13, 2007 <br>
1:16 p.m.


Reported by: <br>
CARRIE SMALANSKAS, RPR <br>
Certified Reporter <br>
Arizona CR No. 50355

Page 1

1    name "ultimate," but there was no dispute over the

2    character's identity and look or behavior.

3        Q.   You don't still wrestle professionally, do you?

4        A.   No.

5        Q.   When did you retire from wrestling?

6        A.   Professional wrestlers retire?

7        Q.   Well, if they -- if you did retire.  When did

8    you stop wrestling with a professional organization?

9        A.   In 1998 was the last time I wrestled.

10       Q.   Okay.  What organization was that with?

11       A.   That was with World Championship Wrestling.

12       Q.   So you haven't appeared as a wrestler in

13    wrestling competitions since 1998?

14       A.   Not inside the ring.

15       Q.   Do you meet -- strike that.  What have you -- if

16    you -- let me strike.

17           What have you been doing since 1998?

18           MR. MAYNARD:  Objection to the form.

19           Go ahead and answer.

20           THE WITNESS:  Getting on with my life.  I built

21    another career.

22       Q.   BY MS. GALSTON:  What is that other career?

23       A.   I work traveling around the country going to

24    college campuses.  I have involved myself with some young

25    American youth groups out of Washington, D.C., and I go

Page 10

**EXHIBIT 9**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


ULTIMATE CREATIONS, INC., etc.,           )
                                          )
                         Plaintiff,       )
                                          )
            vs.                           ) CASE NO.
                                          ) CV 2005-1134-PHX-SMM
THQ, INC., etc.,                          )
                                          )
                         Defendant.       )
                                          )


DEPOSITION OF KATHY VRABECK

February 15, 2007


237682

B A R K L E Y
Court Reporters

(310) 207.8000  Los Angeles     (916) 922.5777  Sacramento     (818) 702.0202  San Fernando Valley
(949) 955.0400  Orange County   (408) 885.0550  San Jose        (858) 455.5444  San Diego
(415) 433.5777  San Francisco   (951) 686.0606  Inland Empire   (760) 322.2240  Palm Springs

1   point?

2      A     Absolutely.  Before I completed the report.

3      Q     So you have seen Exhibit 15?

4      A     Yes.

5      Q     What do you understand Exhibit 15 to be?

6          MS. GALSTON:  Vague and ambiguous.

7          THE WITNESS:  It's a screen shot from IGN.com.

8          MR. MAYNARD:  Just out of curiosity, how is it

9   vague and ambiguous to ask her --

10         MS. GALSTON:  What did you understand it to be?

11  It could mean a lot of different things.

12         MR. MAYNARD:  What does she understand it to

13  be.

14         MS. GALSTON:  Okay.

15         THE WITNESS:  Well, it looks like a photocopy

16  of a screen shot off of IGN.com.

17     Q     BY MR. MAYNARD:  Okay.  Did you -- and so you

18  did review this in rendering your opinions in this case;

19  correct?

20     A     Yes, these are the instructions I followed to

21  try and create the characters.

22     Q     And I think you testified earlier about you

23  remember seeing an article or something that talked

24  about "Hear Comes the CAWs"?

25     A     That's correct.

118

KATHY VRABECK

BARKLEY
Court Reporters

1    Q    Is that the article that you saw?

2    A    Yes, it is.

3    Q    This states -- strike that.

4        This was issued on November 21st of 2003; is

5 that correct?

6    A    Yes.

7    Q    And in the third paragraph, it says below "To

8 find the menus and formulas to create a variety of past

9 and present stars, then click on the media page and

10 watch a few videos of the wrestlers smacking each other

11 up the side of the head, just like the good old days."

12 Do you see that?

13    A    I do.

14    Q    Did you go through an attempt to make -- strike

15 that.

16        Next line is in bold and capitals.  It says

17 "The Ultimate Warrior."  Do you see that?

18    A    Yes.

19    Q    Do you have an understanding that whoever

20 submitted this at Sports IGN.com was indicating that

21 this is how to make the Ultimate Warrior in WWE

22 SmackDown!?

23    MS. GALSTON:  Objection.  I mean this document

24 speaks for itself.  You're asking for an understanding

25 of what the person who created it is?

119

KATHY VRABECK

BARKLEY
Court Reporters

1        Q     BY MR. MAYNARD:  What did you understand when

2   you were reading this document?

3        A     I understood -- from that second paragraph,

4   thanks to the readers of IGN Sports, now you have this

5   opportunity -- opportunity referring to the first

6   paragraph -- about creating wrestlers.  So right here,

7   the next best thing is to create these starts yourself.

8   So I read this to say that some reader who goes by

9   "Slave To The Media" as his name submitted directions on

10  how he thought you could create a character that

11  reassembles the Ultimate Warrior.

12       Q     Did you follow these directions to try to

13  create what he thought was the Ultimate Warrior?

14       A     Yes, I did.

15       Q     When we turn to the next page, do you see that?

16       A     Yes.

17       Q     These again, continue on with the directions;

18  correct?

19       A     Correct.  Very detailed.

20       Q     And down at the bottom, we've got layers A

21  through 10, "Warrior face paint."  Do you see that?

22       A     I do.

23       Q     And is it your understanding he's telling you

24  how to create the Warrior face paint in his opinion?

25       A     Yes.

                              120

                       KATHY VRABECK

BARKLEY
Court Reporters

1     Q     And then he's telling you how to create the

2   Warrior emblems on the trunks; correct?

3     A     The next line down?

4     Q     Yes, ma'am.

5     A     This is referring to the instructions up above,

6   where 12 through 17 -- the steps above 12 through 17 are

7   all the steps he did to put emblems on the trunks.  So

8   that's what these numbers refer to.

9     Q     And although this is a very poor picture, is it

10  your understanding that that is a picture that one could

11  find at the Sports IGN.com article?

12          MS. GALSTON:  Objection.  Vague and ambiguous.

13          THE WITNESS:  That you could find this picture

14  at IGN.com?  Is that the question?

15    Q     BY MR. MAYNARD:  Well, it was part of this

16  article.  This picture was.

17    A     Oh, I only reviewed it in this printed format.

18    Q     Okay.

19    A     But yeah, I'm assuming this was part of the

20  article.

21    Q     You did not go back to see if you could find

22  the article on the Internet.

23    A     That is correct.

24    Q     You attempted to make the character and then

25  compare that with what this individual was showing in

121