**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>        Plaintiff<br>v.<br><br>THQ Inc., a corporation,<br><br>        Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER** |

Upon joint motion of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that the deadlines set forth in the Court's February 28, 2008 Order (Doc. 81) are vacated and revised as follows:

• The Proposed Pretrial Order shall be submitted to the Court no later than 5:00 p.m. on **Friday, April 25, 2008.**

• The parties shall file and serve all motions in limine no later than **Friday, April 25, 2008.** Responses to motions in limine are due **Friday, May 2, 2008.**

• The Final Pretrial Conference currently set for **April 24, 2008 at 4:00 p.m.** is vacated and is reset for **May 28, 2008, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the Court's Order (Doc. 81) shall otherwise remain in full effect

DATED this 10th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge