**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>　　　　Plaintiff<br><br>　v.<br><br>THQ Inc., a corporation,<br><br>　　　　Defendant. | No. CIV 05-1134-PHX-SMM<br><br>**ORDER** |

A Final Pretrial Conference has been set in this case for **May 28, 2008** at **10:00 a.m.** Accordingly,

**IT IS ORDERED** that, if this case shall be tried to a jury, the attorneys who will be responsible for the trial of the lawsuit shall prepare and sign a <u>Proposed Pretrial Order</u> and submit it to the Court no later than **5:00 p.m.** on **April 18, 2008**. In addition to filing a written copy of the Proposed Pretrial Order with the Court, the parties **shall also submit** a copy of the Final Pretrial Order on an **IBM-compatible computer disk in WordPerfect® 7.0 format**. (360K, 720K, 1.24K, and 1.44K diskettes are all acceptable).

**IT IS FURTHER ORDERED** that the content of the Proposed Pretrial Order shall include, but not be limited to, that prescribed in the <u>Form of Pretrial Order</u> attached hereto. Statements made shall not be in the form of a question, but should be a concise narrative statement of each party's contention as to each uncontested and contested issue.

**IT IS FURTHER ORDERED** pursuant to Federal Rule of Civil Procedure 37(c) that the Court will not allow the parties to offer any exhibits, witnesses, or other information that

1  were not previously disclosed in accordance with the provisions of this Order and/or the Federal
2  Rules of Civil Procedure and/or not listed in the Proposed Pretrial Order, except for good cause.
3  **IT IS FURTHER ORDERED** directing the parties to exchange drafts of the Proposed
4  Pretrial Order **no later than fourteen (14) days before the submission deadline**.
5  **IT IS FURTHER ORDERED** that the parties shall file and serve all motions in limine
6  no later than **Friday, April 18, 2008**.  Each motion in limine shall include the legal basis
7  supporting it.  Responses to motions in limine are due **Friday, April 25, 2008**.  No replies will
8  be permitted.  The attorneys for all parties shall come to the Final Pretrial Conference prepared
9  to address the merits of all such motions.
10  **IT IS FURTHER ORDERED** directing the parties to complete the following tasks by
11  the time of the filing of the Proposed Pretrial Order if they intend to try the case before a jury:
12  (1) The parties shall **jointly** file a **description of the case** to be read to the jury.
13  (2) The parties shall **jointly** file a proposed set of **voir dire** questions.  The voir dire
14  questions shall be drafted in a neutral manner.  To the extent possible, the parties shall
15  stipulate to the proposed voir dire questions.  If the parties have any disagreement about
16  a particular question, the party or parties objecting shall state the reason for their
17  objection below the question.
18  (3) The parties shall file a proposed set of **stipulated jury instructions**.  The
19  instructions shall be accompanied by citations to legal authority.  If a party believes that
20  a proposed instruction is a correct statement of the law, but the facts will not warrant the
21  giving of the instructions, the party shall so state.  The party who believes that the facts
22  will not warrant the particular instruction shall provide an alternative instruction with
23  appropriate citations to legal authority.
24  (4) **Each party** shall submit a **form of verdict** to be given to the jury at the end of
25  the trial.
26  **IT IS FURTHER ORDERED** directing the parties to submit their proposed voir dire
27  questions, joint statement of the case, and stipulated jury instructions on **IBM-PC compatible**
28

- 2 -

1 **computer disk in WordPerfect® 7.0 format in addition to the written materials** filed with
2 the Clerk of the Court.  (360K, 720K, 1.24K, and 1.44K diskettes are all acceptable).

3     **IT IS FURTHER ORDERED** that **if** the case will be tried to the Court, rather than to
4 a jury, <u>instead of</u> filing a Proposed Pretrial Order, each party shall submit proposed findings of
5 fact and conclusions of law by the same date the Proposed Pretrial Order is due.  These
6 proposed findings of fact and conclusions of law shall be submitted in **both written copy and**
7 **on an IBM-compatible computer disk in WordPerfect® 7.0 format**.  (360K, 720K, 1.24K,
8 and 1.44K diskettes are all acceptable).

9     **IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the
10 possibility of settlement and should settlement be reached, the parties shall file a Notice of
11 Settlement with the Clerk of the Court.

12     **IT IS FURTHER ORDERED** that this Court views compliance with the provisions of
13 this Order as critical to its case management responsibilities and the responsibilities of the
14 parties under Rule 1 of the Federal Rules of Civil Procedure.

15     DATED this 14th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge