# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>                Plaintiff,<br>v.<br><br>THQ, Inc., a corporation,<br><br>                Defendant. | CV-05-1134-PHX-SMM<br><br>**ORDER RE MOTION FOR EXTENSION OF TIME RE DEADLINES** |

The Court having reviewed Ultimate Creations, Inc.'s Motion for Extension of Time Re Deadlines and good cause appearing,

**IT IS HEREBY ORDERED** that the materials currently due on April 18, 2008 pursuant to Dkt. 86 be extended and filed on April 25, 2008.