ULTIMATE CREATIONS, INC. v. THQ Inc.
USDC Case No. CV-05-1134-PHX-SMM
THE HONORABLE STEPHEN M. MCNAMEE

EXHIBITS TO DEFENDANT THQ'S MOTION *IN LIMINE*
TO EXCLUDE INADMISSIBLE INTERNET EVIDENCE

## EXHIBIT INDEX

| Exhibits A – M | Internet Materials |
|---|---|
| Exhibits N – U (*part 1*) | Page Emails |
| Exhibits V-CC (*part 2*) | Page Emails |
| Exhibits DD- FF | News Articles |