# EXHIBIT A

# EXHIBIT A

SMACKDOWN
HERE COMES THE PAIN
ULTIMATE WARRIOR CAW



UGC 000310

1.)skin2, skin color:3, C(X: -91,Y: -10),S(X: 9)
2.)Face>25,Model> 14, Figure(X: 0, Y: 0),Shape (X: 33, Y: 0), Age(X: 26)<==for skin texture
Head(X: 0, Y: -12)
Eyebrow(X: 14,Y: 14)
Eyes(X: 5,Y: -100),(X: -1 , Y: -19)
Nose(X: -3,Y: 74),(X: -24,Y -25)
Cheeks(X: -30)
Mouth(X: 7,Y: -18 ),(X: -16)
Jaw(X: 8,Y: 35),(X: 47)

3.)Eyes: 1, C(X: 9,Y: -10),S(X: -2)
4.)eyebrows :114, C(X: -89,Y: 0), S(X: 0)
5.)Lips: 38, C(X: -98, Y: -16), S(X:0)
6.)Hair : 35, or 40, C(X: -86,Y: 9),S(x: 0),S(X: 96)
7.)Underwear> 15,1>1,C(X: 12,Y: 0),S(X: -100)

8.) Shoes>1>11>1>C(X: 80,Y: -5),S(X: -97),L(X: -75)
9.)Wristbands>1>16,C(X: -50,Y:9),S(X: 24)L(X: 84)
10.)Headpaint: 30>C(X: 94,Y: 23),S(X: 56)
11.)Headpaint: 20>C(X: 100, Y: 9),S(X:0),T(X:100)
12.)Design>Simple>Face>25>second biggest size, rotate 2*,C(x: -69,Y:67),S(X:0),T(X: 50) place in middle of face so that half of it sticks outover eyebrows and half of it below eyes refer to this helplink:

13.)Headpaint:1>C(-82,Y: 28),S(X: 59), T(X: 100)
14.)Design>Simple>Face>156>second smallest size>C(X: 77, Y:9),S(X:0)for placement refer to the pic

15.)Design>Letters>Face>Alphabet>1/16> "Y">biggest size>C(X: -77,Y:16),S(X:9)place on nose see pic
16.)Pants>53>120>1>C(X: 34,Y:27),S(X: -94)

Use two of the following pattern on each leg and make them wrap allthe way around the leg place them to access parts of pants on upper legs
17.), 18.)19.),20.)Design>Simple>:153>rotate 1*>biggest size>C(x:-89,Y:46), S(X: -44)

*Use 4 in total and two of the following pattern on both armsto make the arm bands nearer shoulder blade high as possible on both arms,as seen in the pics one is green colored and the other is pink, purple
21.), 22.),23.),24.)Design>Simple> 145, rotate 1*, biggest size, C(X:-54,Y: 71), S(X:0) for green C(X: 85,Y: 60),, S(X:0) for bright pink/purplered one in the pics

*Use 4 in total and two of the following pattern on both legsmake them wrap around the legs to help make kneepads;for placement on legsee original pics these are going to form the kneepads

25.),26.),27.),28.)Design>Flag>25> C(X: -5,Y: -8), S(X: -68)
29.)Design>WWE>Left leg>3> smallest size, rotate 2*, C(x: 79,Y:23),S(X:0)place in
middle of the self made kneepad above
30.)Design>Tatoo>Right leg> 36>rotate 2*, smallest size>C(x: -54,Y:20), S(X: 0)place
in middle of the self made kneepad

*Using three of the following pattern and placing them in a diagonallike this / with a little
bit of space between on front of tights as seenin the main pics
31.) ,32.),33.)Design>Body>Tatoo>36>rotate 3*,smallest size>C(-65,Y:6)

34.)Design>Simple>Back>25, rotate 2*,second smallest size C(X: 83, Y:51),S(X:0)
place on back of tights in the middle
35.)Design>Simple> 139>second smallest size>C(-74,Y:16),S(X:0) placeon top of
previous piece and move it down a little so it looks like thispattern has purple-ish red
outline at the top of it

Form>Figures

Body Morphing (X: 11,Y: -41)

Form>Figures
Head(X: -16,Y: 6),(Y: 8)
Neck(X: 62, Y: 66), (Y: -92)
Chest (X: 76, Y: -9),(Y: -24)
Shoulder(X: -63,Y: 19),(Y: -20)
Abdomen(X: 27,Y: 0),(Y: 35)
Arms(X: 61,Y: 32),(Y: -38)
Forearms(X: 0,Y: 24)
Hands(X: 32,Y: 28),(Y: -54)
Waist(X: 0,Y: -3)
Thigh(X: 12,Y: 2)
Legs(X: 51,Y: 27),(Y: -53)
Feet(X: -25,Y: -7),(Y: -43)

Height 6'3"

UCI 000312

# EXHIBIT B

# EXHIBIT B

1913953

SMACKDOWN
HERE COMES THE PAIN
ULTIMATE WARRIOR CAW #2





Ultimate
Warrior
Created
By
Bhangra
Man

1.)skin2, skin color:3, C(X: -91,Y: -10),S(X: 9)
2.)Face>25,Model> 14, Figure(X: 0, Y: 0),Shape (X: 33, Y: 0), Age(X: 26)<==for skin texture
Head(X: 0, Y: -12)
Eyebrow(X: 14,Y: 14)
Eyes(X: 5,Y: -100),(X: -1 , Y: -19)
Nose(X: -3,Y: 74),(X: -24,Y -25)
Cheeks(X: -30)
Mouth(X: 7,Y: -18 ),(X: -16)
Jaw(X: 8,Y: 35),(X: 47)


3.)Eyes: 1, C(X: 9,Y: -10),S(X: -2)
4.)eyebrows :114, C(X: -89,Y: 0), S(X: 0)
5.)Lips: 38, C(X: -98, Y: -16), S(X:0)
6.)Hair : 35, or 40, C(X: -86,Y: 9),S(x: 0),S(X: 96)
7.)Underwear: 15>31>1>C(X: -85, Y: 23), S(X: 75)


8.) Shoes>1>1>1>C(X: -47,Y: -50),S(X: 2),L(X: -75)
9.)Wristbands>1>58,C(X: -69,Y:20),S(X: 26)L(X: 78)
10.)Headpaint: 30>C(X: -90,Y: 63),S(X: 71)
11.)Headpaint: 1>C(X: -65, Y: 50),S(X:69),T(X:100)

12.)Design>Face>Letters>Aplhabet 1/16>"I">biggest size>C(X: -79,Y: 100),S(X: 0)
place on bose between the space between the eyes making half ofthe I stick out above eyebrow area and below
13.)Headpaint: 38>C(x: -90,Y: 20), S(X: 2)
14.)Design>Face>Letters>Aplhabet 1/16>"V">biggest size>C(x: -97, Y:42), S(X: 34)
place immediately below left eye (your left) but move tothe left; towards the left sideburn but make the V on the orange paint
15.)Design>Face>Letters>Aplhabet 1/16>"V">biggest size>C(x: -97, Y:42), S(X: 34)
place immediately below right eye (your left) but move tothe right; towrads the right sideburn but make the V on the orange paint
16.)Pants>53>221>1>C(X: -86,Y:9),S(X: 61)

Use two of the following pattern on each leg and make them skin coloredand wrap all the way around the leg place them to cover up access partsof pants on upper legs
17.), 18.)19.),20.)Design>Simple>:153>rotate 1*>biggest size>S(x:-89,Y:46), S(X: -44)

*Use 4 in total and two of the following pattern on both armsto make the arm bands nearer shoulder blade high as possible on both arms,as seen in the pics one is green colored and the other is pink, purple
21.), 22.)23.),24.)Design>Simple> 145, rotate 1*, biggest size, C(X:-67,Y: 87), S(X:0)
for yellow C(X: 88,Y: 74)), S(X:0) for pink/red

use the two flags below on both legs and them wrap around the legs tohelp make kneepads;making sure flag 20's + sign is quite visible in frontview ie centered middle in

front of kneepads

25.),26.)27.),28.)Design>Flag>20> second biggest size>C(X: -85,Y: 4),S(X: 64)
Design>Flag>18>second biggest size> C(X: -91,y: 9),S(X: 8) thisflag helps to wrap the
flags all the way the leg

29.)Design>Simple>Left leg>25> rotate 2*>smallest size, C(X: 91,Y: 53),S(X: 0) place
on the newly formed kneepads on the front on top of the +symbol this is for the warrior
logo on kneepads
30.)Design>Simple>Left leg>25> rotate 2*>smallest size, C(X: 91,Y:53), S(X: 0) place
on the newly formed kneepads on the front on top ofthe + symbol this is for the warrior
logo on kneepads

*Using 2 of the following pattern and placing one near crotchand the other on left hip on
underwear / tights as seen in the main pics
31.) ,32.)Design>Simple>Body>25>rotate 2*,smallest size> C(X: 86, Y:28),S(X:0)

33.)Design>Simple>Back: 139> biggest size> C(X: -89,Y: 36), Y(X: 39)place on butt
cheeks
34.)Design>Simple>Back: 25>rotate 2*,second smallest size, C(X: -49,Y:89),S(X: 0)
place on central on back of tights but place towards the bottom
35.)Design>Picture>Back>90>smallest size>C(x: 96, Y: 4),S(X: 39) placeon yellow
warrior logo on back almost as high as possible on warrior symbolbut just right of center
of it as seen in the pics

Form>Figures

Body Morphing (X: 11,Y: -41)

Form>Figures
Head(X: -16,Y: 6),(Y: 8)
Neck(X: 62, Y: 66), (Y: -92)
Chest (X: 76, Y: -9),(Y: -24)
Shoulder(X: -63,Y: 19),(Y: -20)
Abdomen(X: 27,Y: 0),(Y: 35)
Arms(X: 61,Y: 32),(Y: -38)
Forearms(X: 0,Y: 24)
Hands(X: 32,Y: 28),(Y: -54)
Waist(X: 0,Y: -3)
Thigh(X: 12,Y: 2)
Legs(X: 51,Y: 27),(Y: -53)
Feet(X: -25,Y: -7),(Y: -43)

Height 6'3"

