# EXHIBIT N

# EXHIBIT N

**From:** Chris Page [chrispaulpage@blueyonder.co.uk]
**Sent:** Saturday, February 26, 2005 5:23 PM
**To:** mrwarrior@earthlink.net
**Subject:** Re: Warrior here.


Purple Warrior.JPG


Orange Warrior.JPG

Hello Warrior,

Yes, you can indeed create the Ultimate Warrior on the last two released
SmackDown! games. One called SD! Here Comes the Pain and the other called
SD! vs RAW. There is a logo on there very much similar to the UW logo, as
well as facepaint which is EXTREMLY similar. I will find out all the
information of the codes to create the Warrior, but here are two versions of
the Warrior that I specifically created myself, as you can see its very
similar and the possibilities for different costumes are endless...

Also, there is a moveset in the game which is exact to the moves you used to
do in you're matches, specifically the finish with three clotheslines and a
splash. There is also the Gorilla Press/splash combo and many other Warrior
moves.

Check out the picture I have attached of, like I said, two Warriors I
created myself. I will get you all the information soon. I think the rumour
at the time is that you signed to be in the games and so they created you're
movesets, but you know how internet rumours are.

Chris

----- Original Message -----
From: "Mister Warrior" <mrwarrior@earthlink.net>
To: "Chris Page" <chrispaulpage@blueyonder.co.uk>
Sent: Saturday, February 26, 2005 11:56 PM
Subject: Re: Warrior here.


> Yes, Chris, nice to know that you have a son...
>
> I am wanting to know more specifically about the WWE Smackdown game. Is UW
> anywhere in that game or the ability to create him exactly as he is,
> looks,
> moves and all exists?
>
> Thanks. Appreciate it.
> ╱

UCI 000130



UCI 000131



UCI 000132

# EXHIBIT O

# EXHIBIT O

1913953

-----Original Message-----
**From:** Mr Warrior [mailto:mrwarrior@earthlink.net]
**Sent:** Friday, May 06, 2005 12:37 PM
**To:** dmaynard@mmcec.com
**Subject:** Fwd: Video game footage attached here

Begin forwarded message:

> **From:** "Chris Page" <chrispaulpage@blueyonder.co.uk>
> **Date:** May 2, 2005 5:27:51 AM MST
> **To:** <mrwarrior@earthlink.net>
> **Subject: Re: Video game footage attached here**
>
> Hi Warrior,
>
> I have put together two more pieces of footage from the SD! vs RAW game, they show how the facepaint and logo are found and utilised. I attempted to email them to you but they came back undelivered with a message stating your email inbox is full.
>
> I have the footage here ready so whenever you are ready and have some space in your email inbox, let me know and I will email them over to you.
>
> Chris
>
> ----- Original Message -----
> **From:** Mr Warrior
> **To:** Chris Page
> **Sent:** Monday, May 02, 2005 3:23 AM
> **Subject:** Re: Video game footage attached here
>
> Chris, it was huge help. HUGE!! I don't play the games, never have. Would have caught it sooner if I did.

5/6/2005

UCI 000137

But I cannot thank you enough for going to the trouble. And like I say, I will not forget.

The logo that you used -is it a logo among a selection of logos the player has to chose from, or do you like design it yourself using the game?

Look, can you get a copy of the Here comes the Pain, can I pay you to get it? Do you have a player to play that game? Fill me in. *I don't want you to be out money.* I'd be more than happy to pay for it and you can keep it.

You let me know. Thanks, Chris. Warrior

Chris Page wrote:
Hey Warrior,

I agree, there is no doubt they must have used real archive footage of UW in action to be able to grab that type of realistic movement on the animation. Also, as you can see, the logo I placed on the tights and knees looks just like the Warrior logo. So, WWE knew exactly what they were doing, and they were being sneaky about it.

I will continue to attempt to get some words from pro-video game people if at all possible, as always I will try my best, I guarentee you.

Here Comes the Pain is very much like SD vs RAW. I will attempt to get footage of UW on there for you also, I will keep you updated and try my hardest. I dont have a video game system here, I had my brother in law bring his out to get this footage, but sadly he doesnt have Here comes the pain. I will see what I can do, I give you my word.

I just hope this helps out, the image of the UW needs to be protected,Chris

----- Original Message -----
From: Mr Warrior
To: Chris Page
Sent: Sunday, May 01, 2005 8:51 PM
Subject: Re: Video game footage attached here
Chris, hey. Thanks. Unreal - I am speechless. They must have used real footage to even get that kind of animated reality.

