# EXHIBIT V

# EXHIBIT V

1913953

From:    Christopher Page [chrispaulpage@blueyonder.co.uk]

Sent:    Monday, August 22, 2005 6:31 AM

To:      mrwarrior@earthlink.net

Subject: SmackDown! Shut Your Mouth video footage

Warrior,

The last email contained all the videos SmackDown! Just Bring It game and the pictures from the SmackDown! Shut Your Mouth game, attached here to this email is the footage from the SmackDown! Shut Your Mouth game.

Chris

UCI 000183

8/22/2005

# EXHIBIT W

# EXHIBIT W

| | |
|---|---|
| **From:** | Christopher Page [chrispaulpage@blueyonder.co.uk] |
| **Sent:** | Wednesday, August 17, 2005 2:58 PM |
| **To:** | mrwarrior@earthlink.net |
| **Subject:** | RAW 2 information |

Hi Warrior,

Well, after finding a way to unlock the entire game, it turns out that the Warrior logos are NOT in the game, at all, anywhere. I have attached two video files to this email, one shows the strings are available in the game, the second shows the completed 'UW', but the logo is not available in the game anywhere, that includes facepaint, trunks, kneepads, boots and so on. It seems THQ played it safe on RAW 2, which means that its highly unlikely RAW 1 has them either seeing as they were both made from the same game engine.

Sorry I couldnt come up with more, but it just isnt in there anywhere. The entire 'create a wrestler' section on this game is very very weak, and nowhere even close to being as detailed as the SmackDown! games which are on Playstation.

I will, as always, continue to keep my eyes and ears open for UW in other games. There is a new SmackDown! game being released in the upcoming months and there are already rumours that UW is going to be in that game as a legit, official character, if that is false, let me know and I will persue information on it.

Whatever else you need, be sure to let me know,
Chris

UCI 000184

8/23/2005

# EXHIBIT X

# EXHIBIT X

**From:**   Christopher Page [chrispaulpage@blueyonder.co.uk]

**Sent:**   Sunday, September 04, 2005 12:34 AM

**To:**   mrwarrior@earthlink.net

**Subject:** UW pictures from WWE Day of Reckoning 2

Warrior,

I asked around some friends in Canada and the US to see if they could get me some pictures of UW in WWE Day of Reckoning 2 on the Nintendo Gamecube, because its not released here until this coming Friday.

They created UW in the create-a-wrestler mode and sent me these 4 pictures.

It clearly shows, once again, the UW logo for the face paint, and they have also finally added strings to the arms in the games it would appear.

No logos on the trunks or kneepads though, but I will go through the game fully once I pick it up here on Friday, just wanted to send these pictures along early so you can put it with everything else you have already.

Chris

UCI 000186

9/8/2005



UCI 000187



UCI 000188



UCI 000189



UCI 000190

# EXHIBIT Y

# EXHIBIT Y

| From: | Christopher Page [chrispaulpage@blueyonder.co.uk] |
|---|---|
| Sent: | Thursday, September 08, 2005 7:09 AM |
| To: | mrwarrior@earthlink.net |
| Subject: | UW in WWE Day of Reckoning 2 game |

Hi Warrior,

Attached to this email are several pics of UW that has been created by somebody. Also, the facepaint is, apparently, NOT in the game. They have put in a new tool in the game where you can create your own from scratch, so the Warrior logo can be created for facepaint, but it looks like its not in there as a ready-made logo for paint. (I have attached a picture of the paint tool to create facepaint).

Same goes with the logos on the trunks which do look like UW logos pretty much, I have been told. Looks like THQ have replaced all the logos they were using without permission with a pain tool so people can now still use all logos they want without having other peoples TM's in their product.

Included is a text document with the formula to create the UW in the pictures.

Chris

UCI 000191

9/8/2005



## COLORS

1. 
2. (18 91 74)
3. (60 95 97)
4. (120 85 97)
5. (340 76 95)

## INSTRUCTIONS:

Once finished, simply duplicate over to the other side

Position:

Texture Repeat : ☒ ↔ ↕ ⊕

Vertical:
Horizontal:
Width:
Height:
Roll:

☒ ↔ ↕ ⊕
☒ ↔ ↕ ⊕
☒ ↔ ↕ ⊕
☒ ↔ ↕ ⊕

Grid Made by **Tunski**
Logo Made by **MIGGO**

UCI 000192



UCI 000193



UCI 000194



UCI 000195



UCI 000196



UCI 000197

ULTIMATE WARRIOR CAW for WWE Day of Reckoning 2

APPEARANCE

FIGURE
\*\*\*\*\*\*\*\*\*\*
Figure : Male Form 1

Whole Body
-------------------
W (15), H (10), D (15), V (default)

