# EXHIBIT DD

# EXHIBIT DD

1913953

IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | Rev | DS | GBA | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

SPORTS

Log In | Register
My Account | My Email Alerts
My Collection (0 Games) | My Wishlist

Sports Game
Search  new!

Free Trailers and Video Clips
Check out what's new right here or
watch some of these game and
movie trailers (or all of them):


Hills Have Eyes


Onimusha: DoD


Miami Vice


X-Men 3 Movie

**SECTIONS**

· Football
· Basketball
· Baseball
· Boxing
· Hockey
· Wrestling
· Other
· Play of the Day
· News
· Mailbag
· Message Boards

**CHANNELS**

**Insider Members**
· Insider Channel
· Hi-Res Movies
· Strategy Guides
· Join Insider
· Founders' Club
**Games**
· PC Games
· PlayStation 2
· PlayStation 3
· Sony PSP
· Xbox
· Xbox 360
· GameCube
· Revolution
· Nintendo DS
· Game Boy
· Wireless
· N-Gage
· PlayStation
· N64
· Dreamcast
· PC Downloads
· Top Games
· VE3D
· Vault Network
**Entertainment**
· Movies

IGN » Sports » Wrestling

# WWE Day of Reckoning 2
**Enhanced play mechanics, a deeper story mode, updated graphics and
more wrestlers. Hands-on impressions, plus first screenshots and
movies.**
by Matt Casamassina

**April 1, 2005** - Last year, publishing giant THQ made some changes. The company
moved the WWE WrestleMania franchise, which had for years remained exclusive to
Nintendo's console, to Microsoft's Xbox. GameCube owners barely had a chance to react
before news hit that a fresh take on the entertainment of wrestling would debut on
Nintendo's system in the other's place. WWE Day of Reckoning was born. The title,
developed by Japanese studio Yuke's, responsible for all of GameCube's WrestleMania
efforts, explored the medium from a new angle. In the title's simple, but enjoyable story
mode, players created a wrestler from scratch and started at the very bottom, taking part
in throwaway matches against no-talents, and gradually working their way through the
ranks in the WWE, into the spotlight, and ultimately to the top of the food chain to become
champion.

Day of Reckoning was well received by fans and critics alike, due in large to the title's
pick-up-and-play control mechanics, a decent selection of superstars, divas, and venues,
a fun story mode, and a deep create-a-wrestler feature. Without doubt, the fundamentals
were in place, and they worked. But the title was not without shortcomings. As intuitive as
the game's grappling system proved to be, the control configuration lent itself to button
mashing, which turned some hardcore wrestling game fans off. Meanwhile, the story
mode was positively shallow compared to some other wrestling projects on the market.
And sure enough, some critics complained that the title looked less realistic than its
counterparts.

The 20-something team at Yuke's and the creative gurus at THQ combed the message
boards, compiled a list of what worked and what didn't, and ran with it. The result is *WWE
Day of Reckoning 2*, the aptly named sequel to last year's game. DOR 2, which has been
in development ever since the first shipped, is a true sequel in every sense. It doesn't
dismiss the mechanics of its predecessor for all new ones, but rather builds on top of
them, enabling a bigger, meatier product on all fronts.

If all goes as planned, Day of Reckoning will be, to use associate creative manager Matt
Greig's own words, "the definitive GameCube product for WWE." He explains further:
"What we mean by that is that it's a superset of everything that came before on
GameCube. We're not taking anything out. We're using Day of Reckoning as a starting
point and building in features from previous games, and adding new stuff that we
prototyped and realized would work well. We're looking at it as a collector's edition.
Obviously, GameCube is nearing the end of its lifecycle so we're trying to put something
out there that will stand the test of time for several years to come."



**Latest Sports Pre**
MLB 2K6: New Mo
Madden 360: Impr
Tiger Woods PGA
New NHL 06 Hand
NASCAR 2006: To
NBA Live Superst:
Tiger Woods 06: T
Hands-On with NH
Fight Night Round
E3 2005: And 1 St
E3 2005: Gretzky (
E3 2005: NBA 2K6
E3 2005: Tiger Wo
E3 2005: Madden I
E3 2005: NCAA Fo

UCI 000219

- DVD
- Music
- Comics
- Gear
- Sports
- Cars
- Babes
- Sci-Fi Brain

**Cheats & Codes**
- PS2 Cheats
- Xbox Cheats
- Cube Cheats
- PC Cheats
- GBA Cheats
- Top Cheats
- FAQs
- Game Guides

**IGN Services**
- Message Boards
- User Pages
- My Collection
- My Wishlist
- Newswire
- Free Email
- Chat
- My Account

**GET GAMES**

**Direct2Drive**
**Compare Prices**
- PS2 Games
- Xbox Games
- Cube Games
- PC Games
- GBA Games

**PARTNERS**
- Dream Crib
- Career Channel by Full Sail
- IGN Swag from Jinx.com


Kane shows his teeth. More polygons means that Yuke's can create realistic expressions on the wrestlers in DOR 2

