IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER GRANTING THQ INC.'S MOTION *IN LIMINE* TO EXCLUDE INADMISSIBLE INTERNET EVIDENCE** |

After considering the papers submitted in support of and in opposition to THQ's motion, arguments of counsel, all other matters presented to the Court, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendant THQ Inc.'s ("THQ's") Motion *In Limine* To Exclude Inadmissible Internet Evidence is hereby GRANTED: Plaintiff is precluded from introducing or otherwise offering into evidence the Internet Exhibits, Page Emails, and News Articles.