-i-

**ULTIMATE CREATIONS, INC. v. THQ Inc.**
**USDC Case No. CV-05-1134-PHX-SMM**
**THE HONORABLE STEPHEN M. MCNAMEE**

**EXHIBITS TO DEFENDANT THQ'S MOTION *IN LIMINE* TO CONSTRAIN TESTIMONY OF UCI WITNESS WARRIOR TO CONFORM TO THE FEDERAL RULES OF EVIDENCE**

**EXHIBIT INDEX**

| Exhibit A | Excerpts of Deposition of Warrior |
|---|---|