**Exhibit A**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

ULTIMATE CREATIONS, INC., an )
Arizona corporation,         )
                             )
     Plaintiff,              )
                             )  No. CV-05-1134-PHX-SMM
vs.                          )
                             )
THQ INC., a corporation,     )
                             )
     Defendant.              )
                             )


VIDEOTAPED DEPOSITION OF WARRIOR


Phoenix, Arizona
February 13, 2007
1:16 p.m.


Reported by:
CARRIE SMALANSKAS, RPR
Certified Reporter
Arizona CR No. 50355

# I N D E X

WITNESS:             EXAMINATION                                      PAGE
WARRIOR

        By Ms. Galston                                        5

# E X H I B I T S

| Deposition Exhibits | Description | Page |
|---|---|---|
| 1 | Service Mark Principal Register, Bates No. UCI 000006 | 13 |
| 2 | Complaint | 13 |
| 3 | Smack Down - Here Comes the Pain (Original Retained by Counsel), Bates No. 000012 | 48 |
| 4 | Smack Down Versus Raw (Original Retained by Counsel), Bates No. UCI 000014 | 49 |
| 5 | Document entitled "Agreement", Bates Nos. UCI 000291 through 299 | 59 |
| 6 | License Agreement, Bates Nos. UCI 000300 through 307 | 63 |
| 7 | Letter agreement to James Hellwig dated April 24, 1989 | 76 |
| 8 | Complaint | 82 |
| 9 | Plaintiff's Responses to Defendant's First Set of Requests for Admission | 84 |
| 10 | Clarification of Title, Bates No. UCI 000237 through 240 | 93 |
| 11 | Assignment Instrument of Trademarks/Service Marks and Related Goodwill, Bates Nos. UCI 000230 through 233 | 94 |

1           VIDEOTAPED DEPOSITION OF WARRIOR was taken on
2    February 13, 2007, commencing at 1:16 p.m. at the law
3    offices of Snell & Wilmer, L.L.P., One Arizona Center, 400
4    East Van Buren, Phoenix, Arizona, before Carrie
5    Smalanskas, RPR, a Certified Reporter in the State of
6    Arizona.
7
8    COUNSEL APPEARING:
9    For the Plaintiff:
10          Maynard Cronin Erickson Curran & Sparks, PLC
            By:  DANIEL D. MAYNARD
11          1800 Great American Tower
            3200 North Central Avenue
12          Phoenix, Arizona  85012
13   For the Defendant:
14          Irell & Manella, LLP
            By:  KATHARINE J. GALSTON
15          1800 Avenue of the Stars
            Suite 900
16          Los Angeles, California  90067
17          Snell & Wilmer, L.L.P.
            By:  ANDREW F. HALABY
18          One Arizona Center
            400 East Van Buren
19          Phoenix, Arizona  85004
20
     Also present:  Frederick Van Norman, videographer
21
22
23
24
25

1  the face.  Of course, the logo on the paper is not the
2  logo painted on the face.  They are the same thing, but
3  made to fit whatever surface they lie upon.  The string on
4  the arms, the boots, the gear, the look.
5       Q.   When you say "the logo painted on the face," I
6  know that one of your contentions also in paragraph 15 of
7  the complaint is that the face paint is in the game.  Your
8  claim is that the face paint is the logo; is that correct?
9  That the logo appears in the game in the form of the face
10 paint on a character in the game?  Is that true?
11      A.   Can you say that again, please?
12      Q.   Is your claim that your logo, which we have
13 established as Exhibit 1, appears in the game in the form
14 of face paint?
15      A.   I am not understanding the question.
16      Q.   What I am a little confused about is if -- I am
17 wondering whether -- is the face paint a separate mark or
18 is it the same thing as your symbol?
19      A.   It is the design, the overall design of the
20 logo, whether on the face or in the game as it is side by
21 side.  The trademark of it in the sharp edge design it is,
22 they are one and the same identifiable with the trade
23 dress of the Ultimate Warrior identity.
24      Q.   I would like to go back to your discussion of
25 the moves earlier when you were describing some of the

