IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER GRANTING THQ INC.'S MOTION *IN LIMINE* TO CONSTRAIN TESTIMONY OF UCI WITNESS WARRIOR TO CONFORM TO THE FEDERAL RULES OF EVIDENCE** |

After considering the papers submitted in support of and in opposition to THQ's motion, arguments of counsel, all other matters presented to the Court, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendant THQ Inc.'s ("THQ's") Motion *In Limine* is hereby GRANTED: Plaintiff is precluded from offering through Warrior (1) testimony concerning alleged instances of actual confusion; (2) testimony concerning the contents of THQ's wrestling-related video games ("WWE games"); (3) opinion testimony concerning whether THQ's alleged use of Plaintiff's purported "intellectual property" was "willful" or "not innocent"; and (4) opinion testimony concerning the proper legal standard governing the award of damages, if any, in this action.