UCI 000315

# EXHIBIT C

# EXHIBIT C

# SMACKDOWN vs RAW
# Ultimate Warrior Created Moveset

**BASES**
Ring In Move: Matt Hardy
Ring Out Move: Roll Down
**Taunt: Taunt Powerful 01; Taunt Powerful 04; Taunt Muscular 04;**
**Muscle Appealing**
Fighting Style: Wrestling 01
Walking Style: Normal
Running Style: Normal
Entrance: Moves: Original 16; Music: Original 20

**READY MOVES**
Attack: Clothesline 02; Toe Kick 01; Double Axe Handle 01; Slap 02; Back Chop 03;
Muscular Punches

Grapple:
- Submission: Bearhug 03; Headlock 01; Headlock 02; Wrist & Arm Wrench
- Signature: Facecrusher 03; Scoop Slam 02; Falling Powerslam; Suplex 03
- Power: Backbreaker 09; Powerful Knee Strike 02; Body Press Slam; Batista Lifting &

Toss
- Quick: Small Package 01; Power Up 02; Jawbreaker 01; Club To Neck
- Grapple Attack: Grapple Elbow Strike 01; Grapple Elbow Strike 01; Grapple Elbow
Strike 03
Back Attack: Atomic Drop; Backbreaker 06; Elbow To Back Of Head 02; Backslide Pin
02
-- Super Atomic Drop; Back Suplex 02; Forearm Smash; School Boy Pin 02
Edge of Cell: Downward Thrust x4

**GROUND**
Attack: Angry Stomp; Elbow Drop 02; Elbow Drop 09
Grapple: Sleeper Hold 09; Fury Punch 09; Reverse Chin Lock 02 || Toss 02; Kick To
Leg; Leg Lock 10

**TURNBUCKLE**
Attack: Running Shoulder Attack 01; Turnbuckle Clothesline; Knee Attack 01
Grapple: Mudhole Stomping 01; Superplex 01; 10 Punch || Mudhole Stomping 02
Back Attack: Turnbuckle Smash; Turnbuckle Smash; 10 Turnbuckle Smash; Turnbuckle
Smash

ROPE OPPONENT
Rope Down: Big Boot 04
Rebound Attack: Shoulder Block 02; Double Axe Handle 04; Vaulting Body Press 02
Jump Down Over: Dive Through Ropes

AERIAL
Stand: Shoulder Block 03; Double Axe Handle 03
Down: Diving Elbow Drop; The Money Shot Pin; The Money Shot Pin

RUNNING
Attack: Running Shoulder Attack 02; Clothesline 19
Grapple: Neckbreaker Drop; Reverse Mat Slam
Back Attack: School Boy Pin 02; Mat Slam 02
Squatting Attack: Elbow Drop 10; Double Axe Handle 04
Counter: Powerslam 01; Back Body Drop 02; Flapjack 03

DOUBLE TEAM
Stand: Double Flapjack; Double Suplex; Double Punches 02; Double Clothesline; Double
Beat Head
Turnbuckle: Kick To Gut; Double Stomping; Hip Toss; Body Splash & Whip

SPECIAL
**Finisher: Ultimate Bomber Pin; Ultimate Slam & Splash**
**Favorites: Scoop Slam 02; Clothesline 19; Back Body Drop 02**
Weapon Finisher: DDT 29; Guillotine 03
Combination Moves: Benoit Punches; Back Chop 01; Double Axe Handle 01

UCI 000317

# EXHIBIT D

# EXHIBIT D

1913953

SMACKDOWN vs RAW
ULTIMATE WARRIOR CAW 1



UCl 000318

1.)Body Skin 2/4
Skin Color: C(-90,24),S (15)

2.)Face Skin: 13/13

3.)Eyes: 1/12,C (X: -96,Y: -14),S (X: 0)
4.)Eyebrows: 18/154 ,C(X: -88,Y: 9),S (X: 0)
5.)Lips: 56/65,C(X: -96,Y: 10),S(X: 0)
6.)Teeth 1/3
7.)Hair: 64/88,C(X: -82,Y: 31),S(X: 0), LT(X:72)
or Hair 65/88,C(X: -86,Y: 0),S(X: 0),L(X: 72)

8.)Body hair 1/12
9.)underwear 38/41,5/19,C(X: 15,Y: -8),S(X: 23)

=====================================

**Face morphing

Head(X: 17,Y: -61),(X: 0)
Eyebrows (X: 0,Y: 0),(Y: 30)
Eyes(X: 11,Y: -41),(X: -80,Y: -100)
Nose(X: 25,Y: 0),(X: 0,Y: 18)
Cheek(X: -100,,Y: 100),(X: -9,Y: -94)
Mouth(X: -73,Y: 54),( X: 0 ,Y: 32)
Jaw(X: 9,Y: -15),(X: -13,Y: 25)
Ear(X: 51,Y: 0),(X: 0,Y: 0)
Age(X: -28)


Full body scaling
Head(X: -41,Y: 0),(Y: -44)
Neck(X: 0,Y: 0),(Y: 0)
Chest(X: 67,Y: 14),(Y: 49)
Shoulder(X: -14,Y: -57)
Abdomen(X: 37,Y: 0),(Y: 0)
Arms(X: 22,Y: 23),(Y: -34)
Hands(X: -33,Y: -70)
Waist(X: 46,Y: 0)
Legs(X: 5,Y: 0),(X: 18,Y: -53)
Feet(X: 62,Y: 0),(Y: -1)


Height 6'3"

Body toning X: -60

=====================================

Use the help pic links above for the following:

UCI 000319

ATTIRE :1,WM12 attire v/s HHH ( with jacket, blueish tights)

10.)Socks: 1/41,2/22,C(X: 23,Y: 47),S(X: 66),T(X: 100),L(X: -88)
11.)Wristbands: 37/41, 1/20,C(X: -88,Y: 31),S(X: 75),T(X: 100), L(X: 67)
12.)Dress up> Head> Paint: 30/152, C(X: 9,Y: 34),S(X: 63),T(X: 100)
13.)Dress up> Head> Paint: 37/152, C(X: 19,Y: 9),S(X: 0),T(X: 100)
14.)Dress up> Head> Paint: 114/152,C(X:-83,Y: 72),S(X: 0),T(X: 100)
15.)Dress up> Feet>Shoes: 1/41,1/45,C(X: 95,Y: 24),S(X: 100),L(X: -100)
16.)Pants: 38/41,13/19,C(X: 84,Y: 18),S(X: -1),Pants(X: 27)
17.)Dress up >Right leg> Design, Flag 20/30,second smallest vertical size, biggest
horizontal size, place in kneepads position in front view near the top of the pants/
socks, C(X: 13,Y: 5),S(X: 93),T(X: 100)
18.)Dress up >Right leg> Design, Flag 30/30,second smallest vertical size, biggest
horizontal size, place at back of leg in kneepads position but place it so that it
nearly joins up at both ends of previous flag. It is not meant to connect all the
way round, it looks in game remember he normally had tassels coming from kneepads
anyways, C(X: -84,Y: 100),S(X: 66),T(X: 100)
19.)Arm paint: 83/149,C(X: -79,Y: 100),S(X: 14),T(X: 100)
20.)Dress up >Left leg> Design, Flag 20/30,second smallest vertical size, biggest
horizontal size, place in kneepads position in front view near the top of the pants/
socks, C(X: 13,Y: 5),S(X: 93),T(X: 100)
21.)Dress up >Left leg> Design, Flag 30/30,second smallest vertical size, biggest
horizontal size, place at back of leg in kneepads position but place it so that it
nearly joins up at both ends of previous flag. It is not meant to connect all the
way round, it looks in game remember he normally had tassels coming from kneepads
anyways, C(X: -84,Y: 100),S(X: 66),T(X: 100)
22.)Dress up> Left leg> Design. picture 70/100, second smallest horizontal
scaling, place in middle of now created kneepad in front view, C(X: -92,Y: 51),S(X:
7),T(X: 100)
23.)Dress up> Right leg> Design. picture 70/100, second smallest horizontal
scaling, place in middle of now created kneepad in front view, C(X: -92,Y: 51),S(X:
7),T(X: 100)
24.)Dress up>Head>Simple, 137,162,second smallest horizontal size, smallest vertical
size, placement see help pic, C(X: -82,Y: 75),S(X: 0),T(X: 100)
25.)Dress up>Head> Simple 147,162,biggest horizontal scaling, second smallest
size, placement see help pic, C(X: 17,Y: -40),S(X: 0),T(X: 100)
26.)Dress up, Head> Simple: 101/162,biggest horizontal and vertical scaling, placement
see help pic, C(X: 21,Y: 9), S(X: -89),T(X: 100)
27.)Dress up>Upperbody>Back> Picture 70/100,biggest horizontal scaling, second
smallest vertical scaling, place on back of tights in the middle, C(X: -91,Y: 22),S(X:
3),T(X: 100)

**The following are only entrance / cutscene attire only
28.)Coat: 41/41, 9/16,C(X: 16,Y: -18),S(X: 0)
29.)Dress up>Upperbody> paint> 48/58, C(X: -100,Y: 58),S(X: 0),T(X: 100)

30.)Dress up, Upperbody>Back>Design WWE :35/60, biggest horizontal and vertical scaling, rotate 2*,placement see help pic, C(X: -92,Y: 14),S(X: 0),T(X: 100)
31.)Dress up, upperbody>paint: 56/58,C(X: -100,Y: 30),S(X: 47),T(X: 100)
32.)Dress up, upperbody, front, design picture 70/100,smallest horizontal and vertical scaling, placement see help pic, C(X: -90,Y: 34),S(X: 0),T(X: 100)