Keep your nose to the ground about getting a pro gamer on the record about what he knows goes on. I owe you -don't tell me I don't.

What about Here comes the Pain. Can you get me footage from that? Let me know. Thanks.

Chris Page wrote:
Hi Warrior,

Chris here, how are you? I have managed to get the footage from the video game WWE SmackDown! vs RAW as promised. I have attached 3 seperate clips. As you can see, the create a wrestler mode allows the

UW to be created very well, as I put together this Warrior within 10 minutes. Also, the name 'The Warrior' is in the game and you can even program the ring announcer to say it during the entrance.

The clips attached show the UW entrance animation sequence, the UW triple-clothesline finish animation sequence, and the UW gorilla-press finish animation sequence. As you can see, they are IDENTICAL to how you moved and worked in the ring, without a single doubt. Sorry that the quality isnt perfect, but its the best my camera could pick up off of a TV screen, I hope this helps you. If you need anything else, please, let me know,

Chris

UCI 000139

5/6/2005

-----Original Message-----
**From:** Mr Warrior [mailto:mrwarrior@earthlink.net]
**Sent:** Friday, May 06, 2005 12:36 PM
**To:** dmaynard@mmcec.com
**Subject:** Fwd: Video game footage attached here

Begin forwarded message:

> **From:** "Chris Page" <chrispaulpage@blueyonder.co.uk>
> **Date:** May 1, 2005 7:47:14 PM MST
> **To:** <mrwarrior@earthlink.net>
> **Subject: Re: Video game footage attached here**
>
> Hey Warrior
>
> No problem at all, glad I could help in some way.
>
> The logo is actually in the game, its part of a selection of logos. I will get footage of me actually creating the Warrior character in the game tomorrow and I will email it to you, showing how it is done and where the logo is on the game. I will get that to you tomorrow without a doubt.
>
> I dont have Here comes the pain or a playstation to use it on as I really dont play games these days, however I will have access to a playstation so what I'll do in run into the store tomorrow and pick up a copy of Here comes the pain, create the UW on there also and send you that footage too, although it may take several days to be able to get footage from Here comes the pain to you, but I'll do my best to get it to you as soon as I can. I will pay for it and then re-sell it on eBay when I'm done with it, thats no problem and there is no need for you to send money, I owe you for all the years you gave me as a fan growing up, believe me thats worth more than you will ever know.
>
> I will sort this all out and get back to you as soon as I have whats needed.

5/6/2005

UCI 000140

Chris

----- Original Message -----
**From:** Mr Warrior
**To:** Chris Page
**Sent:** Monday, May 02, 2005 3:23 AM
**Subject:** Re: Video game footage attached here

Chris, it was huge help. HUGE!! I don't play the games, never have. Would have caught it sooner if I did. But I cannot thank you enough for going to the trouble. And like I say, I will not forget.

The logo that you used -is it a logo among a selection of logos the player has to chose from, or do you like design it yourself using the game?

Look, can you get a copy of the Here comes the Pain, can I pay you to get it? Do you have a player to play that game? Fill me in. *I don't want you to be out money.* I'd be more than happy to pay for it and you can keep it.

You let me know. Thanks, Chris. Warrior

Chris Page wrote:
Hey Warrior,

I agree, there is no doubt they must have used real archive footage of UW in action to be able to grab that type of realistic movement on the animation. Also, as you can see, the logo I placed on the tights and knees looks just like the Warrior logo. So, WWE knew exactly what they were doing, and they were being sneaky about it.

I will continue to attempt to get some words from pro-video game people if at all possible, as always I will try my best, I guarentee you.

Here Comes the Pain is very much like SD vs RAW. I will attempt to get footage of UW on there for you also, I will keep you updated and try my hardest. I dont have a video game system here, I had my brother in law bring his out to get this footage, but sadly he doesnt have Here comes the pain. I will see what I can do, I give you my word.

I just hope this helps out, the image of the UW needs to be protected,Chris

----- Original Message -----
**From:** Mr Warrior
**To:** Chris Page
**Sent:** Sunday, May 01, 2005 8:51 PM
**Subject:** Re: Video game footage attached here
Chris, hey. Thanks. Unreal - I am speechless. They must have used real footage to even get that kind of

UCI 000141

animated reality.