(Face)
V : 4
D : -13
W : 2
L : -4
D : 16
V : 0

(Eye)
H : -23
V : -40
D : 0
P : -26
Y : -12
R : 15
W : -23
H : 13
V : 0

(Cheek Bone)
V : 29
D : 28
W : -18

(Nose)
V : 7
D : 10
P : 4
W : -28
L : -42
D : 0
V : 0

(Nose Top)

V : 0
D : 0
P : 0
W : 38
L : 0
D : 0
V : 0

(Mouth)
V : 45
D : 0
P : 0
W : 26
L : 10
D : 0
V : 0

(Lip Angle)
H : -29
V : -100
D : 0

(Cheek)
W : -43

(Outline)
V : 25
D 21
W : 10

(Jaw)
V : 0
D : 30
W : 24

------------Body---------

(Crown)
W : 11
L : 9
D : 9

(Neck)
W : 60
L : -6
D : 100

UCI 000199

(Shoulder)
W : 35

(Chest)
W : 22
D : 30
V : 0

(Abdomen)
W : 43
D : -9
V : 0

(Waist)
W : 30
L : 33
D : 20

(Upper Arm)
W : 4
D : 26
V : 0

(Forearm)
W : 20
D : 10
V : 0

(Hand)
W : 5
D : 0
V : 0

(Thigh)
W : 25
L : 13
D : 0
V : 0

(Calf)
W : 22
D : 38
V : 0

(Foot)

UCI 000200

W : 20
H : 0
D : 0
V : 0

-------HEAD-----

Head Base
-----------------
Form: 03
Wrinkles: Wrinkle 01

Hair Style
--------------
Form: Wavy Long 03 (Or any one you perfer...I wasn't too satisfied with this one)
Color:(323 50 65)

Eye
------
Eye Shape: Corner of the Eye Wide
Eyelashes: Eye Wrinkle 01
Iris: Normal Blue
Nose: Smart
Mouth: Thin Lips 01

Decoration
-----------------
Patter Lower: Paint Tool: <u>Warrior Logo</u> Setting: Head Repeat: None (0, -20, 0, -93, 89)

BODY
********
Body Base
-----------------
Form: MACHO Blood Vessel (Feel the Juice!)
Color: (340 16 54)

Bottom Wear
--------------------
Form: Short Tights 01 (336 79 93)
Patter Upper: Abdomen Accent 03 (296 90 98) (34 79 92)

Footwear
--------------
Form: Leg Warmer (233 76 89) (336 79 83) (0 0 100)

ACCESSORIES

UCI 000201

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Wrist
--------
Both: Bracelet Colorful Ring (336 79 93) (241 79 84) (34 79 92)

Knee
--------
Both: Supporter Pad (336 79 93) (296 89 98) (336 79 93)

GEAR SETUP
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Gear 1: Fringe - Left Arm (34 49 92) (233 76 89) (296 89 98)
H : .0
V : 8
D: 0
P: -8
Y: -18
R: -40
W: 100
H: 100 (or shorter if you want)
D: 56

Gear 2 : Fringe - Right Arm (34 49 92) (233 76 89) (296 89 98)
H : .0
V : 8
D: 3
P: 7
Y: -87
R: -61
W: 100
H: 100 (or shorter if you want)
D: 50

UCI 000202

# EXHIBIT Z

# EXHIBIT Z

| From: | Christopher Page [chrispaulpage@blueyonder.co.uk] |
|---|---|
| Sent: | Thursday, September 08, 2005 7:55 AM |
| To: | mrwarrior@earthlink.net |
| Subject: | UW in WWE Day of Reckoning 1 game |

Warrior,

Just a quick follow-up, I tracked down some pictures and the formula to create UW in the original 2004 WWE Day of Reckoning 1 game on Nintendo Gamecube, attached to this email.

Chris

UCI 000203

9/8/2005



UCI 000204

PROFILE:
Name: Ultimate Warrior
Short Name: Warrior
Nickname:
Strategy: Clean
Brand: Raw
AI Logic: Brawler

ATTRIBUTES:
Strength: 5.5
Speed: 3.0
Durability: 4.5
Counter: 2.5
Charisma: 3.0
Submission: 1.0
Weight: Heavy
Skill Type: Brawler

MOVESET:
Comming Soon

APPEARANCE:
FIGURE:
- Whole Body (+42, -34, +42)
- Face Figure
-- Face (+46, 00, -06, +74, -52)
-- Cheekbones (00, 00,+12, -44)
-- Outline (-17, +09, +42)
-- Jaw (-18, -04, +44)
-- Eye Brow (+19, -35, +12, +32, -40, -04, 00)
-- Eyes (+17, +20, +03, +10, +28, 00, 00, 00)
-- Nose (00, 00, 00, 00, 00, 00)
-- Mouth (00, 00, +08, +08, +08, 00)
-- Lip Angle (+17, -36, 00)
- Body Figure
-- Crown (00, 00, 00)
-- Head (00, 00, 00)
-- Neck (00, 00, 00)
-- Shoulder (00, 00, 00)
-- Upper Arm (00, 00)
-- Forearm (00, 00)
-- Hand (00, 00, 00)
-- Chest (00, 00)
-- Abdomen (00, 00)
-- Waist (00, 00, 00)
-- Thigh (00, 00)