No easy goal, to be sure, but the team at Yuke's believes it has the right priorities in mind and that it knows where to start, which, as it turns out, is exactly where the last game left off. By the time gamers bested the original title, they had advanced from the wrestling slums to superstardom. Day of Reckoning 2 continues from exactly that point. It's in the same universe. And it acknowledges all of the events that transpired in the first title. "It's not a sequel just in name," explains Greig. "It continues on with the story. There are actual ties in content. You're already a champion. You won the storyline in the first game, so you're starting out as a champion. This gives us a lot of opportunities to explore how we can advance the story when players are already starting as a successful WWE character. And this is actually something we haven't done before."

**The Full Story**
Aiding that goal is the first of what THQ identified as three major priorities when it sat down to develop this sequel: a more ambitious story mode. For the first time ever, the team enlisted the help of Smackdown's writers in order to craft a tale that would not only prove compelling enough to grab players from beginning to end, but also display a fair amount of foresight. "That is not something that previous games have the access to," explains Greig. "But [the Smackdown writers] are getting more and more involved with the authenticity, and also with being current -- not necessarily what's happening now, but what will be happening six months from now." The idea is to present a storyline that will be up-to-date and relevant when the game ships, which is a rare commodity for the wrestling genre.

In contrast to a copy and paste of the usual wrestling theme, which is simply to win the belt, THQ wanted to do something different with the storyline in Day of Reckoning 2, according to Greig. Obviously, belts will play a part in the tale. That's the way these games have always been set up, and it's what fans want. But Yuke's will also present players sub-stories with branching pathways. "There are other themes that we haven't explored. There are the storylines where there are the two superstars, the heel and the face, who are arguing over the diva. There are the storylines where one superstar has betrayed his former friend and one of them has become a heel and the other a face," says Greig. "It's not all about getting the belt. The belt may be in the background. There may be a belt contest throughout the story, but that isn't the focus. Players are actually focusing on interpersonal relationships between the superstars."

There will be certain points where the storyline will offer branching pathways based on the decisions of players. For instance, wrestlers may be asked to turn heel for a number of matches. Branches will be organized based on choices made both in the interface and during gameplay.

Sadly, there will not be a wealth of full-motion video sequences in support of the storyline. Greig confirmed that, "it's just not going to happen because of the size of the GameCube disc." For that reason, all of the story elements will transpire in-game by way of real-time

### Superstars and Legends
The original Day of Reckoning included some 40 wrestlers, a mix of superstars, legends and divas. The sequel will feature approximately 45, most of them returning, with a handful of anticipated additions. Greig was hush on specifics, but we do know from movies and officially released documentation on the game that it will boast such superstars as Booker T, Kane, Triple H, Batista, and Chris Benoit. Some of the new legends in the game include Hulk Hogan, Mankind and yes -- IGNcube readers voted for him and they got him -- The Ultimate Warrior. THQ is still deciding on whether or not to up the count on divas in the game. Here's hoping that it does, as the omission of a few key beauties was a common complaint of last year's effort.

### Less Mashing, More Strategizing
Developer Yuke's has not mucked with the control or gameplay mechanics in Day of Reckoning 2. The title more or less plays exactly like its predecessor, right down to the grappling system backbone. But enhancements have been introduced all the same.

The second of THQ's three priorities for the sequel was to address complaints that the first was too heavy on button mashing. The publisher/developer duo came up with the idea to inject both added control and strategy into the areas that lacked it before, and thus lesson or altogether eliminate the element of chance, or luck. "Every situation in the game that had button mashing before has been revamped," notes Greig. "There is no more button mashing in the game. That's not to say there is no need for reflexes anymore because that's certainly not the case. But we tried to add layers of strategy and decision. Count outs, pins -- there are different systems governing all of those interactions now." Grapples and strikes are still handled in the same manner, but new stamina and submission systems complement the action.

1 | 2 | Next Page >>

**Related Articles        Send This Page to a Friend**
**Contact the Editors**

IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | Rev | DS | GBA | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

Sound off now on IGN Boards!