Page 16

1  elements that you believe are in THQ's games.  If I were
2  to go home tonight, take out one of the games that is
3  referenced in your complaint, pop it into my Play Station
4  and open it up, turn it on, where would I see the moves?
5        A.    Well, I don't play the games.
6        Q.    Okay.
7        A.    I have seen the video clips to know that how the
8  animated character behaves in the game is a replicate of
9  Ultimate Warrior's own professional wrestling behavior,
10 which is -- which is a signature style that a wrestling
11 fan or somebody that would buy the game interested in
12 making professional wrestlers would know as Ultimate
13 Warrior's.
14       Q.    You just referenced video clips.  What video
15 clips are you referring to?
16       A.    The ones that have been submitted to you in the
17 discovery.
18             MS. GALSTON:  Dan, these are the clips that were
19 attached to the e-mails that were produced in a CD form?
20             MR. MAYNARD:  Yes.
21             MS. GALSTON:  I think it is UCI 229?
22             MR. MAYNARD:  I assume that is what he is
23 referring to.  Those are the only ones I am aware of.
24             MS. GALSTON:  Okay.
25             THE WITNESS:  I may be using the wrong --

1   these moves outside of the ring?

2       A.   Sometimes when I am dancing.

3       Q.   When you are dancing.

4       Did you gorilla press your partner?

5       A.   No.

6       Q.   So you haven't -- so these were moves that you
7   used in the ring, professional wrestling moves, right?

8       A.   Right.  I am sure I may have used them at some
9   time being funny or something with my own children or
10  something like that, but, no.  Yes, they are professional
11  wrestling moves.

12      Q.   Earlier you were speaking about elements of the
13  Ultimate Warrior character in the games, your allegations
14  that the character is in the game.  I would like to
15  explore that a little bit further.  Have you ever seen
16  your character in the games?

17      A.   Yes.

18      Q.   How have you seen your character -- have you
19  played the games?

20      A.   I don't play the games.  I have played the video
21  clips.

22      Q.   Video clips?

23      A.   The evidence that we have given you guys.

24      MS. GALSTON:  I am going to take a quick break.
25  Can we go off for five minutes?

1  Q. Is there anything that would refresh your
2  recollection?
3  A. I would have to look.
4  Q. Have you ever heard that Generation Warrior was
5  in the game?
6  A. I don't recall.
7  Q. Now, when you say you have reviewed video clips
8  that show the character or the Ultimate Warrior identity,
9  were those -- who created those video clips?
10  A. I mean at the most fundamental level?
11  Q. Sure.
12  A. Or who created the excerpts that I saw?
13  Q. Who created the excerpts that you saw?
14  A. Chris Page. I mean, he didn't create what is on
15  them. He cut those out of what was created, the footage
16  that was created by THQ, and he sent those to me. That's
17  why I was trying to make the distinction between what do
18  you mean. You mean who sent me the video clips?
19  Q. So you believe that the clips that Chris Page
20  sent you is footage that was created by THQ?
21  A. Yes, or -- yeah, the company, yeah. They
22  marketed it and sold it.
23  Q. So if I were to open up one of the THQ games and
24  pick a character to play with, one of those characters
25  would be the Ultimate Warrior?

Page 36

1    A.    I don't play the games.
2    Q.    So you don't know?
3    A.    Well, I know Ultimate Warrior is in there.
4    Q.    Is the Ultimate Warrior in there as a character
5  you can select or do you have to create the character?
6    A.    I think both ways.
7    Q.    Both ways.
8    A.    There are selections you have to make to create
9  him, so you do, in fact, select him.
10   Q.    Okay.  But the only way that you can play with
11 the Ultimate Warrior character is through the creation of
12 that character using the creation mode of the game?
13   A.    Well, Warrior is in there.  That is available in
14 there as a -- let's say -- let's call it a pure selection,
15 parts unknown is in there.
16   Q.    I'm sorry.  What do you mean by "Warrior is in
17 there"?  And are you referring -- when you say "Warrior is
18 in there," does that mean Warrior as a trademark or does
19 that mean a character called Warrior?  What do you mean by
20 Warrior is in there?
21   A.    As a name.  You can -- my understanding is that
22 you can select a name for the wrestler -- for a wrestler,
23 the Warrior, or Warrior maybe by itself.
24   Q.    You can select a name for any wrestler you
25 create, you can call him the Warrior; is that correct?