ATTIRE 2: Green tights warrior

Change underwear to underwear 1/41,5/19,C(X: -34,Y: 9),S(X: 37)
than same than

10.)Socks: 1/41,2/22,C(X: -26,Y: 48),S(X: 66),T(X: 100),L(X: -88)
11.)Wristbands,12/41,1/20,C(X: -71,Y: 39),S(X: 79),T(X: 100),L(X: 72)
12.)Dress up>Head>Paint: 30/152, C(X: -87,Y: 75),S(X: 100),T(X: 100)
13.)Dress up>Head>Paint: 114/152,C(X: -100,Y: 100),S(X: 6),T(X: 100)
14.)Dress up>Head>Paint: 38/152, C(X: -53,Y: 71),S(X: 26),T(X: 100)
15.)Dress up>Head>Design>Simple: 139/162,rotate 2*,second smallest horizontal and vertical scaling, placement see help pic, C(X: 100,Y: 50),S(X: 0),T(X: 100)
16.)Dress up>Head>Paint: 50/152,C(X: -66,Y: 98),S(X: 26),T(X: 100)
17.)Dress up>Head>Paint: 37/152,C(X: -59,Y: 28),S(X: 0),T(X: 100)
18.)Dress up>Head>Paint: 19/152,C(X: 89,Y: -100),S(X: 0),T(X: 100)
19.)Dress up>Head>Paint: 49/152,C(X: -55,Y: 39),S(X: 22),T(X: 100)
20.)Wristbands: 1/41,1/20,C(X: 93,Y: 40),S(X: 0),T(X: 100),L(X: 93)
21.)Shoes: 1/41,1/45,C(X: -26,Y: 9),S(X: -100),L(X: -100)
22.)Pants: 38/41,13/19,C(X: -96,Y: 9),S(X: -96),Pants(X: 31)
23.)Dress up >Right leg> Design, Flag 20/30,second smallest vertical size, biggest horizontal size, place in kneepads position in front view near the top of the pants/ socks, C(X: -43,Y: 77),S(X: 93),T(X: 100)
24.)Dress up >Right leg> Design, Flag 30/30,second smallest vertical size, biggest horizontal size, place at back of leg in kneepads position but place it so that it nearly joins up at both ends of previous flag. It is not meant to connect all the way round, it looks in game remember he normally had tassels coming from kneepads anyways,
C(X: -28,Y: 100),S(X: 100),T(X: 100)
25.)Dress up >Left leg> Design, Flag 20/30,second smallest vertical size, biggest horizontal size, place in kneepads position in front view near the top of the pants/ socks, C(X: -47,Y: 9),S(X: 74),T(X: 100)
26.)Dress up >Left leg> Design, Flag 30/30,second smallest vertical size, biggest horizontal size, place at back of leg in kneepads position but place it so that it nearly joins up at both ends of previous flag. It is not meant to connect all the way round, it looks in game remember he normally had tassels coming from kneepads anyways,
C(X: -46,Y: 33),S(X: 82),T(X: 100)
27.)Arm paint: 83/149,C(X: 83,Y: 100),S(X: 25),T(X: 100)
28.)Dress up> Left leg> Design>picture 70/100, second smallest horizontal scaling, place in middle of now created kneepad in front veiw, C(X: 90,Y: 9),S(X:

UCL000321

12),T(X: 100)
29.)Dress up> Right leg> Design>picture 70/100, second smallest horizontal scaling, place in middle of now created kneepad in front veiw,C(X:90,Y: 9),S(X: 12),T(X: 100)
30.)Dress up>Head>Simple :140/162,rotate 2*, smallest vertical and horizontal scaling, see help pic, C(X: 98,Y: -100),S(X: 0),T(X: 100)

Attire 3: Warrior WM6 orange attire v/s hulk Hogan

change underwear to 1/41, 5/19,C(X: -88,Y: 58),S(X: 28)
then same than

10.)Socks: 1/41,2/22,C(X: -92,Y: 27),S(X; 47),T(X: 100),L(X: -88)
11.)Writsbands: 12/41, 1/20,C(X: -81,Y: 50),S(X: 80),T(X: 100),L(X: 72)
12.)Dress up>Head>Paint: 30/152,C(X: -88,Y: 65),S(X: 90),T(X: 100)
13.)Dress up>Head>Paint: 37/152,C(X: -67,Y: 44),S(X: 0),T(X: 100)
14.)Dress up>Head>Paint: 114/152,C(X: -89,Y: 66),S(X: 11),T(X: 100)
15.)Dress up>Head>Paint: 38/152,C(X: -45,YL 100),S(X: 56),T(X: 100)
16.)Shoes: 1/41,1/45,C(X: -26,Y: 9),S(X: 37),L(X: -100)
17.)Pants: 38/41,13/19,C(X: -96,Y: 38),S(X: 68),Pants(X: 32)
18.)Dress up >Right leg> Design, Flag 20/30,second smallest vertical size, biggest horizontal size, place in kneepads position in front view near the top of the pants/ socks, C(X: -88,Y: 9),S(X: 74),T(X: 100)
19.)Dress up >Right leg> Design, Flag 30/30,second smallest vertical size, biggest horizontal size,place at back of leg in kneepads position but place it so that it nearly joins up at both ends of previous flag. It is not meant to connect all the way round, it looks in game remember he normally had tassels coming from kneepads anyways,
C(X: -90,Y: 69),S(X: 100),T(X: 100)
20.)Dress up >Left leg> Design, Flag 20/30,second smallest vertical size, biggest horizontal size, place in kneepads position in front view near the top of the pants/ socks, C(X: -88,Y: 9),S(X: 74),T(X: 100)
21.)Dress up >Left leg> Design, Flag 30/30,second smallest vertical size, biggest horizontal size, place at back of leg in kneepads position but place it so that it nearly joins up at both ends of previous flag. It is not meant to connect all the way round, it looks in game remember he normally had tassels coming from kneepads anyways,
C(X: -90,Y: 33),S(X: 82),T(X: 100)
22.)Dress up> Left leg> Design>picture 70/100, second smallest horizontal scaling, place in middle of now created kneepad in front view, C(X: 92,Y: 12),S(X: 25),T(X: 100)
23.)Dress up> Right leg> Design>picture 70/100, second smallest horizontal scaling, place in middle of now created kneepad in front veiw,C(X:92,Y: 12),S(X: 25),T(X: 100)
24.)Arm paint: 83/149,C(X: -61,Y: 100),S(X: 100),T(X: 100)
25.)Dress up>Upperbody>Design: Simple: 25/162,rotate 2*,biggest horizontal scaling

and second smallest vertical scaling, place on chest see pics, C(X: -100,Y: 30),S(X: 0),T(X: 100)

26.)Dress up>Upperbody>Back> Design: Simple 25/162,rotate 2*,biggest horizontal scaling and second smallest vertical scaling, place on back of tights, see pics, C(X: -78,Y: 100),S(X: 0),T(X: 100)

27.)Dress up>Upperbody>Design: Simple: 136/162,rotate 2*,second biggest horizontal scaling ,second smallest vertical scaling, placement see help pics, C(X: -100,Y: 1),S(X: 27),T(X: 100)

28.)Dress up>Upperbody>Design: Simple: 94/162,biggest horizontal scaling, second smallest vertical scaling, placement see help pics,C(X: -70,Y: 67),S(X: 0), T(X: -61)

29.)Dress up>Upperbody>back>Design> Picture: 70/100,second biggest horizontal scaling, smallest vertical scaling, place in middle of yellow pattern on back of tights,C(X: 96,Y: 18),S(X: 12),T(X: 100)

30.)Dress up>Head>Design> Simple: 137/162,biggest horizontal scaling, second biggest vertical scaling, placement see help pic, C(X: -90,Y: 22),S(X: 9),T(X: 100)

31.)Dress up>Head>Make up: 7/60,C(X: 28,Y: -48),S(X: -100),T(X: 61)

32.)Dress up>Upperbody>Design>Picture: 70/100,second smallest horizontal scaling, smallest vertical scaling, Design>Picture 70/100, place in front of tights as seen in pics, C(X: 100,Y: 9),S(X: 93),T(X: 100)

---

Profile: Ultimate Warrior
Call name: Warrior

**Bases: Entrance
Movie: Logo
Moves: Original 16
Music: Original 1

Fighting chance: Wrestling 1

---

UCI 000323

# EXHIBIT E

# EXHIBIT E

# SMACKDOWN vs RAW 2006
# Preset Movesets & Entrances
## Info credit: Various Sources

To unlock the preset movesets, win 10 matches in exhibition with a CAW.

**Preset Entrances:**

Edit 01 - Matt Hardy V1
Edit 02 - Dvon Dudley & Bubba Ray Dudley
Edit 03 - Maven
Edit 04 - Miss Jackie
Edit 05 - Brock Lesnar

Tag 01 - Eugene & William Regal
Tag 02 - Bashams
Tag 03 - La Resistance
Tag 04 - William Regal & Tajiri
Tag 05 - Muhammad Hassan & Diaria lol
Tag 06 - Bushwhackers
Tag 07 - Charlie Haas & Miss Jackie
Tag 08 - LOD (?)

Trio 01 - DX with Torri (Road Dogg & Xpac)
Trio 02 - nWo (Nash & Hogan & Hall)
Trio 03 - Generic or Team Angle (Kurt Angle, Charlie Haas, and Shelton Benjamin)

**Preset Movesets:**

Moveset 1: Hardcore Holly
Moveset 2: Val Venis
Moveset 3: Funaki
Moveset 4: Maven
Moveset 5: Rhyno
Moveset 6: Bubba ray dudley
Moveset 7: D-von Dudley
Moveset 8: Luther Reigns (or Test?)
Moveset 9: Lance storm
Moveset 10: Rikishi
Moveset 11: Ultimo dragon
Moveset 12: Billy Gunn
Moveset 13: Chuck Palumbo
Moveset 14: Matt Hardy
Moveset 15: Jeff Hardy
Moveset 16: Al Snow

Moveset 17: Goldberg
Moveset 18: Scott Steiner
Moveset 19: Sting
Moveset 20: X-pac
Moveset 21: Kevin Nash
Moveset 22: Razor Ramon
Moveset 23: Animal
Moveset 24: Hawk
Moveset 25: Ultimate Warrior

UCI 000325

# EXHIBIT F

# EXHIBIT F

SMACKDOWN VS RAW 2006
ULTIMATE WARRIOR CAW 1



HCU 000326

Name ? Ultimate Warrior
HUD Name ? Warrior
Nick Name - Warrior
Nick Name Placement - None
Anouncer Introduction ? The Legend
Hometown - **Parts Unknown**
Weight class - 254
Match Tactic - Fight Clean
Show - Smackdown!
Voice - 5

----Head----

Morphing

Head / 0 / 0 / -33 / -23 /
Eyebrows / 0 / 0 / 0 / 0 /
Eyes / -29 / -18 / 0 / 0 / 0 / -23 / 10 /
Nose / -19 / 61 / -8 / -8 / -33 / -8 / 20 / 14 /
Cheek / -30 / -23 / -29 / 0 /
Mouth / 20 / -22 / 0 / -7 / -10 / -4 / -8 /
Jaw / 100 / -29 / 10 / -29 / -48 / -8 /
Ear / 0 / 0 / 0 / 0 /
Age / 25 /