Keep your nose to the ground about getting a pro gamer on the record about what he knows goes on. I owe you -don't tell me I don't.

What about Here comes the Pain. Can you get me footage from that? Let me know. Thanks.

Chris Page wrote:
Hi Warrior,

Chris here, how are you? I have managed to get the footage from the video game WWE SmackDown! vs RAW as promised. I have attached 3 seperate clips. As you can see, the create a wrestler mode allows the UW to be created very well, as I put together this Warrior within 10 minutes. Also, the name 'The Warrior' is in the game and you can even program the ring announcer to say it during the entrance.

The clips attached show the UW entrance animation sequence, the UW triple-clothesline finish animation sequence, and the UW gorilla-press finish animation sequence. As you can see, they are IDENTICAL to how you moved and worked in the ring, without a single doubt. Sorry that the quality isnt perfect, but its the best my camera could pick up off of a TV screen, I hope this helps you. If you need anything else, please, let me know,

Chris

UCI 000142

5/6/2005

# EXHIBIT P

# EXHIBIT P

1913953

-----Original Message-----
**From:** Mr Warrior [mailto:mrwarrior@earthlink.net]
**Sent:** Friday, May 06, 2005 12:39 PM
**To:** dmaynard@mmcec.com
**Subject:** Fwd: File size

Begin forwarded message:

> **From:** "Chris Page" <chrispaulpage@blueyonder.co.uk>
> **Date:** May 2, 2005 9:18:41 AM MST
> **To:** <mrwarrior@earthlink.net>
> **Subject:** Re: File size
>
> Sure, here is the original email text and the first file, when you are ready for the second, let me know and
> I'll send it across also:
>
> Hello Warrior,
>
> I have put together here two very quick and simple 'how-too' tutorials on how to find and put the UW
> facepaint on the wrestlers in the 'SD! vs RAW' game, and also how to find and utilize the UW logo for the
> trunks, boots, kneepads and so on.
>
> I thought this would be helpful in a much better way than simple explaining over email via text.
>
> I will have footage from Here comes the pain either tonight or early tomorrow morning for you, I am at
> work right now so I will grab a copy on the way home later, UW animation needs to be unlocked so it may
> take a little while for me to do that, thats why it may be tomorrow when I send it, but of course, I will do
> my best to get it to you ASAP.
>
> Again, I hope all these small pieces of footage help and if there is anything more you need, dont hesitate to
> let me know,
> Chris
>
> ----- Original Message ----- From: "Mr Warrior" <mrwarrior@earthlink.net>
> To: "Chris Page" <chrispaulpage@blueyonder.co.uk>
> Sent: Monday, May 02, 2005 6:05 PM
> Subject: Re: File size

UCI 000143

5/6/2005

How many files are there? Can you send them separately?

UCI 000144

5/6/2005

# EXHIBIT Q

# EXHIBIT Q

1913953

-----Original Message-----
**From:** Mr Warrior [mailto:mrwarrior@earthlink.net]
**Sent:** Friday, May 06, 2005 12:45 PM
**To:** dmaynard@mmcec.com
**Subject:** Fwd: Here comes the pain footage


Begin forwarded message:

> **From:** "Chris Page" <chrispaulpage@blueyonder.co.uk>
> **Date:** May 2, 2005 3:55:42 PM MST
> **To:** <mrwarrior@earthlink.net>
> **Subject: Here comes the pain footage**
>
> Hello Warrior,
>
> I got several pieces of footage from the SmackDown! Here comes the Pain game, one piece in particular which I'm sure you will find very interesting.
>
> A quick rundown on what I have here for you. I have another UW logo tutorial, where I run through where the logo is and how it is utilized, also another facepaint tutorial showing where that is and how it is applied...I also have the triple-clothesline finishing sequence animation and the Gorilla-press finishing sequence animation.
>
> On top of that, I have attached a file which clearly shows the Warrior taunts, such as beating the chest and thrusting arms in the air.
>
> Now, this is the part I found most interesting. Within the area where you go to attach the move-set to your created 'Warrior', the Warriors move-set is actually named OUW. I have no idea what the O stands for, but the UW is Ultimate Warrior. This is no coinsidence, because right about it is the move-set you use to be able to use Hulk Hogans moves and that is named OHH. So, WWE have blatantly used the UW initials to name the move set which contains the UW animations, I have filmed that and have that piece of footage here for you also.
>
> I am going to attach several files to this email, hopefully you will recieve them all ok. When you have them, let me know and I will email the others to you. I dont want to email them all in one go incase it overfills your email in-box once more.
>
> I sincerely hope this helps you out,