UCI 000205

-- Calf (00, 00)
-- Feet (00, 00, 00)

HEAD:
- Hairstyle - Form - Layer 02 - Color 01 (Blonde - 322, 50, 60)
- Eyes - Eyeshape - Single-Edged Eyelid
- Eyelashes - Male Eye Wrinkle 01
- Iris - Normal Brown 01
- Eyebrow - Form - Normal - Color 01 (Brown - 334, 51, 19)
- Nose - Form - Normal
- Mouth - Form - Normal 02
- Mustache - Form - None
- Outline - Face Line 07
- Wrinkles - None
- Decoration (Lower) - Form - Exclusive - Paint 09 - Color 01 (Purple - 81,74,50) - Color 02 (Yellow - 321, 94, 100) - Color 03 (Black - 00, 00, 00)
- Decoration (Upper) - Form - None
- Mask - Base A - None
- Mask - Base B - None

BODY:
- Body - Form - Muscles - Color (00, 00, 50)
- Inner Wear - Base - Form - None
- Outter Wear - Base - Form - None
- Bottom Wear - Base - Form - Short Tights 01 - Color (Purple - 81, 74, 50) - Pattern 01 - Form - None - Pattern 02 - Form - Abdomen Accent 03 - Color 01 (Black - 00, 00, 00) - Color 02 (Yellow - 321, 94, 100)

GEAR:
- Gear 01: Fringe - Upper Left Arm (00, +07, -01, +18, 00, +24, 00, -11, -44) COlor 01 (Purple - 81,74,50) - Color 02 (Purple - 81,74,50) - Color 03 (Yellow - 321, 94, 100)
- Gear 02: None
- Gear 03: None
- Gear 04: None

ACCESSORIES:
- Tattoo - Form - None
- Elbow - Both - Form - None
- Wrist - Both - Form - Wrist Band 2 Tone - Color 01 (Purple - 81,74,50) - Color 02 (Yellow - 321, 94, 100)
- Hand - Both - Form - None
- Knee - Both - Form - Knee Pad Motocross - Color 01 (Purple - 81,74,50) - Color 02 (Yellow - 321, 94, 100)
- Socks - Both - Form - None
- Footwear - Both - Base - Form - Ring Shoes Long 02 - Color 01 (White - 00, 00, 70) - Color 01 (White - 00, 00, 70) - Color 01 (White - 00, 00, 70)

UCI 000206

# EXHIBIT AA

# EXHIBIT AA

1913953

**From:** Christopher Page [chrispaulpage@blueyonder.co.uk]
**Sent:** Tuesday, November 29, 2005 12:32 PM
**To:** mrwarrior@earthlink.net
**Subject:** Re: Warrior here!!

Warrior,

Attached are some pictures and videos of the new SmackDown! vs RAW 2006 game, more emails will follow. I will have to play through the game to try and unlock and see if the animations and entrance/move set is still in there, will get that to you ASAP.

Chris

UCI 000207

12/29/2005



UCI 000208



UCI 000209



UCI 000210



UCI 000211



UCI 000212



UCI 000213

# EXHIBIT BB

# EXHIBIT BB

| From: | Christopher Page [chrispaulpage@blueyonder.co.uk] |
|-------|---------------------------------------------------|
| Sent: | Tuesday, November 29, 2005 8:41 AM |
| To: | mrwarrior@earthlink.net |

**Subject:** UW in new SmackDown! vs RAW game

Warrior,

I just got word that UW logos are in the brand new, only-just-release WWE SmackDown! vs RAW 2006 game for the PS2. I'm going to go in and grab a PS2 and a copy of the game tonight on the way home from work, I'll get back to you on this later.

Chris

UCI 000214

12/5/2005

# EXHIBIT CC

# EXHIBIT CC

1913953

**From:**    Christopher Page [chrispaulpage@blueyonder.co.uk]
**Sent:**    Monday, December 05, 2005 1:40 AM
**To:**      mrwarrior@earthlink.net
**Subject:** More Warrior in THQ

Warrior,

Hi. I went through the new SmackDown! vs RAW 2006 game, and the moves ARE in there. The entrance animation has been removed, but the two different finish move sequences and the two taunts are very much present.

I have attached videos of them all. This is everything from this game you need now. Hope it all helps man, take them to task!

Chris

UCI 000215