Hot Games: Kingdom Hearts II | The Legend of Zelda: Twilight Princess | Dead or Alive 4 | Halo 3 | Metal Gear Solid 4: Guns of the

IGN.com | GameSpy | Arcade | Arena | TeamXbox | GameStats | Planets | Vaults | VE3D | AskMen.com
CheatsCodesGuides | FilePlanet | 3D Gamers | Direct2Drive | Rotten Tomatoes | GamerMetrics

By continuing past this page, and by your continued use of this site, you agree to be bound by and abide by the User Agreem
Copyright 1996-2006, IGN Entertainment, Inc.   About Us | Support | Advertise | Privacy Policy | User Agreement | XML



IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | Rev | DS | GBA | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

Log In | Register
My Account | My Email Alerts
My Collection (0 Games) | My Wishlist

Sports Game
Search    new!

Free Trailers and Video Clips
Check out what's new right here or
watch some of these game and
movie trailers (or all of them):


Hills Have Eyes


Onimusha: DoD


Miami Vice


X-Men 3 Movie

**SECTIONS**

· Football
· Basketball
· Baseball
· Boxing
· Hockey
· Wrestling
· Other
· Play of the Day
· News
· Mailbag
· Message Boards

**CHANNELS**

**Insider Members**
· Insider Channel
· Hi-Res Movies
· Strategy Guides
· Join Insider
· Founders' Club

**Games**
· PC Games
· PlayStation 2
· PlayStation 3
· Sony PSP
· Xbox
· Xbox 360
· GameCube
· Revolution
· Nintendo DS
· Game Boy
· Wireless
· N-Gage
· PlayStation
· N64
· Dreamcast
· PC Downloads
· Top Games
· VE3D
· Vault Network

**Entertainment**
· Movies

IGN » Sports » Wrestling

# WWE Day of Reckoning 2

**<< Previous Page | 1 | 2**

Day of Reckoning 2 uses an advanced stamina system that goes hand-in-hand with in-match strategies. As per usual, an on-screen bar measures a wrestler's stamina; when it's full, they are rearing to go and when it's empty, they hunch over and tend to tire after a single offensive move. The difference is that gamers don't have to sit still to recover their stamina. They can fill up their wrestler's bar using a number of different play methods, many of which tie into the submission system.

"We're using it strictly to give players options. Our stamina system is not very restricted," says Greig. "We want players to be thinking throughout matches. 'Do I want to go all out? Do I want to go on the offensive? Unleash a series of strikes and grapples and try to get this guy down quickly? Or do I want to hold back and let him do that, wear him out, and then I can go on the attack? Or is my stamina really low right now? Maybe I should be the one thinking about how to get it back up.' All these types of decisions."

The submission system has perhaps seen the biggest overhaul. In previous games, as soon as players performed a submission, user options were nil. Now, gamers can perform several types of submission holds. There are rest, humiliation and show off holds. Once a hold begins, players with the C-stick have the chance to strategize, which may result in a win, the gain of stamina, or, quite possibly, the depletion of stamina and an opening for the opposing player.

"To use SSX terminology, we're letting players tweak the submissions. So once you have a submission hold, you have options," explains Greig. "If you want to try and end a match right there, you go into a power submission. You hold the C-stick up to do that and that will be your maximum chance to try and end the match. At the same time, you're expending stamina, so you're taking a risk. If you don't end the match at that point, you've depleted a lot of your stamina and that's going to put you at a disadvantage."



**Latest Sports Pre**
MLB 2K6: New Mo
Madden 360: Impr
Tiger Woods PGA
New NHL 06 Hand
NASCAR 2006: To
NBA Live Superst
Tiger Woods 06: T
Hands-On with NH
Fight Night Round
E3 2005: And 1 St
E3 2005: Gretzky (
E3 2005: NBA 2K6
E3 2005: Tiger Wo
E3 2005: Madden I
E3 2005: NCAA Fo

UCI 000222

IGN: WWE Day of Reckoning 2

· DVD
· Music
· Comics
· Gear
· Sports
· Cars
· Babes
· Sci-Fi Brain

**Cheats & Codes**
· PS2 Cheats
· Xbox Cheats
· Cube Cheats
· PC Cheats
· GBA Cheats
· Top Cheats
· FAQs
· Game Guides

**IGN Services**
· Message Boards
· User Pages
· My Collection
· My Wishlist
· Newswire
· Free Email
· Chat
· My Account

**GET GAMES**

**Direct2Drive**

**Compare Prices**
· PS2 Games
· Xbox Games
· Cube Games
· PC Games
· GBA Games

**PARTNERS**

· Dream Crib
· Career Channel by
  Full Sail
· IGN Swag from
  Jinx.com


Triple H honestly looks dazed and confused. And don't miss the new crowd design in the background.

THQ is still working out the details on the defender's side, but during submissions boxes pop up on the screen, each representing a player; the challenge is to guess what the other player is going to do. A successful guess will break the submission. An unsuccessful guess will keep it held.