BenchmarkDepo-The Deposition Services Company 310.556.0595

1  don't know.
2      Q.   Can a player using these same tools make any
3  number of characters?
4      A.   They don't.
5      Q.   They don't?
6      A.   They don't.
7      Q.   They only make the Ultimate Warrior?
8      A.   That's why they go through the trouble to do it.
9  They want to play with Ultimate Warrior.
10     Q.   Are there any instructions in the game that show
11 a player how to create the Ultimate Warrior?
12     A.   To my knowledge, I think there are a couple of
13 things, but I know in the discovery we submitted gaming --
14 again, not knowing the industry terms and what they use,
15 their code sheets and -- of how to make -- bring it all
16 together and make it happen.
17     Q.   Code sheets?
18     A.   It is just laying in there in pieces.
19     Q.   It is -- when you say "it is laying in there in
20 pieces," THQ -- it is laying in THQ's games and pieces,
21 but you have to go on the Internet to find out how to
22 connect those pieces and make the Ultimate Warrior?
23     A.   I don't know how they do it.  I don't play the
24 games.
25     Q.   Okay.  But as far as the instructions you have

1   know what the calendar was.
2        Q.   BY MS. GALSTON:  Your claims are based on what
3   is inside the games, not on how they were marketed by THQ;
4   is that correct?
5             MR. MAYNARD:  Objection to the form.
6             THE WITNESS:  The promotional events and how
7   they were handled and what was said at those events is a
8   part of it, yes.
9        Q.   BY MS. GALSTON:  Okay.  So other than these
10  three -- two or maybe three instances, there is no other
11  marketing or advertising by THQ that you claim infringes
12  any of your rights?
13       A.   I am not sure.
14       Q.   Anything else that you have seen or heard about?
15       A.   Well, I think that -- I would say possibly, that
16  the release of the original codes in how to make Ultimate
17  Warrior happen in the game, there is a violation there.
18       Q.   Has anyone who has ever bought any of these
19  games ever told you they were confused about whether you
20  were associated with the games?
21       A.   Yes.
22       Q.   Who has told you?
23       A.   I don't remember any names.  I get about 500
24  e-mails a day.
25       Q.   You get 500 e-mails a day --

1    A.   Not about this.  I get about 500 e-mails a day,
2  and over the course of the last three years or however
3  long we have been in this litigation or prior to it, many
4  people over the years have written me and asked or
5  informed me that -- especially since finding out I filed a
6  lawsuit -- that in the game or made suggestions -- you
7  know, earnest fans making suggestions about working
8  something out and participating in the game at a different
9  level or something like that, you know, that they would
10 hope that maybe something could be worked out in the
11 future.  They enjoy the games and that Ultimate Warrior is
12 in there and they use it.
13   Q.   These people then were telling you about the
14 games to help you in your lawsuit against THQ?
15   A.   In just various forms, you know, forms of
16 support or forms of how much they wish it could be -- you
17 know, there could be some form of an arrangement that was
18 different than what was going on now.
19   Q.   What do you mean by that?  Did they wish that
20 you could be like a real player -- a real character in the
21 game?
22   A.   No, that's not what they wish.  They already
23 know I am a real player in the game.
24   Q.   Okay.
25   A.   Look, I have the Web presence.  It has been up