Morphing Continued

Hair (46/91) / 96 / 49 / 30 / 64 /
Eyes (1/26) / 92 / 50 / 35 /
Eyebrows (1/48) / 97 / 50 / 50 / 100 /
Facial Hair None
Lips (1/35) / 98 / 50 / 50 / 100 /
Face Skin (8/8)
Eye Lids Default
Teeth Default

----Body----

Body Type

Ripped <-> Thick -59
(advanced Options)
Head / 0 / 0 / 0 /
Neck / 0 / 0 / 0 /

UCI 000327

Chest / -8 / 14 / 0 /
Shoulder / 0 / -8 / 0 /
Abdomen / -3 / 5 / 0 /
Waist / 0 / 0 /
Arms / 10 / 29 / 35 /
Hands / 20 / 5 / 5 /
Legs / 20 / 0 / 0 /
Feet / 8 / 0 / 0 /

Body Skin
=======

(8/9) / 96 / 54 / 50 /

Body Hair
======

(1/32) Default

Body Height
======

Height 6'2"

---Outfit---
Head
====

** MUST BE IN ORDER **
Head Paint (20/159) / 96 / 91 / 87 / 100 /
Pattern Simple (138/162) / 96 / 78 / 87 / 100
Head Paint (7/159) / 75 / 50 / 27 / 100
Head Paint (37/159) / 70 / 78 / 73 / 100
Head Paint (24/159) / 2 / 50 / 0 / 100

Arms
====

Wrist Bands (19/20) / 96 / 78 / 87 / 100 / 95 /
Wrist Bands (1/20) / 70 / 79 / 74 / 100 / 100 /
Elbow Pads (13/16) / 96 / 79 / 88 / 100 /

Legs
==

Underwear (4/25) / 43 / 0 / 54 /
See Pics For Placement...
Pattern Simple (25/162) Rotate 2xs / 70 / 50 / 50 / 100
Pattern Simple (25/162) Rotate 2xs / 70 / 50 / 50 / 100
Pattern Simple (25/162) Rotate 2xs / 70 / 50 / 50 / 100

Knee Pads -> Both Feet (14/15) / 0 / 0 / 100 / 100 /

See Pics For Placement...
Pattern Simple (25/162) Rotate 2xs / 70 / 50 / 50 / 100
Pattern Simple (25/162) Rotate 2xs / 70 / 50 / 50 / 100

Feet
==

Shoes (14/48) / 43 / 0 / 69 /
Accessories (1/18) / 100 / 0 / 40 / 100 /

Other
====

A.I. Fighting Style Batista

Advanced
========

Move ---- Agressive
Irish Whip ---- Often
Diving Moves ---- Less
Taunt ------ Often

# EXHIBIT G

# EXHIBIT G

SMACKDOWN VS RAW 2006
ULTIMATE WARRIOR CAW 3



{Note: Some tvs are different then others. Please adjust your tv so the colors are right. I have double checked all my formulas and have made sure no mistakes happen. But in rare cases some do happen. If so please contact me. Enjoy!!!}

**Profile**
Name: Ultimate Warrior
HUD Name: Warrior
Announcer Introduction: The Hero
Hometown: **Parts Unknown**
Gender: Male
Weight Class: 275 lbs./Heavyweight
Match Tactic: Fight Clean
Show: Raw
Voice: Dunno...It\'s up to you...

**Head**
{Morphing}
Head (0,35,7,0)
Eyebrows (100,0,40,5)
Eyes (13,43,0,-48,0,-3,-51)
Nose (2,0,0,0,33,14,1,6)
Cheek (0,0,50,0)
Mouth (-22,0,0,34,0,70,36)
Jaw (20,0,25,0,0,35)
Ear (0,0,0,0)
Age (10)

{Morphing-Continued}
Hair: 45 (91,48,60,50)
Eyes: 1 (92,56,45)
Eyebrows: 18 (95,59,37,61)
Lips: 34 (99,50,42,39)
Face Skin: 8
Eyelashes(lids): 1 (93,50,50)
Teeth: 1 (98,50,50)

**Body**

{Body Type}
Ripped <-> Thick: -36
--->ADVANCE OPTIONS<---
Head: (3,0,14)
Neck: (-19,33,32)
Chest: (0,0,0)
Shoulder: (0,37,0)
Abdomen: (-18,14,12)

UCI 000331

Waist: (0,14)
Arms: (0,0,-33)
Hands: (0,0,0)
Legs: (10,3,0)
Feet: (0,0,0)

{Body Skin}: 4 (96,53,41)
{Body Hair}: 1 (100,50,50,100)
{Body Height}: 6\'2\"

**Outfit**
{Note: I am putting all layers as I have them in the layers section....If something doesn\'t look to be in the right place move that layer to make it the right place....Missing numbers are either facial hair or Green colored Unmove-able layers. And missing HIGH numbers means I didn\'t use those layers!!!}

10. Legs/Underwear: 1-44 (31,81,50)
11. Head/FacePaint: 30 (40,100,61,100)

~FacePaint CoverUps~
12. Face/Tattoos&Logos/Design: 153 {Hit Vertical Scaling Down 1 time and Horizontal Scaling Down 1 time} [[Move: See Help Pix]] (95,22,65,100)
13. Face/Tattoos&Logos/Design: 153 {Hit Vertical Scaling Down 1 time and Horizontal Scaling Down 1 time} [[Move: See Help Pix]] (95,22,65,100)

14. Head/FacePaint: 9 (40,100,61,100)
15. Head/FacePaint: 10 (40,100,61,100)
16. Head/FacePaint: 19 (4,0,0,100)
17. Head/FacePaint: 33 (85,96,66,100)

~Upper Lip Detail and FacePaint Add-Ons~
18. Face/Tattoos&Logos/Letters/Sign: Page 2/Row 1/Box 1 {Hit Rotate 2 times} [[Move: See Help Pix]] (38,0,23,9)
19. Face/Tattoos&Logos/Design: 150 {Hit Rotate 1 time, Horizontal Scaling Down 1 time, and Vertical Scaling Up 1 time} [[Move: See Help Pix]] (40,100,69,100)
20. Face/Tattoos&Logos/Design: 150 {Hit Horizontal Scaling Down 1 time and Vertical Scaling Up 1 time} [[Move: See Help Pix]] (40,100,69,100)

21. Head/FacePaint: 62 (42,100,69,50)
22. Head/FacePaint: 31 (100,66,51,95)
23. Head/Make-Up: 5 (84,72,78,85)
24. Arm/Wristbands/Both: 1-1 (32,36,49,100,0)
25. Arm/Wristbands/Both: 1-1 (96,36,36,100,5)
26. Arm/Wristbands/Both: 3-1 (35,93,71,100,69)
27. Legs/Kneepads/Both: 15-6 (36,64,49,100)

**~Warrior Symbols on trunks and wristbands~**

28. Torso/Tattoos&Logos/Design/Front: 25 {Hit Rotate 2 times and Vertical Scaling Down 1 time} [[Move: See Help Pix]] (91,100,80,93)

29. Arm/Tattoos&Logos/Design/Right Arm: 25 {Hit Hit Rotate 2 times and Horizontal Scaling Up 1 time} [[Move: See Help Pix]] (91,100,80,93)

30. Arm/Tattoos&Logos/Design/Left Arm: 25 {Hit Rotate 2 times and Horizontal Scaling Up 1 time} [[Move: See Help Pix]] (91,100,80,93)

31. Feet/Shoes: 1-1 (94,65,100)

32. Legs/Pants: 60-6 (38,100,43,0)

UCI 000333

# EXHIBIT H

# EXHIBIT H



IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | DS | Game Boy | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

Log In | Register
My Account | My Email Alerts
My Collection (0 Games) | My Wishlist

It's Good to Be a PC Gamer
Check out all these huge, new
games! And we've got detailed
reviews for all of them:


Call of Duty 2


Age of Empires III


F.E.A.R.


Quake 4

```
Enter Game Title
```
**Find Game**

**SECTIONS**

· Football
· Basketball
· Baseball
· Boxing
· Hockey
· Wrestling
· Other
· Play of the Day
· News
· Mailbag
· Message Boards

**CHANNELS**

**Insider Members**
· Insider Channel
· Hi-Res Movies
· Strategy Guides
· Join Insider
**Games**
· PC Games
· PlayStation 2
· PlayStation 3
· Sony PSP
· Xbox
· Xbox 360
· GameCube
· Nintendo DS
· Game Boy
· Wireless
· N-Gage
· PlayStation
· N64
· Dreamcast
· PC Downloads
· Top Games
· VE3D
· Vault Network
**Entertainment**
· Movies
· DVD
· Music

IGN » Sports






## WWE Smackdown: Here Come the CAWs


| Videos : Page 1 of 2 | |
|---|---|
| | **NEXT PAGE** |

**Warrior vs. Razor (11/21/2003)**



Downloadable versions:
📷 256 x 192 (5.6 MB)
📷 320 x 240 (22.4 MB)
📷 320 x 240 (49.0 MB)

**Watch It Now**

**Warrior vs. Razor (11/21/2003)**



**Watch It Now**

**Warrior vs. Razor (11/21/2003)**



Downloadable versions:
📷 256 x 192 (5.6 MB)
📷 320 x 240 (22.4 MB)
📷 320 x 240 (49.0 MB)

**Watch It Now**

**Hayabusa vs. Rude (11/21/2003)**



**Watch It Now**

Page 1 of 2

IGN: WWE Smackdown: Here Come the CAWs

· Comics
· Gear
· Sports
· Cars
· Babes
· Sci-Fi Brain
**Cheats & Codes**
· PS2 Cheats
· Xbox Cheats
· Cube Cheats
· PC Cheats
· GBA Cheats
· Top Cheats
· FAQs
· Game Guides
**IGN Services**
· Message Boards
· User Pages
· My Collection
· My Wishlist
· Newswire
· Free Email
· Newsletter
· Chat
· My Account
**GET GAMES**
**Direct2Drive**
**Compare Prices**
· PS2 Games
· Xbox Games
· Cube Games
· PC Games
· GBA Games
**PARTNERS**
· Dream Crib
· Full Sail Career Channel

Got Players? Problems playing videos? Click here

IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | DS | Game Boy | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

Click now to win big on IGN Sweepstakes!