UCI 000145

-----Original Message-----
**From:** Mr Warrior [mailto:mrwarrior@earthlink.net]
**Sent:** Friday, May 06, 2005 12:49 PM
**To:** dmaynard@mmcec.com
**Subject:** Fwd: Here comes the pain footage


Begin forwarded message:

**From:** "Chris Page" <chrispaulpage@blueyonder.co.uk>
**Date:** May 3, 2005 1:53:13 PM MST
**To:** <mrwarrior@earthlink.net>
**Subject: Re: Here comes the pain footage**

Hey Warrior,

Yes I sent 2 more files after these a couple of hours ago, I will attach the original text of the email and re-send the two files here:

I have two more files from Here Comes the Pain and have attached them here, hopefully they will reach you and not fill your email box. This is the tutorials on the facepaint and logo from this game. Its very much the same as the other game, but the look and outlay is different so I thought this might come in useful to distiguish that this is from two seperate games.

As always I hope this help in any way and I wish you all the success in defending the UW character and your integrity.

I will continue to seek pro-gamer opinions, views and words. It might prove impossible to get information out of these people, but I will try, you have my word. Also, whatever else I ever find out about anybody else using UW likenesses, TM's etc I will be the first to let you know.

Again, I wish you success in this matter Warrior, and I'm sure that justice will prevail as you said.

Chris

----- Original Message ----- From: "Mr Warrior" <mrwarrior@earthlink.net>

UCI 000146

5/6/2005

To: "Chris Page" <chrispaulpage@blueyonder.co.uk>
Sent: Tuesday, May 03, 2005 10:14 PM
Subject: Re: Here comes the pain footage

Chris, hey..did you send me another file after this one that contained these files? I was thinking that you did, but
now can not find it. Thanks.

Chris Page wrote:

Hello Warrior,

I got several pieces of footage from the SmackDown! Here comes the Pain game, one piece in particular which I'm sure you will find very interesting.

A quick rundown on what I have here for you. I have another UW logo tutorial, where I run through where the logo is and how it is utilized, also another facepaint tutorial showing where that is and how it is applied...I also have the triple-clothesline finishing sequence animation and the Gorilla-press finishing sequence animation.

On top of that, I have attached a file which clearly shows the Warrior taunts, such as beating the chest and thrusting arms in the air.

Now, this is the part I found most interesting. Within the area where you go to attach the move-set to your created 'Warrior', the Warriors move-set is actually named OUW. I have no idea what the O stands for, but the UW is Ultimate Warrior. This is no coinsidence, because right about it is the move-set you use to be able to use Hulk Hogans moves and that is named OHH. So, WWE have blatantly used the UW initials to name the move set which contains the UW animations, I have filmed that and have that piece of footage here for you also.

I am going to attach several files to this email, hopefully you will recieve them all ok. When you have them, let me know and I will email the others to you. I dont want to email them all in one go incase it overfills your email in-box once more.

I sincerely hope this helps you out,
Chris

-------------------------------------------------------------------------
Name: Here comes the Pain - Moveset.AVI
Here comes the Pain - Moveset.AVI Type: Microsoft Video (video/x-msvideo)
Encoding: base64

Name: Here comes the Pain - Triple Clothesline Finish.AVI
Here comes the Pain - Triple Clothesline Finish.AVI Type: Microsoft Video

5/6/2005

UCI 000147

(video/x-msvideo)
Encoding: base64

Name: Here comes the Pain - Warrior Taunts.AVI
Here comes the Pain - Warrior Taunts.AVI Type: Microsoft Video (video/x-msvideo)
Encoding: base64

Name: Here comes the Pain - Gorilla Press Finish.AVI
Here comes the Pain - Gorilla Press Finish.AVI Type: Microsoft Video (video/x-msvideo)
Encoding: base64

-----Original Message-----
**From:** Mr Warrior [mailto:mrwarrior@earthlink.net]
**Sent:** Friday, May 06, 2005 12:43 PM
**To:** dmaynard@mmcec.com
**Subject:** Fwd: File size

Begin forwarded message:

> **From:** "Chris Page" <chrispaulpage@blueyonder.co.uk>
> **Date:** May 2, 2005 10:02:06 AM MST
> **To:** <mrwarrior@earthlink.net>
> **Subject: Re: File size**
>
> Hi Warrior,
>
> I kinda feel like a private eye, lol. Great, glad it came through, here is the second file attached. I will work on the Here comes the pain stuff today also and will sent it tonight or tomorrow morning, as soon as I can.
>
> Chris
>
> ----- Original Message ----- From: "Mr Warrior" <mrwarrior@earthlink.net>
> To: "Chris Page" <chrispaulpage@blueyonder.co.uk>
> Sent: Monday, May 02, 2005 6:48 PM
> Subject: Re: File size
>
>> Chris, got it! You are like a forensic crime scene investigator!! Great, too, to know the acquaintance of your voice! Please, send other file. Thanks.

UCI 000149

10/26/2005

-----Original Message-----
**From:** Mr Warrior [mailto:mrwarrior@earthlink.net]
**Sent:** Friday, May 06, 2005 12:45 PM
**To:** dmaynard@mmcec.com
**Subject:** Fwd: Here comes the pain footage


Begin forwarded message:

> **From:** "Chris Page" <chrispaulpage@blueyonder.co.uk>
> **Date:** May 2, 2005 3:55:42 PM MST
> **To:** <mrwarrior@earthlink.net>
> **Subject: Here comes the pain footage**
>
> Hello Warrior,
>
> I got several pieces of footage from the SmackDown! Here comes the Pain game, one piece in particular which I'm sure you will find very interesting.
>
> A quick rundown on what I have here for you. I have another UW logo tutorial, where I run through where the logo is and how it is utilized, also another facepaint tutorial showing where that is and how it is applied...I also have the triple-clothesline finishing sequence animation and the Gorilla-press finishing sequence animation.
>
> On top of that, I have attached a file which clearly shows the Warrior taunts, such as beating the chest and thrusting arms in the air.
>
> Now, this is the part I found most interesting. Within the area where you go to attach the move-set to your created 'Warrior', the Warriors move-set is actually named OUW. I have no idea what the O stands for, but the UW is Ultimate Warrior. This is no coinsidence, because right about it is the move-set you use to be able to use Hulk Hogans moves and that is named OHH. So, WWE have blatantly used the UW initials to name the move set which contains the UW animations, I have filmed that and have that piece of footage here for you also.
>
> I am going to attach several files to this email, hopefully you will recieve them all ok. When you have them, let me know and I will email the others to you. I dont want to email them all in one go incase it overfills your email in-box once more.
>
> I sincerely hope this helps you out,
> Chris

UCI 000150

10/26/2005

-----Original Message-----
**From:** Mr Warrior [mailto:mrwarrior@earthlink.net]
**Sent:** Friday, May 06, 2005 12:39 PM
**To:** dmaynard@mmcec.com
**Subject:** Fwd: File size

Begin forwarded message:

> **From:** "Chris Page" <chrispaulpage@blueyonder.co.uk>
> **Date:** May 2, 2005 9:18:41 AM MST
> **To:** <mrwarrior@earthlink.net>
> **Subject: Re: File size**
>
> Sure, here is the original email text and the first file, when you are ready for the second, let me know and I'll send it across also:
>
> Hello Warrior,
>
> I have put together here two very quick and simple 'how-too' tutorials on how to find and put the UW facepaint on the wrestlers in the 'SD! vs RAW' game, and also how to find and utilize the UW logo for the trunks, boots, kneepads and so on.
>
> I thought this would be helpful in a much better way than simple explaining over email via text.
>
> I will have footage from Here comes the pain either tonight or early tomorrow morning for you, I am at work right now so I will grab a copy on the way home later, UW animation needs to be unlocked so it may take a little while for me to do that, thats why it may be tomorrow when I send it, but of course, I will do my best to get it to you ASAP.
>
> Again, I hope all these small pieces of footage help and if there is anything more you need, dont hesitate to let me know,
> Chris
>
> ----- Original Message ----- From: "Mr Warrior" <mrwarrior@earthlink.net>
> To: "Chris Page" <chrispaulpage@blueyonder.co.uk>
> Sent: Monday, May 02, 2005 6:05 PM
> Subject: Re: File size
>
>> How many files are there? Can you send them separately?