"This is all controlled in real-time by the C-stick. It's not a non-interactive sequence. And, although we haven't quite nailed it down yet, the defender will be able be also be doing something, probably with the C-stick, to respond to what the attacker is doing. We're really excited about. It's something totally different that we haven't done before," says Greig.

**Presentation is Everything**
THQ's third priority for the DOR 2 was to deliver a new visual style. For this year's game, Yuke's has made some dramatic visual improvements that are sure to please <u>wrestling</u> purists and presentation tarts alike. For starters, load times are speedier than ever before. Nothing takes more than five seconds to load, according to Greig, and that includes transitions from menus to matches. Meanwhile, the developer has actually cut back on an overbearing interface and too many heads up display indicators in an effort to make the wrestling universe look and feel that much more realistic. The menu system is therefore mocked up to look like a wrestling environment.

In-game matches show off a number of immediately noticeable enhancements. The crowds, formerly sprite-based, repetitive, and jarringly out of place in contrast to the otherwise 3D nature of the game, have been upgraded. Now they -- like the wrestlers -- are polygonal, and more smoothly animated. The result is more believable environment that is particularly impressive during wrestler entrances, which have also seen big improvements in cinematic style.

The wrestlers are constructed using thirty percent more polygons, according to Greig. Most of the extra geometry has gone to develop more flexible wrestler faces, which now show off eerily realistic teeth and animate appropriately during matches. For instance, if Kane is about to lay down the pain, he looks menacing, his mouth open in a snarl. Oppositely, if Benoit takes one to the face, his eyes appear to roll back and he actually looks dazed. Really, the game boasts some of the best face models we've seen in any wrestler to date.

Crisper texture work has also enabled Yuke's to deliver a higher level of definition on models, which is clear when they are shown up close without any blurring.

In addition, a more robust particle effects engine allows the studio to implement more realistic sweat and blood splatters, and on top of that, new and improved pyrotechnics with impressive, bloom-like lighting. During play, we could actually see sweat spray off the faces of wrestlers after a hard, head-turning smack. Of course, the models themselves show off real-time lights and cast believable shadows onto the mat.

Finally, Yuke's has reworked the animation pipeline for superior results. "Last year, we

animation," says Greig. "This year, all of the cinematics are motion captured, so there is no going back and forth between hand and motion captured animation." The result is movement that not only looks to have more realistic momentum and weight, but also blends more seamlessly than ever before.

Yuke's is apparently still exploring the possibilities of incorporating progressive scan and 16x9 widescreen modes into the game, but for now both options are still up in the air. The same goes for Dolby Pro Logic II support.

THQ has yet to determine (or, at least officially announce) the game's soundtrack, but we do know for sure that it likely won't use a compilation of popular rock and hip-hop songs, as the first did. There's talk of incorporating original music into the title, or possibly using lesser-known songs from recognizable bands.

WWE Day of Reckoning 2, which isn't set to release for GameCube until this fall, is still very early on. The title remains in a pre-alpha state. In fact, only two characters, Booker T and Kane, were demoed during our play test with the title. Still, even for an early work, the game already effectively shows that it is a true sequel to the first, building on a foundation of tried-and-true mechanics. We found ourselves excited about the added layers of depth added to the experience, as well as the visual enhancements. Based on our time with the title so far and the implementations yet to be made, we can't think of a single reason why Day of Reckoning 2 won't deliver exactly what THQ promises: the definitive WWE experience for GameCube owners.

Stay tuned for much more on the game in the coming days, weeks and months. Readers can satisfy their hunger for media on the title by clicking on the images and videos links below, where we have uploaded the first-ever in-game DOR 2 screenshots and direct-feed videos.

<< Previous Page | 1 | 2

**Related Articles**        **Send This Page to a Friend**

**Contact the Editors**

IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | Rev | DS | GBA | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

Unlock secrets to the epic RPG Titan Quest here.

Hot Games: Kingdom Hearts II | The Legend of Zelda: Twilight Princess | Dead or Alive 4 | Halo 3 | Metal Gear Solid 4: Guns of the

IGN.com | GameSpy | Arcade | Arena | TeamXbox | GameStats | Planets | Vaults | VE3D | AskMen.com
CheatsCodesGuides | FilePlanet | 3D Gamers | Direct2Drive | Rotten Tomatoes | GamerMetrics

By continuing past this page, and by your continued use of this site, you agree to be bound by and abide by the User Agreem
Copyright 1996-2006, IGN Entertainment, Inc.   About Us | Support | Advertise | Privacy Policy | User Agreement | XML

UCI 000224

# EXHIBIT EE

# EXHIBIT EE

1913953

IGN: Warrior Out of Smackdown

IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | Rev | DS | GBA | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

Log In | Register
My Account | My Email Alerts
My Collection (0 Games) | My Wishlist

PS2 Game

Search    new!