1  for 10 years.  People write me every day with all kinds of
2  different comments.  Ultimate Warrior made an impression
3  on a lot of different people.  That's why he is still a
4  topic of conversation in wrestling circles, and I -- other
5  than that, I don't have any specific details to give.
6      Q.   Fan mail, mail from your fans, people telling
7  you how much they enjoyed your performances when you were
8  a wrestler, things of that nature?
9      A.   As I said, yes.
10     Q.   Are there any specific fans you remember
11 contacting you and saying that they were confused about
12 whether you were associated with the games or anything
13 else that you haven't told me?
14     A.   Well, there is no confusion because they know it
15 is Ultimate Warrior in the game.  It is not like somebody
16 else -- to them, when they look at the identity in the
17 game, it is Ultimate Warrior.  It is not like as had
18 happened in the past like when they did the renegade thing
19 in WCW.  You know something like -- they know it is
20 Ultimate Warrior.  It is not anybody else to them.  It is
21 only Ultimate Warrior.
22     Q.   When they write to you, do they think you've
23 approved the use in the game or do they think you are
24 being ripped off?
25     A.   Both.

Page 55

1   Q.   Both.  More one or the other?
2   A.   I wouldn't say, just enough to know that I would
3   say both.
4   Q.   How do you have the rights to these marks that
5   we have talked about today?
6        MR. MAYNARD:  Objection to the form.
7   Q.   BY MS. GALSTON:  Can you answer?
8   A.   What do you mean?
9   Q.   Where do these rights come from?  These aren't
10  -- what we have talked about with the identity of the
11  Ultimate Warrior, his ethos, the feelings of the fans,
12  these are all your rights?  These aren't WWE's rights?
13       MR. MAYNARD:  Objection to the form.
14       Go ahead and answer.
15       THE WITNESS:  Well, no, they are not WWE's.
16  Q.   BY MS. GALSTON:  How do you claim they are your
17  rights?
18  A.   Well, I -- I -- well, first of all, because of
19  use.  I have been using them since the latter part of the
20  '80s, and some of the marks or service marks or trademarks
21  or classes or -- without being a lawyer here -- have been
22  registered with the USPTO for a long, long time, and if
23  that doesn't give somebody rights, then I don't know what
24  does.
25       The other stuff is common law trademark rights,

Page 117

1  that we can talk about afterwards specifically, I think I
2  have no further questions except I will reserve the right
3  to continue as appropriate once we have received any
4  additional documents, but otherwise, I have no further
5  questions.
6          MR. MAYNARD:  Okay.  We will read and sign.
7          MS. GALSTON:  Thank you.
8          VIDEO TECHNICIAN:  This ends tape No. 2 in the
9  deposition of the Warrior.  We are off the record at
10 5:28 p.m.
11         (Proceedings adjourned at 5:28 p.m.)
12
                        WARRIOR
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1   STATE OF ARIZONA        )
                             ) ss.
 2   COUNTY OF MARICOPA      )

 3           I HEREBY CERTIFY that the foregoing deposition
 4   was taken by me pursuant to Notice; that I was then and
 5   there a Certified Court Reporter for the State of Arizona,
 6   and by virtue thereof authorized to administer an oath;
 7   that the witness before testifying was duly sworn by me to
 8   testify to the whole truth and nothing but the truth;
 9   pursuant to request, notification was provided that the
10   deposition is available for review and signature; that the
11   questions propounded by counsel and the answers of the
12   witness thereto were taken down by me in shorthand and
13   thereafter transcribed through computer-aided
14   transcription under my direction, and that the foregoing
15   117 typewritten pages contain a full, true, and accurate
16   transcript of all proceedings had upon the taking of said
17   deposition, all done to the best of my skill and ability.
18           I FURTHER CERTIFY that I am in no way related to
19   nor employed by any of the parties hereto, nor am I in any
20   way interested in the outcome hereof.
21           DATED at Phoenix, Arizona, this 22nd day of
22   February, 2007.
23
24                       Carrie Smalanskas, RPR, CR
                         Certified Reporter
25                       Certificate No. 50355
```

BenchmarkDepo-The Deposition Services Company 310.556.0595