Hot Games: WWE SmackDown! vs. RAW 2006 | Halo 3 | Grand Theft Auto: Liberty City Stories | Metal Gear Solid 4: Guns of the Patriots | I

IGN.com | GameSpy | Arcade | Arena | TeamXbox | GameStats | Planets | Vaults | VE3D | AskM

CheatsCodesGuides | FilePlanet | 3D Gamers | Direct2Drive | Rotten Tomatoes | GamerMetrics

Copyright 1996-2005, IGN Entertainment, Inc.   About Us | Support | Advertise | Privacy Policy | User Agreement |

UCI 000026

# EXHIBIT I

# EXHIBIT I

For WWE Smackdown! Here Comes the Pain

IGN.com
http://cheats.ign.com/ob2/068/546/546855.html
Hint: Move Sets
Here is a list of the move sets:
......
71-OUW Ultimate Warrior


Runboard.com
http://com4.runboard.com/bsmackdown5herecomesthepain.fsvrcawarchivesfaqs.t23
Ultimate Warrior:
Credit: Zengeance (Zengeance86@sbcglobal.net)

Body Toning: -100

Body Parts:
Face 12
Body 2
Skin Color: Now: -92,-3 ; 8
Hair: 65: -84,8 ; -11 ; 100
Body Hair: None
Eybrow: Default
Eyes 12: 40,11 ; 33
Facial Hair: none
Sideburns: none
Lips 1: -99,-22 ; 0
Teeth: 1

Face Morphing:
Head: -74,-29 ; -30
Eyebrows: 58,64 ; 22
Eyes: 0,-36 ; -74,-18
Nose: -58,-51 ; -82,-32
Cheek: 29,0 ; -38,-32
Mouth: -90,53 ; 1,-3
Jaw: 43,-47 ; 34,33
Age: 25

Full Body Scaling:
Head: -29,87 ; -33
Neck: 49,55 ; 21
Chest: 11,17 ; -32
Shoulders: -50,-13
Abdomen: 3,34 ; -21
Arms: -43,37 ; -30
Hands: -19,3
Waist: 100,0
Legs: 1,14 ; 44,-59
Feet: 10,100 ; 29

Height: 6'3" (5)

Color Legend:
My tv is waaaay off on it's color, so make sure everything is Pink, Black, White, and Yellow. So
if it's close... then change it to the basic colors.

UCI 000155

Attire:
Edit underwear color to: 85,89 ; 0

[Arm Ties]
The arm ties will be made by 2 'Simple 145' patterns on the bicep, for each tie.
You need 2 so that it wraps all the way around the arm, make them long as possible
and as wide as possible.
That is a total of 4 patterns on each arm, cuz there are 2 ties.
Top Arm Band Color: -68,72 ; 41 ; 100
Bottom Band Color: -1,100 ; -100 ; 100
---Complete same pattern on other arm---

[Arm Tassels]
After the arm ties are complete on each arm, we will continue to place put
tassels onto the bands. This is achieved by a vertical Simple 145 pattern,
that is short as possible, and as fat as possible. Attach 1 pattern to each
color, and then match it's color. One tassel should hang longer than the other
since the white arm band is farther down the arm than the yellow. Also, it looks
best if the tassel is placed on the very back of the bicep.
Colors: Refer to arm band color.

Wristbands: 41,1: 89,100 ; 31 ; 100 ; 65

Kneepads: 1,15: -71,47 ; -11 ; 100
Shoes: 1,23: -6,100 ; -100

The Warrior Paint Logos on wrestling attire:

Warrior Facepaint logo can be found in Design>Simple 25, and we are going
to place it on 5 different parts of his attire.

-Tights-
2 logos will go on the front of his tights, each one above the middle of his thigh.
Rotate 2x, Vertical: Smallest, Horizontal: smallest
Left: -64,66 ; 24 ; 100
Right: -5,-100 ; -100 ; 100

1 logo will go on the back of his tights.
Rotate 2x, Vertical: 2nd larges, Horizontal: 2nd largest
-5,100 ; -100 ; 100

Now we will put one logo on each of Warrior's boots. Allign the top of the
logo, with his very top shoe lace so that you can still see the tongue of his
boots.
Rotate 2x, Vertical: 2nd smallest, Horizontal: 2nd smallest
Left Boot: 1,-100 ; -100 ; 100
Right Boot: 89,78 ; -25 ; 100

Warrior's Headpaint:
The following numbers represent the model number of headpaint:
30: 4,-8 ; -88 ; 100
31: 82,56 ; 53 ; 100
32: -58,33 ; 31 ; 100

***end copy.

(JOSH) The End Result:

UCI 000156



UCI 000157



Also Here Comes the Pain:
Gametalk.com
http://www.gametalk.com/talk/ps2/wwe_smackdown_here_comes_the_pain/64049039.htm



**STING CAW AND ULTIMATE WARRIOR CAW INSIDE!**
This tip is currently ranked **3.6 out of 5** by many voters.
The_WWE_Racoon has earned 3 gems!

ULTIMATE WARRIOR (WITH WICKED BOOTS)

Body Morphing x-24 / y-51

Form

Head -14 / -21 / 15

Neck 77 / 76 / 15

Chest 66 / -27 / -100

Shoulder -38 / 0 / 51

Abs 69 / 16 / 14

Arms 47 / 37 / -19

Forearms 16 / 25

Hands 24 / 65 / 17

Waist 6 / 4

Thighs 29 / 10

UCI 000158

Legs 27 / -16 / 6

Feet -29 / 0 / -28

Height 6"2

Skin 2 = -88 / -13 / 14

Face 26 Model 10

Figure -6 / 29

Shape 12 / 8

Head -1 / -1

Eyebrows 28 / 49

Eyes 20 / -4 / -3 / -18

Nose -20 / -7 / 0 / -27

Cheek -25

Mouth 15 / 15 / 17

Jaw 23 / -27 / 38

Eyes 1 = 9 / 9 / 0

Eyebrows = Standard

Lips = Unpainted

Hair 35 = -83 / 6 / 0 / 100

Underware 1-1 = 11 / 87 / -100

Shoes 1-1-1 = 12 / 100 / -100 / 44

Wristband (both) 1-(pick a horizontal stripe and change to red and white)

Head paint 30 = -100 / 51 / 100 / 100

Headpaint 33 = -93 / 100 / -49 / 100

Pants 52 - 140 - 1 = -27 / 36 / -100

Design, Simple, L Leg, 138 = move 34 down and 1 right = -88 / 14 / -6

Design, Simple, R Leg, 138 = move 34 down = -88 / 14 / -6

Design, Simple, L Leg, 153 = up 1 size, Rotate 1 and move 9 down = -88 / 14 / -6

UCI 000159

Copy above but for R Leg.

Copy what you just made and move 16 right

Copy first cover for L Leg and move 16 left

Design, Simple, L Leg, 147 = up 1 size, rotate 1 and move down 33 =

-83 / 11 / 0

Copy above for R Leg

Design, Simple, L Leg, 147 = up 1 size, rotate 1 and move down 30 =

-42 / 100 / -95

Copy above for R Leg

Make up 2 = -100 / -100 / 59

Design, Simple, L arm, 145 = up 1 size rotate 1 move right until gap is hidden under arm. = -79 / 100 / -100

copy above for R arm

copy above again, move down just under last one and change to red

copy first arm band and do the same as above for L arm

Design, Letters, Sign "~" rotate 1 size biggest and use two of these red and white for L arm tassles and the do the same for right arm tassles

you should now have four layers left for his logo

design simple 25

put this on the knee pads and on trunks and make same as all along!!!!

For WWE Smackdown! Vs. RAW (11/2/04)
GameSpy.com
http://cheats.gamespy.com/playstation-2-cheats/wwe-smackdown-6/?fromint=1
**Hint: Hidden Entrances**
Solo Entrances.....
16: Ultimate Warrior

**Hint: Hidden Entrances**
24 Ultimate Warrior

From Nightly.net message board
http://www.nightly.net/cgi-bin/ultimatebb.cgi?ubb=get_topic;f=72;t=002196;p=3
posted    01-17-2005

UCI 000160

I forgot to show you my Ultimate Warrior CAW! I shoulda used that in our last match. I made him all myself, no internet help, etc.

posted      01-17-2005 01:17 PM01-17-2005 01:17 PM
I totally owned this other Ultimate Warrior CAW earlier today too. He made the mistake of removing all the turnbuckle pads & I was the one who ended up using them to my advantage

Gamers Europe.com
http://www.gamerseurope.com/articles/636
Damo at 20:52, Fri 21 Jan 2005
Whats the difference between the 2 Ultimate Warrior entrances listed?? there are two numbers for him, i REALLy wanna know..
*(the two listed are same as above from GameSpy)

NineMSN.com
http://games.ninemsn.com.au/article.aspx?id=24562
Another year, another wrestling game and another raft of superstars we've never heard of before. Don't have pay TV so you can keep up with the ongoing soap opera that is the WWE? This will fix you right up.

You can battle using wrestlers of yesteryear, including Ultimate Warrior, Andre the Giant, Hulk Hogan, Rowdy Roddy Piper, and even pit them against modern and recently retired dudes. There's a crazy amount of modes, including our personal favourite, the bra and panties match......"

Entertainment Gaming Live
http://www.eglive.com/?view=article&article=284
"....The character models for your created wrestlers will support more polygons than ever before, likening them more to the "real" wrestlers in the game than in installments from the past, and will feature many new parts from which you can construct your ultimate warrior (hint, hint). ..."