UCI 000151

10/26/2005

# EXHIBIT R

# EXHIBIT R

1913953

# EXHIBIT S

# EXHIBIT S

**From:** Christopher Page [chrispaulpage@blueyonder.co.uk]
**Sent:** Monday, August 15, 2005 2:16 PM
**To:** mrwarrior@earthlink.net
**Subject:** Warrior in WWE RAW 2 for X-Box and UW website

Hello Warrior, Chris here.

After much searching, I have been told in no uncertain terms that UW can be created in RAW 2 for the X-Box, including logos. I have no X-Box or access to one so I cannot provide picture proof, I did however manage to get the formula needed to created the character in the game which I have attached to this email. It might not be of any immediate use to you, but I wanted to pass it along just incase it could be used. I shall, of course, continue to look for more but the trail has certainly gone cold in recent weeks and months.

Thanks Warrior,
Chris

UCI 000167

8/15/2005

This is RockDemon's Ultimate Warrior caw it was posted on ign a while back to great reviews but i thought i would share it with those who were not around then, appearance 2 is not as good but still good none the less enjoy and please Give feed back

PROFILE Name: Ultimate Warrior
Call: 01/450/248/0
Hometown: Unknown
Height: 6'6"
Weight: 265 lbs
Picture: Your choice
Tagline: ultimatewarrior.com
Voice: Male 5

Purple=102 45 145
Yellow= 255 242 0
White= 255 255 255
Black= 31,31,31
Blue= 0, 114, 188

APPEARANCE 1
=============
| TYPE-Male|

SKIN |
Texture: B01
Highlight: 99/99/99
Hue: 210/221/197
Shadow: 0/0/0

| FACE |
Model: 2
Texture 1: B05
Texture 2: 5

| HAIR |
Model: 11
Texture 1: 1
Highlight: 139/121/77
Hue: 56/40/17
Shadow: 42/33/28

COSTUME
| UPPER BODY |
Model: 7

|ARM BAND |
Model: 2
Texture: 10
Highlight: white
Hue: yellow
Shadow: white

UCI 000168

|ELBOW |
Model: 6
Texture: 0
Highlight: purple
Hue: purple

|LEFT RIGHT WRIST|
Model: 16
Texture1: 0
Highlight: yellow
Hue: yellow
Shadow: yellow

|LOWER BODY|
Model: 2
Texture1: 104
Highlight: white
Hue: white
Shadow: White

|LEFT RIGHT KNEE|
Model: 4
Texture1: 4
Highlight: purple
Hue: purple

|LEFT RIGHT BOOT|
Model: 24
Texture 1: 3
Highlight: default
Hue: default

SCALE
What I did was basically add 4 to every statistic listed except for thighs which I added 5


APPEARANCE 2
==========
| TYPE-Male|

SKIN |
Texture: B01
Highlight: 99/99/99
Hue: 210/221/197
Shadow: 0/0/0

| FACE |
Model: 2
Texture 1: B05
Texture 2: 19

Accessories
Face: 71 txt:1 color red

| HAIR |

UCI 000169

Model: 11
Texture 1: 1
Highlight: 139/121/77
Hue: 56/40/17
Shadow: 42/33/28

COSTUME
| UPPER BODY |
Model: 7

|ARM BAND |
Model: 2
Texture: 0
Highlight: white
Hue: blue
Shadow: red

|ELBOW |
Model: 6
Texture: 0
Highlight: blue
Hue: blue
Shadow: black

|LEFT RIGHT WRIST|
Model: 16
Texture1: 6
Highlight: black
Hue: white
Shadow: black

|LOWER BODY|
Model: 2
Texture1: 98
Highlight: black
Hue: white
Shadow: black

|LEFT RIGHT KNEE|
Model: 4
Texture1: 2
Highlight: black
Hue: blue
Shadow: black

|LEFT RIGHT BOOT|
Model: 24
Texture 1: 5
all colors defualt

ENTRANCE ( change respective colors to match attire 2)

| MOVES |
Entrance: Batista

UCI 000170

VS Screen: Kevin Nash
Interference 1: Clothesline
Interference 2: closthesline

| STAGE LIGHTS A & C |
Switch: On
1st Color: purple
2nd Color: Yellow
Length: .5 secs
Flash: On
Length: 0.1 secs

| STAGE LIGHTS B |
Switch: On
1st Color: purple
2nd Color: yellow
Length: 1.0 secs
Flash: Off

| STAGE LIGHTS D & E |
Switch: On
1st Color: purple
2nd Color: purple
Length: 1.0 secs
Flash: On
Length: 0.1 secs