**Free Trailers and Video Clips**
Check out what's new right here or
watch some of these game and
movie trailers (or all of them):


Hills Have Eyes


Onimusha: DoD


Miami Vice


X-Men 3 Movie

UCI 000225

1/17/2006

IGN: Warrior Out of Smackdown                                                    Page 2 of 4

IGN » Games » PlayStation 2 » News

**SECTIONS**

- Game Profiles
- Reviews
- Reader Reviews
- Previews
- Video
- Features
- News
- Mailbag
- Editors' Choice
- Release Dates
- Hardware
- Guides
- Cheats
- FAQs
- Message Boards
- Compare Prices

**CHANNELS**

**Insider Members**
- Insider Channel
- Hi-Res Movies
- Strategy Guides
- Join Insider
- Founders' Club

**Games**
- PC Games
- PlayStation 2
- PlayStation 3
- Sony PSP
- Xbox
- Xbox 360
- GameCube
- Revolution
- Nintendo DS
- Game Boy
- Wireless
- N-Gage
- PlayStation
- N64
- Dreamcast
- PC Downloads
- Top Games
- VE3D
- Vault Network

**Entertainment**
- Movies
- DVD
- Music
- Comics
- Gear
- Sports
- Cars
- Babes

### WWE SmackDown! Here Comes the Pain (PS2)

| **NAV:** | Boards | Guide | FAQs | Cheats | Reviews | Previews | News | Features |
|----------|--------|-------|------|--------|---------|----------|------|----------|

## Warrior Out of Smackdown
**THQ withdraws confirmation of popular legends superstar.**
by IGNPS2



**August 19, 2003** - In a statement that's sure to disappoint a legion of 80s wrestling fans, THQ has officially withdrawn its confirmation that the Ultimate Warrior will be in the upcoming *WWE Smackdown! Here Comes the Pain* videogame. Though THQ had originally confirmed with us yesterday that he would be in the game for our roster update article, representatives for the company have since contracted their statement.

"Yeah, it was definitely a mistake on our end," said the THQ representative. "We thought that the negotiations had been nailed down but it turns out that they weren't. In fact, it looks as though the Warrior will be going his own separate way and will not appear as a legend in *WWE Smackdown at all.*"

*News of the Warrior's loss marks the second such blow for Here Comes the Pain in just under a month. Originally shown to the European press in PAL builds on the other side of the Atlantic, Hulk Hogan was also removed from the game's legend roster for similar failed negotiations.*

*IGN will keep you updated with more as it becomes available.*

*Interested in this game? Add it to your wishlist. If you already own it, be sure to add it to your collection. You can keep track of the games you've got, check personalized stats, get tips and cheats by email, and more.*

Game Details for WWE SmackDown! Here Comes the Pain

COMMUNITY
- ☐ ✉ Get Email Ale
- ☐ ⚜ Add to Wishli
- ☐ 🗄 Add to Collec
- ☐ ⊙ Playing Now

| Write a FAQ |
| Submit a Cheat |
| Post on Boards |
| Write a Review |
| Add a Note |

Published by: THC
Developed by: Yuk
Genre: Wrestling
Number of Players

UCI 000226

   
- Sci-Fi Brain

**Cheats & Codes**

- PS2 Cheats
- Xbox Cheats
- Cube Cheats
- PC Cheats
- GBA Cheats
- Top Cheats
- FAQs
- Game Guides

**IGN Services**

- Message Boards
- User Pages
- My Collection
- My Wishlist
- Newswire
- Free Email
- Chat
- My Account

**GET GAMES**

**Direct2Drive**
**Compare Prices**
- PS2 Games
- Xbox Games
- Cube Games
- PC Games
- GBA Games

**PARTNERS**

- Dream Crib
- Career Channel by Full Sail



See All 877 Images



See All 355 Videos

| **NAV:** | Boards | Guide | FAQs | Cheats | Reviews | Previews | News | Features |

Ratings for WWE

Compare Prices

**Connections for WWE SmackDown! Here Comes the Pain (PS2)**

**You may also like:**
1. WWE SmackDown! Shut Your Mouth (PS2)
2. WWF SmackDown! Just Bring It (PS2)
3. WWF Smackdown 2!: Know Your Role (PS)
4. WWF Smackdown (PS)
5. WWE SmackDown vs. RAW 2006 (PS2)