Another from Runboard.com
http://com4.runboard.com/bsmackdown5herecomesthepain.fsvrcawarchivesfaqs.t200
Ultimate Warrior Wrestlemania 7 Attire

Credit : jigglysquishy

Pics : http://img12.imageshack.us/my.php?loc=img1...ge=100_0666.jpg
http://img12.imageshack.us/my.php?loc=img1...ge=100_0665.jpg
http://img12.imageshack.us/my.php?loc=img1...ge=100_0669.jpg

Formula

Profile
Name:Ultimate Warrior
Ring Name:blank
Call Name:up to you but I used, The Warrior
Classification:Heavyweight
Match Tactics:FACE
Show:up to you but I put RAW
Crowd Signs:Up to you

Logic
Logic 1:Grappler
Logic 2:Brawler
Move:Aggresive

UCI 000161

Irish Whip:Often
Diving Moves:Less OFten
Taunt:Often

Body Toning
X:-100

Body Parts
Face Skin:6/13
Body Skin:2/4
Skin Colour:X:-88 Y:-2 Shade:0
Hair:69/88 X:-83 Y:-33 Shade:0 Length:78
Body Hair:DEFAULT
Eyebrows:120/154 X:-89 Y:-8 Shade:
Eyes:7/12 X:-84 Y:16 Shade:0
Facial Hair:DEFAULT
Sideburns:DEFAULT
Lips:47/65 X:96 Y:-5 Shade:0
Teeth:DEFAULT

Face Morphing
Head:Height:51 Width:-20 Depth:34
Eyebrows:Angle 1: 25 Depth:51 Angle 2: 26
Eyes:Position Y:-10 Position X:-10 Length:0 Height:-4
Nose:Height:13 Width:0 Length:0 Angle:0
Cheek:Height:5 Length:0 Width:0 Thickness:0
Mouth:Height:-22 Length:2 Depth:-18 Thickness:18
Jaw:Height:17 Length:4 Thickness:0 Outline:7
Ear:DEFAULT
Age:X:-9

Full Body Scaling
Head:Depth:0 Width:0 Length:0
Neck:Depth:95 Width:37 Length:-90
Chest:Depth:17 Width:24 Length:-50
Shoulder:Depth:24 Width:-32
Abdomen:Depth:24 Width:61 Length:10
Arms:Depth:13 Width:1 Length:-1
Hands:Depth:24 Width:30
Waist:Depth:48 Width:16
Legs:Depth:55 Width:22 Balance:6 Length:13
Feet:Depth:-5 Width:0 Length:0

Height:6'4 Y:21

Dress Up Head
Head Paint 30/152X:-100 Y:34 Shade:100 Transparency:100
Head Paint 32/152 X:-61 Y:80 Shade:100 Transparency:100

Dress Up Upper
Design/Simple:25/162 Make biggest and place in center of chest ENTRANCE ONLY
Design Simple:25/162 Make smallest and place on both sides of front of tights
Design/Simple:25/162 Make second biggest and place on back of tights
All of the above Design/Simple:25 are X:-100 Y:34 Shade:100 Transparency:100

Dress Up Arms
Design/Simple 145/162 Rotate,Make widest and second tallest.Place on upper arm.It doesn't
make a full circle so you have to make two per line.Make three lines with the yellow being on
top,then orange,then yellow.See picture for reference.The yellow is X:-61 Y:82 Shade:l00

UCI 000162

Transparency:100.The orange is X:-82 Y:72 Shade:100 Transperancy:100.

Repeat on other arm.

Wristband/Both arms 1/41 1/20 X:-61 Y:82 Shade:100 Transperancy:100 Length:85

Arm Accessories:3/41 X:-82 Y:73 Shade:100 Transperancy:100

Dress Up Lower
Underwear:1/41 1/19 X:-79 Y:90 Shade:100
Pants:1/41 13/19 X:-82 Y:71 Shade:100 Pants:0

Dress Up Feet
Shoes:1/41 1/45 X:-79 Y:-90 Shade:10 Length:14

Stats
Strength:9
Submission:8
Duranility:9
Technique:8.5
Speed:7
Charisma:9.5
Overall:91

Those are the stats I used but there totally optional

Moveset number:24
Entrance
Movie:Logo
Moves:Original 16
Music:Ric Flair

The entrance and moves are also optional

Slumz of Boxden
http://slumz.boxden.com/archive/index.php/t-105857.html
Movelist #24 - The Ultimate Warrior

Game Winners.com
http://forums.gamewinners.com/forums/archive/index.php/t-395511.html
November 13th, 2004, 10:07 AM
Ultimate Warrior by mysticdragon4o1

Name: Ultimate Warrior
Ring Name: None
Call Name: The Warrior
Classification: Heavyweight
Gender: Male
Match Tatics: Clean
Show: Anyone You Want
Crowd Signs: Any One You Want

Logic 1:Grappler
Logic 2:Brawler

UCI 000163

Move:Aggressive
Rest:Often

Body Toning X:-66

Face Skin: 6/13
Body Skin: 2/4
Skin Color: X-88,Y-3
Hair:69 X:-83 Y:-34 Shade:0 Lenght X:81
Eye Brows: 120:-89, -9
Eyes:7 X: -83 Y:-17
Lips:47 X:-96 Y:-6
Teeth: 1 X:-96 Y:40

Face Morphing:
Head: X:52 Y:-21 X:35
Eyebrows:X:26 Y:52 Y:27
Eyes:X:31 Y:-11 X:0 Y:-5
Nose:X:14 Y:0 X:0 Y:0
Cheek:X:6 Y:0 X:0 Y:0
Mouth:X:-23 Y:3 X:-19 Y:18
Jaw:X:18 Y:5 X:0 Y:8
Ear:X:Default
Age:X:-9

Full Body Scaling:
Head:Default
Neck: X:96 Y:38 Y:-91
Chest:X:18 Y:25 Y:-51
Shoulder:X:25 Y:-33
Abdomen:X: 25 Y: 62 Y:11
Arms:X:14 Y:2 Y:-2
Hands:X:25 Y:31
Waist:X:49 Y:17
Legs:X:56 Y:23 X:7 Y:14
Feet:X: -6 Y:-1 Y:1

Height:6'2'' Y:4

Do This Part In Order
Head Paint:30:All White
Head Paint:147 All White
Make Up: 2 X:100 Y:45 Shade:100
Head Paint:32 X:100 Y:8 Shade 34
Head Paint:33 X:34 Y:-3 Shade:49

UCI 000164

**Pattern Sample:145 Make Them On Both Arms To Look Like Arm Bands First BLUE Then WHITE Then RED After it should be a total of 12 layers**

**Wrist Bands:1 X:-100 Y:89 Shade:-76 Length:86**

**Knee Pads:15 Material 41 X:36 Y:-14 Shade:8**

**Head Paint:29 X:100 Y:7 Shade X:68**

**Arm Accessories: 30 X:44 Y:16 Shade X:61**
**Arm Accessories: 10 X:-100 Y:-3 Shade:100**

**Shoes:1 All White**

UCI 000165

# EXHIBIT J

# EXHIBIT J

Finally............. [Archive] - IOW Discussion Forums                                    Page 1 of 3

IOW Discussion Forums > IOWGames.com > Video Games > WWE: Day Of Reckoning > Finally.............

PDA

## View Full Version : Finally.............

**FoleyIsGod**                                                                    08-31-2004, 12:29 PM

............DAY OF RECKONING IS OUT

WHos goin to get it. Im goin to block buster in a lil while to rent it.

---

**Mankeymann23**                                                                  08-31-2004, 03:47 PM

they get it in blockbuster on the 7th

---

**The ShowStealer**                                                               08-31-2004, 03:56 PM

Good to here its out. Enjoy Gamecube fans!

---

**cmothaf3**                                                                       08-31-2004, 07:53 PM

well i got it is was worth it

---

**FoleyIsGod**                                                                     08-31-2004, 10:04 PM

damn nice game bret is sweet

---

**Whole F'n Future**                                                              08-31-2004, 10:05 PM

Is he an ublockable?
Also do they have real music, INFO!

---

**The Next F'n Level**                                                            08-31-2004, 10:05 PM

After playing it all day and night I think it's really good except for these major flaws...
1. CAW mode is the same as last year pretty much
2. AI is really bad in tag matches and reverses more than does offense, making matches unrealistic and too paced.
3. The timing for reversals seem far less intuitive than last year's game.
4. I think it takes too long to get up early in the match. I understand staying down a long time 7 minutes into a match, but they stay down for a long time almost right away it seems.

Still a pretty good game but I am sure I will never play it agian once SVR comes out.

---

**da nu rizos_619**                                                               09-01-2004, 05:55 AM

well from what i'v seen of both SVR is gonna kick this game's ass, i mean, this game doesnt look like its a match for HCTP... but whatever, anything new is always good...

---

**The Tumbling T**                                                                09-01-2004, 06:45 PM

Personally I think this is the best wrestling game since the 64 days. The gameplay is amazing. I really don't think SVR will be better even though it looks better now, I just don't think it'll live up to the hype. And it's way better than hctp too.

---

**The Next F'n Level**                                                            09-01-2004, 07:37 PM

Now that I have better stats for my CAW the reversal and staying down so long aren't a promblem anymore. Yeah, its just like the Aki days with VERY similar game play.

I am still pretty pissed though that THQ said that they had a "much deeper CAW mode" which is a total lie! They also lied about being able to do moves into the cage (automatically throws them headfirst into the cage wall when close to it) and jumping off the top of the cage like in the aki games.

Yet despite my petty gripes, this is a pretty big step up for the Gamecube fans.

UCI 000256

Now all they need is elemination matches, a good CAW mode, and create a title/ppv and smackdown will have some real competition.

It already has far better gameplay!

**One Stratusfied Customer**                                                    09-01-2004, 10:30 PM

You can't really compare DoR to HCTP! That just isn't fair because there's a year between them, it's like comparing SmackDown vs Raw with Raw2 or WMXIX (or what ever it was up to).

**BradVanDamWVG**                                                              09-02-2004, 05:04 AM

I am really enjoying this game put about 13 hrs into it finished the smackdown side of things and unlocked about 1/3rd of the unlockables. I like the gameplay in this game compared to the same gameplay from Smackdown 1- 6

**Long Live HBK**                                                              09-02-2004, 03:36 PM

I think it is an awesome game and the only problems i see are the obvious ones we've all mentioned: the shrunken roster and no entrance attire

**bogeyman**                                                                   09-03-2004, 02:56 PM

ok guys that have it (i envy u!!!) how is this compared 2 wmxix better? very worth geting i dont care about the roster i knew it was goin 2 suk so i havent watched wrestling for a couple of months delibratly c'mon the game is out and u guys that have it havent said much

**1_to_the_L**                                                                09-03-2004, 07:19 PM

i dont know what next level is taking about but caw mode is the best
its is a alot bigger than last year you can take a picture of your caw face
you can change the color of your gear now the cae is better he's the only person ive seen
who dosnt like caw

**The Next F'n Level**                                                         09-03-2004, 07:40 PM

I dont see how the CAW feature is that much bigger.
Taking a picture of your character and changing the color of your gear is FAR from making the feature "far deeper than last year's".