RAMP LIGHTS
Switch: ON
A1: White
A2: Yellow
B1: Black
B2: purple .
C1: repeat down
C2:
D1:
D2:
E1:
E2:
F1:
F2:
G1:
G2:
H1:
H2:
Length: .3 secs
Flash: On
Length: 0.1
Animation: 8
RING LIGHTS
Switch: On
A1: yellow
A2: purple
B1: yellow
B2: purple

UCI 000171

Flash: On
Length: 0.13
Animation: 1

| HALL LIGHTS | OFF

| GATE AREA LIGHTS |
| RAMP AREA LIGHTS | ALL DEFAULT
| RING AREA LIGHTS |

| FLASH LIGHTS |
Switch: ON
Start Time: 0.0 secs
Length: 62.5 secs
Amount: 4

FOG
Switch: ON
Color: purple

CAMERA FLASH
Switch: ON
Amount: 5

PYRO 1
Switch: ON
Pyro: Bubba Ray
Start Time: 11.00
Darkness: 50%

PYRO 2
Switch: ON
Pyro: HBK
Start Time: 33
Darkness: 50%

SCREEN EFFECTS OFF

SCREEN COLOR

TITANTRON
Movies: Original Screen
Effects: None
Screen Color: None
Text Animation: None
Move : muscle poses

UCI 000172

# EXHIBIT T

# EXHIBIT T

| From: | Christopher Page [chrispaulpage@blueyonder.co.uk] |
|---|---|
| Sent: | Saturday, August 20, 2005 5:29 PM |
| To: | mrwarrior@earthlink.net |
| Subject: | Tried to email you some SmackDown! game footage & pictures |

Hi Warrior,

I tried to email over to you, some footage, pictures and information that I managed to gather on the first 4 SD! games and the inclusion of UW in some of them, but the email was returned to me stating your inbox is full.

I have attached a few pictures to this email to show you some of what I have here, whenever your ready, shoot me over an email and I will re-send the email,

Thanks as always,
Chris

UCI 000173

9/12/2005



UCI 000174



UCI 000175



UCI 000176



UCI 000177

# EXHIBIT U

# EXHIBIT U

1913953

**From:**   Christopher Page [chrispaulpage@blueyonder.co.uk]
**Sent:**   Monday, August 22, 2005 6:20 AM
**To:**     mrwarrior@earthlink.net
**Subject:** Re: Tried to email you some SmackDown! game footage & pictures

Hi Warrior,

ok I will break it down into several smaller emails...here is the initial message I sent:

Hi Warrior,

Well, I managed to get hold of a PS2 machine today and I picked up copies of the first four SmackDown! games. The UW logo is not in the first 2 which were released for the PS1, however the logo most certainly IS in the other two.

SmackDown! Just Bring It and SmackDown! Shut Your Mouth BOTH feature the logo, clear as day, in the create a wrestler section under facepaint.

There are FOUR different Warrior logos per game per facepaint section. They are layers.

I have attached several videos from SD: Just Bring It showing the logo being applied and how its added, I have also included a video from SD: Shut Your Mouth of the logo being applied and how its done along with several pictures of it aswell.

Its so brazen than I cannot imagine how THQ will be allowed to get away with it once its pulled in front of a judge, no doubt about it.

I hope this helps Warrior, I really do. Let me know if there is anything else you need me to look for in these games. So far it appears the logo isnt available for use on trunks and knee pads etc, but I still havent got through unlocking everything, so it might still be in there somewhere. But the logo in the facepaint area is obvious, its 100% a perfect UW logo, without question.

Chris

----- Original Message -----
**From:** Mr Warrior
**To:** Christopher Page
**Sent:** Monday, August 22, 2005 2:04 PM
**Subject:** Re: Tried to email you some SmackDown! game footage & pictures

Chris, hello. Should be able to receive...depends on size of files, I guess. Break it down as much as you can. Be back to you later today. Warrior

Christopher Page wrote:

> Hi Warrior, I tried to email over to you, some footage, pictures and information that I managed to gather on the first
> 4 SD! games and the inclusion of UW in some of them, but the email was returned to me stating your inbox is full. I
> have attached a few pictures to this email to show you some of what I have here, whenever your ready, shoot me
> over an email and I will re-send the email, Thanks as always,Chris

UCI 000178

8/22/2005



UCI 000179



UCI 000180



UCI 000181



UCI 000182