**Top upcoming games in this genre:**
1. TNA iMPACT! (PS2)
2. Rumble Roses XX (X360)

**Most recent posts on the WWE SmackDown! board:**

~~ Community Thread ~~~
- posted by: Snaaaake- last activity (PST): 1/17 07:59am
Which WWE Diva would you love to see in Playboy.
- posted by: T12i66iN- last activity (PST): 1/17 07:59am
Remember how i complained about this game....
- posted by: almattitude_v1- last activity (PST): 1/17 07:57am
SVR06 Awards
- posted by: ncaa06- last activity (PST): 1/17 07:57am
Over LOOKED Legends
- posted by: Edge-Fan-2006- last activity (PST): 1/17 07:52am

| **Related Articles** | **Send This Page to a Friend** |
| **Contact the Editors** | |

| | | $18.99 | ★★★★ 609 Reviews |
| | **ebY** | $5.66 | Not Rated |
| Game Quest | | $19.99 | ★★★★ 31 Reviews |
| GoGamer.com | | $44.90 | ★★★★ 51 Reviews |

Compare Prices for All 11 Sellers ($5.66 - $44.90)

UCI 000227

IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | Rev | DS | GBA | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comic

**Around the Network**

Unlock secrets to the epic RPG Titan Quest here.

Hot Games: Kingdom Hearts II | The Legend of Zelda: Twilight Princess | Dead or Alive 4 | Halo 3 | Metal Gear Solid 4: Guns of the

IGN.com | GameSpy | Arcade | Arena | TeamXbox | GameStats | Planets | Vaults | VE3D | AskMen.com
CheatsCodesGuides | FilePlanet | 3D Gamers | Direct2Drive | Rotten Tomatoes | GamerMetrics

By continuing past this page, and by your continued use of this site, you agree to be bound by and abide by the User Agreem
Copyright 1996-2006, IGN Entertainment, Inc.   About Us | Support | Advertise | Privacy Policy | User Agreement | XML

**Latest PlayStation 2 News**

UCI 000228

# EXHIBIT FF

# EXHIBIT FF

Case 2:05-cv-01134-SMM   Document 93-5   Filed 04/25/08   Page 14 of 22



IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | DS | Game Boy | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comics

Log In | Register
My Account | My Email Alerts
My Collection (0 Games) | My Wishlist

Enter Game Title

**Find Game**

**It's Good to Be a PC Gamer**
Check out all these huge, new games! And we've got detailed reviews for all of them:


Call of Duty 2


Age of Empires III


F.E.A.R.


Quake 4

**SECTIONS**

· Football
· Basketball
· Baseball
· Boxing
· Hockey
· Wrestling
· Other
· Play of the Day
· News
· Mailbag
· Message Boards

**CHANNELS**

**Insider Members**
· Insider Channel
· Hi-Res Movies
· Strategy Guides
· Join Insider
**Games**
· PC Games
· PlayStation 2
· PlayStation 3
· Sony PSP
· Xbox
· Xbox 360
· GameCube
· Nintendo DS
· Game Boy
· Wireless
· N-Gage
· PlayStation
· N64
· Dreamcast
· PC Downloads
· Top Games
· VE3D
· Vault Network
**Entertainment**
· Movies
· DVD
· Music

IGN » Sports » Wrestling

# WWE Smackdown: Here Come the CAWs
## How to create the Ultimate Warrior, Razor Ramon and more.
by IGN Sports

**November 21, 2003** - The perfect wrestling game would have every wrestler you've ever loved to see work in the ring, from legends like Terry Funk and Ricky Steamboat to newer stars like Y2J and AJ Styles. Well, since nobody will ever have a game with all of those licenses, the next best thing is to create these stars yourself.

Thanks to the readers of IGN Sports, now you have this opportunity.

Read below to find the menus and formulas to create a variety of past and present stars, then click on the media page to watch a few videos of the wrestlers smacking each other upside the head just like the good old days.

## The <u>Ultimate Warrior</u>

*Contributed by Slavetothemedia*

Figure
Body Morph: 0, 100

Form
Head: -25, -27
Neck: 43, 50 -38
Chest: 45, 0 -43
Shoulder: -27, 65 16
Abdomen: 32, -2 -10
Arms: 39, -7 -5, 2
Forearms: -12, -6
Hands: 24, 3 -71
Waist: 2, 0
Thigh: 18, 10
Legs: 0, -15 -13
Feet: -29, -7
Height: 6'2"