Hell, they even took out a lot of stuff like half the tatoos.
What I am saying is that 98% of all hair styles, base clothes, accessories, and logos are all just carried over from last year.

Also, the "gear" section is more of a tease than anything becuase half of it costs five points to use and they only give you 8. Like when making Ultimate Warrior...
They put the arm fringes in the gear section (which look really good!) and then laugh at you by making it 5 points so you cannot put it on both arms...what is the point of putting it in then?

I am not saying the CAW mode is pure crap...its not horrible at all.
What I said is that it is not "far deeper" than last year's version like THQ kept saying it would be.

Also, its just my opinion...not that big of a deal.

I just dont like being lied to is all.
Same goes for them saying that you will be able to jump off the top of the cell and do grapples into the cell walls. It was quoted in an official interview.

One last point...I dont understand why they put the create a logo feature in but only avialable for boots, tatts, and shirts. Isn't the single most popular place wrestlers have logos on thier tights? I dont understand why they exclude the one part of a wrestlers outfit that is the only place most wrestlers have a logo.

just my opinion....

**1_to_the_L**                                                                09-03-2004, 09:46 PM

and i respect your opinion but i think the thq mis-understood the jumping off the cage
question, they must have thought it HICA

Finally............. [Archive] - IOW Discussion Forums

**The Next F'n Level**

09-04-2004, 07:49 AM

Yeah, they might have...
makes sense I guess.

On a positive note though I do like the new layering of the create of logo tool. A damn good idea, as well as the new pyro added.

· **FoleyIsGod**

09-07-2004, 08:22 PM

· plain and simple. DOR is better than it was hyped to be. I thought it was going to e dissapointing but it really is a good game

vBulletin v3.5.3, Copyright ©2000-2006, Jelsoft Enterprises Ltd.

UCI 000258

# EXHIBIT K

# EXHIBIT K

1913953

# SMACKDOWN
# HERE COMES THE PAIN

## Preset Movesets:

01-WWR William Regal
02-WAS Al Snow
03-WSD Spike Dudley
04-WBR Bradshaw
05-WFA Farooq
06-WBG Billy Gunn
07-WCP Chuck Palumbo
08-WBK Billy Kidman
09-WS2H Scotty 2 Hotty
10-WTA Tazz
11-WHH Bob Holly
12-WJN Jamie Noble
13-WJR Jamal/Rosey
14-WTD Tommy Dreamer
15-WBD Bill DeMott
16-WFU Sho Funaki
17-WCR Crash Holly
18-OJH Jeff Hardy
19-ORA Raven
20-OXP X-Pac
21-ODD DDP
22-ODL D Lo Brown
23-OJC Justin Credible
24-OGF Godfather
25-OSB Steve Blackman
26-OSM Shane McMahon
27-OBB Big Bossman
28- Perry Saturn
29- Mike Awesome
30-ODM Dean Malenko
31-OMP Mister Perfect
32-OMF Mick Foley
33-CBH Bret Hart
34-ZAG Andre the Giant
35-ZBB Bob Backlund
36-OER Essa Rios
37-ORD Road Dogg
38-DLTF Terry Funk
39-CRR Razor Ramon
40-CST Sting
41- Ken Shamrock

UCL 000308

42-CJJ Jeff Jarrett
43- TAKA Michinoku
44- Kensuke Sasake
45- Keiji Mutoh
46- Masa Chono
47- Hiroyoshi Tenzan
48- Manabu Nakanishi
49- Yugi Nagata
50- Jyushin "Thunder" Lyger
51- Kendo Kashin
52- Toshiaki Kawada
53- Genichiro Tenryu
54- Big Van Vader
55- Mitsuharu Misawa
56- Kenta Kobashi
57- Jun Akiyama
58- Antonio Inoki
59- Naoya Ogawa
60- Shinya Hashimoto
61- The Great Sasuke
62- Atsushi Onita
63- Ivory
64- Fred Durst
65- Shoot Set 1
66- Shoot Set 2
67- Joshi Set A
68- Joshi Set B
69- Lucha Set
70-OHH Hulk Hogan
71-OUW Ultimate Warrior

# EXHIBIT L

# EXHIBIT L

1913953

# WWE Smackdown vs. Raw PS2 cheats

## - Full Game Downloads for PS2, Xbox, GC, PC -

### Return to Main Index Page

**Attribute Exploit:**
Create a CAW that is a super heavyweight and max out all his attributes. Then go to the CAW menu and copy him go to the copied caw and go to profile. Change his weight to DIVA weight and continue to exit. Exit the CAW by going to continue and don't save. This will give you a ton of experience points and can be done over and over.

**Stone Cold Steve Austin:**
Stone Cold Steve Austin is not on the game but you can create him. First, save some money and buy the move set with the picture of someone doing the Stunner. You can purchase this at Shopzone. Then, when you go to move set find the moves that say Outlaw before them- these are his moves. The Finisher will only say Stunner. His entrance is 01 on the moves set, the only down side being the video and the music. There is some other cool entrance music to choose from so you Stone Cold fans will just have to be creative.

**Unlock Credits:**
To unlock the credits video, successfully complete one year in the season mode.

**Legends:**
* Bret "Hitman" Hart : Buy at the WWE store for $20,000
* Andre the Giant : Buy at the WWE store for $20,000
* Brutus "The Barber" Beefcake : Buy at the WWE store for $20,000
* Legend Undertaker : Buy at the WWE store for $18,000
* The Rock : Buy at the WWE Shop for $20,000
* Legion of Doom : Buy at the WWE store for $35,000
* Mankind : Buy at the WWE store for $20,000
* Masked Kane : Buy at the WWE store for $18,000

**Outfits:**
* Kurt Angle And Shawn Michael's alternate outfits: Beat rising star challenges
* Heat and Velocity Arenas: Beat amateur challenges
* All Evolution Members and Randy Orton;s alternate outfits: Complete superstar challenges
* The Rock's alternate attire: Beat all challenges

**Hidden Entrances:**
* 1 Farooq
* 2 Billy Gunn
* 3 Val Venis
* 4 William Regal
* 5 Scott Steiner
* 6 Test
* 7 Hurricane
* 8 Spike Dudley
* 9 Billy Kidman
* 10 Funaki
* 11 Steven Richards
* 2 Sgt. Slaughter
* 3 Jerry the King Lawler

UCI 000133

WWE Smackdown vs. Raw PS2 che

* 14 Taz
* 15 Al Snow
* 16 Rodney Mack
* 17 Jazz
* 18 Lita
* 19 Vince McMahon
* 20 Shane McMahon
* 21 Steph McMahon
* 22 Eric Bishoff
* 23 Hulk Hogan
* 24 Ultimate Warrior
* 25 Iron Shiek
* 26 Nikolai Volkoff
* 27 George Steele
* 28 Hillbilly Jim
* 29 Dean Malenko
* 30 Ted DiBiase
* 31 Crash Holly
* 32 Mr. Perfect
* 33 Bob Backlund
* 34 Lance Storm
* 35 Ultimo Dragon
* 37 Stone Cold Steve Austin
* 38 Goldberg
* 39 Brock Lesnar
* 40 Jeff Hardy
* 41 X-Pac
* 42 Diamond Dallas Page
* 43 Road Dogg Jesse James
* 44 Kevin Nash
* 45 Scott Hall
* 46 Sting
* 47 Jeff Jarrett
* 48 Goldust
* 49 Big Van Vader
* 50 Keiji Mutoh
* 51 Kendo Kashin
* 52 Toshiaki Kawada
* 53 Taka Michinoku
* 54 Genichiro Tenryu
* 55 Kensuke Sasake
* 56 Masa Chono
* 57 Hiroyoshi Tenzan
* 58 Manabu Nakanishi
* 59 Yugi Nagata
* 60 Jyushin "Thunder" Lyger
* 61 Mitsuharu Misawa
* 62 Kenta Kobashi
* 63 Jun Akiyama
* 65 Naoya Ogawa
* 66 The Great Sasuke
* 67 Atsushi Onita
* 68 Fred Durst
* 69 Antonio Inoki

UCI 000134

* 70 Shoot Set 1
* 71 Shoot Set 2
* 72 Joshi Set A
* 73 Joshi Set B
* 74 Lucha Set

**Hidden Entrances:**
Solo Entrances

* 01: Steve Austin
* 02: Lita
* 03: Bradshaw (Face)
* 04: Rikishi
* 05: The Hurricane
* 06: Goldberg
* 07: Bushwhacker
* 08: X-Pac
* 09: Jeff Hardy
* 10: Booker T
* 11: Bubba Ray Dudley (Face)
* 12: D-Von Dudley (Face)
* 13: Eugene
* 14: Hulk Hogan
* 15: Scott Steiner
* 16: Ultimate Warrior
* 17: Chris Jericho (Face)

**Tag Team Entrances:**
* 01: Generic
* 02: World's Greatest Tag Team
* 03: Dudley Boyz (Heel)
* 04: Evolution (Ric Flair and Batista)
* 05: Evolution (Ric Flair and Randy Orton)
* 06: Rico & Miss Jackie
* 07: Bushwhackers
* 08: Hardy Boyz
* 09: Dudley Boyz (Face)
* 10: The Legion of Doom
* 11: Too Cool (Scotty 2 Hotty and Rikishi)
* 12: D-Generation-X (Road Dogg and X-Pac)

**Trio Entrances:**
* 01: Generic
* 02: Evolution (Batista, Ric Flair, and Randy Orton)
* 03: F.B.I.
* 04: Rico, Miss Jackie & Charlie Haas
* 05: Team X-Treme (Lita, Matt Hardy, and Jeff Hardy)
* 06: D-Generation-X (Road Dogg, X-Pac, and Tori)

**Hidden Weapons:**
When you fight at backstage area, you can Irish Whip your opponent to the big fence down and make it collapse.
There is a big yellow door that has these writing STOP - LIFT GATE DOWN - DOOR MUST BE OPEN.

UCI 000135

There you can punish your opponents by using the gate. And there are also hidden weapons inside that gate, such as Tables and SledgeHammers.