Body
Face: 14, 10, (0,0), (0,0), -51
Head: 0,0
Eyebrow: 0,0
Eyes: 0,0 0,0
Nose: 0,0 0,0
Cheek: 0,0
Mouth: 3,40 43
Jaw: -10,0 -12
Skin: 41 Color: -92, -18 Shade: 2
Hair: 35 Color: -85, 9 Shade: 0 Length: 72
Eyebrow: 1 Color: -94, 9
Eyes: 1 Color: 9, 9 Shade: 0
Facial Hair: N/A
Lips: 1

UCI 000016

· Comics
· Gear
· Sports
· Cars
· Babes
· Sci-Fi Brain
**Cheats & Codes**
· PS2 Cheats
· Xbox Cheats
· Cube Cheats
· PC Cheats
· GBA Cheats
· Top Cheats
· FAQs
· Game Guides
**IGN Services**
· Message Boards
· User Pages
· My Collection
· My Wishlist
· Newswire
· Free Email
· Newsletter
· Chat
· My Account
**GET GAMES**
**Direct2Drive**
**Compare Prices**
· PS2 Games
· Xbox Games
· Cube Games
· PC Games
· GBA Games
**PARTNERS**
· Dream Crib
· Full Sail Career Channel

7) Underwear: 1, 1 Color: 26, -24 Shade: -5

8) Head Paint: 30 Color: 26, -24 Shade: -5 Opac: 100
9) Head Paint: 33 Color: 26, -24 Shade: -5 Opac: 100
10) Head Paint: 31 Color: 100, 27 Shade: 11 Opac: 100
11) Head Paint: 32 Color: -73, 9 Shade: 0 Opac: 100

12) Simple (Body): 25 Turn: 2x Reduce: 2x Color: -81, 36 Shade: 0 Opac: 100
13) Simple (Body): 25 Turn: 2x Reduce: 2x Color: 9, 44 Shade: 0 Opac: 100
14) Simple (Body): 25 Turn: 2x Reduce: 2x Color: 9, 44 Shade: 0 Opac: 100
15) Simple (Body): 25 turn: 2x Reduce: 2x Color: -66, 41 Shade: 0 Opac: 100
16) Simple (Body): 25 Turn: 2x Reduce: 2x Color: -66, 41 Shade: 0 Opac: 100
17) Simple (Body): 25 Turn: 2x Reduce: 3x Color: -81, 36 Shade: 0 Opac: 100



18) WristBand (Both): 4, 1 Color: 26, -24 Shade: -5 Trans: 100 Length: 63
19) WristBand (Both): 9, 1 Color: -85, 33 Shade: 0 Trans: 100 Length: 64

20) Shoes: 13, 1, 7 Color: -93, -9

21) Knee Pads (Both): 14, 1 Color: 26, -24 Shade: -5 Opac: 100

22) Simple (Left Leg): 25 Turn: 2x Reduce: 3x Color: -67, 40 Shade: 0 Opac: 100
23) Simple (Left Leg): 25 Turn: 2x Reduce: 2x Color: -85, 32 Shade: 0 Opac: 100
24) Simple (Right Leg): 25 Turn: 2x Reduce: 3x Color: -67, 40 Shade: 0 Opac: 100
25) Simple (Right Leg): 25 Turn: 2x Reduce: 2x Color: -85, 32 Shade: 0 Opac: 100

26) Simple (Right Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
27) Simple (Right Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
28) Simple (Left Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
29) Simple (Left Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100

Layers: 8-10 Warrior Face-Paint
12-17 Warrior Emblems on Trunks
18-19 Wrist Bands
20 Shoes
21 Knee Pads
22-25 Warrior Emblem Knee Pads
26-29 Bicep Ties

UCI 000017



Once you've created the Warrior, head into move sets and look for OUW (Old Ultimate Warrior). It's one of the unlockable move sets, but it pretty much has all of the moves you remember.

**1 | 2 | 3 | 4 | Next Page >>**



See All 8 Images



See All 2 Videos

| Related Articles | Send This Page to a Friend |
|---|---|
| Contact the Editors | |

IGN.com | PC Games | PS2 | PS3 | PSP | Xbox | Xbox 360 | GameCube | DS | Game Boy | Wireless | FilePlanet | Cheats | Movies | DVD | Music | Comics

UCI 000018

Case 2:05-cv-01134-SMM   Document 93-5   Filed 04/25/08   Page 17 of 22



Click now to win big on IGN Sweepstakes!