## - Full Game Downloads for PS2, Xbox, GC, PC -

### Go Back to Homepage

UCI 000136

# EXHIBIT M

# EXHIBIT M



Thursday, March 16, 2006

Sponsored Links

**Site Features**

» Home
» Forum
» Contests
» Staff
» Contact Us
» About Us
» Advertise

**Platforms**

» Playstation 2
» Xbox
» Gamecube
» Nintendo 64





Ads by Google

**Sports Tickets**
Shop for Sports
Equipment! Compare
& Buy from 1000's of
Stores
www.Shopping.com

**Event Tickets**
Concerts, sports,
theatre, national All
events nationwide
since 1989
www.800BuyTickets.com

**Latest Reviews**
· WWE Smackdown! vs Raw
· Def Jam Fight for NY
· WWE Day Of Reckoning
· WWE Smackdown! Here Comes the Pain
· WWE Wrestlemania XIX

**Latest CAWs**
· Brian Pillman
· Shane McMahon
· Randy Savage
· Ultimate Warrior
· Hulk Hogan

**R.I.P. Eddie Guerrero 1967-2005**
Eddie Guerrero was truly an inspiration to us all. He showed us that you don't have to be one of the big boys to do big things in the ring. Although he is gone, he will live on in are hearts. Goodbye Eddie, thank you for sharing your life with us.
[Posted: 11.14.05]

**Add 5 New CAWs for WWE Smackdown! vs Raw!!!**
Brian Pillman
Shane McMahon
Randy Savage
Ultimate Warrior
Hulk Hogan
[Posted: 10.29.05]

**Day of Reckoning 2 Screens**
I added 13 screens of Thq's up and coming game for the gamecube. The game is looking pretty sweet so check them out. As the game gets closer to coming out keep checking back for updates.[View Screens]
[Posted: 06.16.05]

**Exclusive interview**
Pro Wrestling X producer Dave Wishnowski took the time to answer some questions on his up and coming game Pro Wrestling X. Its looking really good so read away. [Read More]
[Posted: 06.07.05]

**Added 7 Wrestlemania 21 Caws**
Abyss
Chris Masters
Hulk Hogan
Jeff Hardy
Joey Mercury
Paul London
Steve Austin
[Posted: 05.14.05]

**Pro Wrestling X game project formally announced**
The Wrestling Gamers United movement, in conjunction with WishboneX software, are proud to announce the official commencement of development on their upcoming Pro Wrestling X title for the PC platform. Made possible through a generous collaboration with Telefilm Canada, PWX is the realization of three years of unparalleled fan support and a unified vision for a new kind of wrestling game. One that seeks to take full advantage of the broad opportunities within the PC gaming community, such as open-ended editing features and online league play...[Read More]
[Posted: 05.03.05]

**Added 6 more Day of Reckoning caws**
· Elix Skipper
· D'Lo Brown
· Chris Sabin
· Carlito Caribbean Cool
· Billy Kidman
[Posted: 04.20.05]

**5 more Day of Reckoning CAWs**

Sponsored Links



Nearly twice as many national HD channels as anyone.

Starting at $49.99/mo.

Get DishHD





dish
NETWORK
Better TV for all.

UCI 000249

Added Tazz, Vince McMahon, The Godfather, Ultimate Warrior, and Ultimo Dragon for WWE
Day of Reckoning. We hope to be adding some caws for WWE Smackdown! vs Raw soon
so keep checking back.
[Posted: 03.08.05]

**10 more Day of Reckoning CAWs**
Added Billy Gunn, British Bulldog, Bubba Ray Dudley, Cactus Jack, D-Von Dudley, Diamond
Dallas Page, Eugene Dinsmore, Jeff Nero Hardy, Owen Hart, Steve Austin, and Sting for
WWE Day of Reckoning. Sorry for not updating for so long we hope to start adding alot more
caws in the future.
[Posted: 03.03.05]

**14 New Wrestlemania 21 Screens**
I have 14 new screen shots of Wrestlemania 21. Keep checking back for more screens.
[Read More]
[Posted: 01.23.05]

FOCUS THE PICTURE
TO REVEAL YOUR PRIZE!

Focus Picture
Blur ▣————————————— Focus
Drag Right To Focus

Copyright © 2001-2005 Wrestling Games Zone. All rights reserved. Terms of Use

UCI 000250

Wrestling Games Zone                                                      Page 1 of 3



Thursday, March 16, 2006

» Home
» Forum
» Contests
» Staff
» Contact Us
» About Us
» Advertise

**Platforms**

» Playstation 2
» Xbox
» Gamecube
» Nintendo 64

Sponsored Links

Sponsored Links
Ads by Goooooogle

**Wwe Smackdown Vs Raw**
100+ Action, Sports & RPG PS2 Games PS2 Games on Sale. Read Reviews.
www.NexTag.com/PlaySt:

**Wwe John Cena**
Wwe John Cena for sale. aff Check out the deals now!
Ads by Goooooogle

**Smackdown vs Raw 2006**
Become an Insider! IGN has Game Reviews and Exclusive Content

Advertise on this site

### WWE Smackdown! vs Raw Review
by Jeremy Penner

Its amazing how far wrestling games have come from there humble beginnings. I remember the very first wrestling game I ever played was WWF Warzone for the Nintendo 64. I dusted it off a few months back to take a trip down memory lane and was amazed on how many improvements have been made in so little time. The same could not be said about pro wrestling thought, its popularity and quality in the past few years has continued to decline. But it does not seem to bother most wrestling game fans; they are always excited about the yearly updates to the Smackdown series on the Playstation 2. Last years game Here Comes The Pain was easily the best wrestling game in the history of the smackdown series and with the added online play this year expectations were quite high for WWE Smackdown! vs Raw.

Features

Superstar Voice Over and Commentary: The heart of the Smackdown! series is the season/story mode. Prepare for the evolution of the Smackdown! season mode with the addition of authentic Superstar VO and commentary.

Online: For the first time ever in a WWE game fans can compete online in head-to-head action.

All New Season Mode: New storylines with bigger double-crosses and over-the-top surprises.

Create-A-PPV and Create-A-Championship: Create a Championship belt and then set-up your own PPV to defend it. Be careful, lose a match and lose your Championship as it will transfer to the other player's memory card.

New WWE Legends: Including one of the all-time greats…Andre the Giant!

Innovative Gameplay Mechanics: Smackdown! vs. Raw will have all new gameplay mechanics including a chop battle, pre-match stare down, new grappling position, test of strength and submission reversal system.

Situational Challenges: Make HBK tap out in the Sharp shooter, vanquish HHH in a cage match, defeat six legends with the legend killer Randy Orton, these are just a few of the 60 challenges that await.

Fight Dirty or Fair: This will give players the

| Rating | |
|---|---|
| Gameplay: | 9 |
| Graphics: | 9 |
| Sound: | 7 |
| Value: | 8 |
| Tilt: | 8 |

**Overall: 8.2**



Click on screen for more

Sponsored Links

Sponsored Links



UCI 000251

opportunity to choose if they want to fight dirty or win over the crowd. This system will add more excitement, strategy and personality to each match.

Graphics Upgrade: Smackdown! Here Comes The Pain was praised for its graphics. This year's graphical upgrade will be even more astonishing.

Improved Royal Rumble Mechanics: The Royal Rumble match will have all-new game-play mechanics that will re-invent this match type in a video game.

Gameplay
The gameplay in this years game is almost exactly identical to last years game Here Comes The Pain. The action is fast-paced and the controls are fairly simple. Various meters have now been added to matches. During the match a meter that uses a similar system to kicking field goals in football games allows you to perform chops, and if you're in a Diva match, you can spank your opponent. You charge up the power of a chop, and then try to get an accurate chop by stopping the meter on green. The biggest gameplay additions are the mini-games that have been added to the beginning of matches. When the match starts you either have a stare down, test of strength, or try to get in the first strike. The additions do keep you more involved in the match so you don't have to sit and watch everything.

Another feature new this year is now faces and heels behave differently in the ring. You now have the option of choosing wither you want to be evil or good before the match starts. If you choose good you will have fight cleanly and perform high risk maneuvers in order to earn a special move that makes you impervious to attacks. If you choose evil you will have to taunt the crowd and argue with the ref in order to earn a low blow. This system does need some work but is still a good addition to the game.

The biggest addition to this year's game is the online capabilities, which are alive and well in Smackdown! vs Raw. The online mode is pretty much the same as most online modes, giving you different channels for different skill levels. Unfortunately the game does not play that well online with lots of lag. Overall I was pretty disappointed with the lack of options there are in the online mode and the poor gameplay online.

The other big addition is that in the story mode the wrestlers now talk. Yes that's right no more reading pages upon page of dialogue. This I something I have been begging thq to do for along time. I guess I should be thanking thq but I can't help thinking what heck took so long. Although the game might not be the best voice-acted game out there it still beats reading the dialogue.

Graphics
Not much has changed since HCTP graphics wise. The rendering of wrestlers are of such a quality that they are nearing photo-realistic. The skin everything almost looks real it almost creepy how real everything looks. The arenas look great the ropes and everything are animated almost perfect. Everything looks great but I am a little disappointed I was hoping for more improvements from HCTP graphics. There are still a few problems that have

UCI 000252

Case 2:05-cv-01134-SMM   Document 93-2   Filed 04/25/08   Page 64 of 64

not been fixed like the CAW's skin still does not have the sweaty look like the in game wrestlers have.

Sound
We've already discussed the new story mode voices. After sometime off from the smackdown series commentary has been added back into the game. And its not nearly has bad as it was before. I noticed a few problems but Lawler, Ross, Coles, and Tazz don't make nearly as many mistakes are made. Almost all the entrance music is authentic, but like last year there are a few songs missing. The grunts, groans, and slams of the wrestlers are right on.

Value
SvR is the best wrestling game to date. It's simple to play, but has enough depth to keep you challenged and coming back for more fast paced action. It has its share of problems, but as a whole this game is almost impossible not to enjoy.

Tilt
It's a good game but there are just not enough improvements. If you're a hardcore wrestling game fan you will love this game, but if you're not and just want to fight a few matches with friend's pickup Here Comes The Pain.

Copyright © 2001-2005 Wrestling Games Zone. All rights reserved. Terms of Use

UCI 000253