Hot Games: WWE SmackDown! vs. RAW 2006 | Halo 3 | Grand Theft Auto: Liberty City Stories | Metal Gear Solid 4: Guns of the Patriots | I

IGN.com | GameSpy | Arcade | Arena | TeamXbox | GameStats | Planets | Vaults | VE3D | AskM

CheatsCodesGuides | FilePlanet | 3D Gamers | Direct2Drive | Rotten Tomatoes | GamerMetrics

Copyright 1996-2005, IGN Entertainment, Inc.   About Us | Support | Advertise | Privacy Policy | User Agreement | 

UCI 000019

http://sports.ign.com/articles/441/441723p1.html?fromint=1
## WWE Smackdown: Here Come the CAWs

**November 21, 2003** - The perfect wrestling game would have every wrestler you've ever loved to see work in the ring, from legends like Terry Funk and Ricky Steamboat to newer stars like Y2J and AJ Styles. Well, since nobody will ever have a game with all of those licenses, the next best thing is to create these starts yourself.

Thanks to the readers of IGN Sports, now you have this opportunity.

Read below to find the menus and formulas to create a variety of past and present stars, then click on the media page to watch a few videos of the wrestlers smacking each other upside the head just like the good old days:

### The Ultimate Warrior
*Contributed by Slavetothemedia*

Figure
Body Morph: 0, 100

Form
Head: -25, -27
Neck: 43, 50 -38
Chest: 45, 0 -43
Shoulder: -27, 65 16
Abdomen: 32, -2 -10
Arms: 39, -7 -5, 2
Forearms: -12, -6
Hands: 24, 3 -71
Waist: 2, 0
Thigh: 18, 10
Legs: 0, -15 -13
Feet: -29, -7
Height: 6'2"

Body
Face: 14, 10, (0,0), (0,0), -51
Head: 0,0
Eyebrow: 0,0
Eyes: 0,0 0,0
Nose: 0,0 0,0
Cheek: 0,0
Mouth: 3,40 43
Jaw: -10,0 -12
Skin: 41 Color: -92, -18 Shade: 2
Hair: 35 Color: -85, 9 Shade: 0 Length: 72
Eyebrow: 1 Color: -94, 9
Eyes: 1 Color: 9, 9 Shade: 0
Facial Hair: N/A
Lips: 1

Layers

7) Underwear: 1, 1 Color: 26, -24 Shade: -5

UCI 000020

1.  -

8) Head Paint: 30 Color: 26, -24 Shade: -5 Opac: 100
9) Head Paint: 33 Color: 26, -24 Shade: -5 Opac: 100
10) Head Paint: 31 Color: 100, 27 Shade: 11 Opac: 100
11) Head Paint: 32 Color: -73, 9 Shade: 0 Opac: 100

12) Simple (Body): 25 Turn: 2x Reduce: 2x Color: -81, 36 Shade: 0 Opac: 100
13) Simple (Body): 25 Turn: 2x Reduce: 2x Color: 9, 44 Shade: 0 Opac: 100
14) Simple (Body): 25 Turn: 2x Reduce: 2x Color: 9, 44 Shade: 0 Opac: 100
15) Simple (Body): 25 turn: 2x Reduce: 2x Color: -66, 41 Shade: 0 Opac: 100
16) Simple (Body): 25 Turn: 2x Reduce: 2x Color: -66, 41 Shade: 0 Opac: 100
17) Simple (Body): 25 Turn: 2x Reduce: 3x Color: -81, 36 Shade: 0 Opac: 100

18) WristBand (Both): 4, 1 Color: 26, -24 Shade: -5 Trans: 100 Length: 63
19) WristBand (Both): 9, 1 Color: -85, 33 Shade: 0 Trans: 100 Length: 64

20) Shoes: 13, 1, 7 Color: -93, -9

21) Knee Pads (Both): 14, 1 Color: 26, -24 Shade: -5 Opac: 100

22) Simple (Left Leg): 25 Turn: 2x Reduce: 3x Color: -67, 40 Shade: 0 Opac: 100
23) Simple (Left Leg): 25 Turn: 2x Reduce: 2x Color: -85, 32 Shade: 0 Opac: 100
24) Simple (Right Leg): 25 Turn: 2x Reduce: 3x Color: -67, 40 Shade: 0 Opac: 100
25) Simple (Right Leg): 25 Turn: 2x Reduce: 2x Color: -85, 32 Shade: 0 Opac: 100

26) Simple (Right Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
27) Simple (Right Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
28) Simple (Left Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100
29) Simple (Left Arm): 145 Turn: 2x Reduce: 0x Color: 28, 37 Shade: 0 Opac: 100

Layers: 8-10 Warrior Face-Paint
12-17 Warrior Emblems on Trunks
18-19 Wrist Bands
20 Shoes
21 Knee Pads
22-25 Warrior Emblem Knee Pads
26-29 Bicep Ties

Once you've created the Warrior, head into move sets and look for OUW (Old Ultimate Warrior).
It's one of the unlockable move sets, but it pretty much has all of the moves you remember.

UCI 000021



UCI 000022



UCI 000023



UCI 000024