Steven A. Marenberg (Pro Hac Vice)
Kara D. McDonald (Pro Hac Vice)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199
Email:  smarenberg@irell.com
          kmcdonald@irell.com

Patricia Lee Refo (Bar No. 017032)
Andrew F. Halaby (Bar No. 017251)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
Telephone:  (602) 382-6000
Facsimile:  (602) 382-6070
Email:  prefo@swlaw.com
          ahalaby@swlaw.com

Attorneys for Defendant THQ Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>                    Defendant. | No. CV-05-1134-PHX-SMM<br><br>**DEFENDANT THQ'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF UCI'S AGREEMENT WITH THIRD-PARTY JAKKS PACIFIC, INC.**<br><br>(ORAL ARGUMENT REQUESTED) |

Defendant THQ Inc. ("THQ") moves *in limine* for an order precluding plaintiff

Ultimate Creations, Inc. ("UCI") from offering irrelevant, unfairly prejudicial evidence of

its license agreement with another party.  Specifically, UCI intends to offer evidence

relating to an agreement between it and third-party JAKKS Pacific, Inc. ("JAKKS")

relating to the manufacture of "Ultimate Warrior" character action figures.  UCI has

identified two bases for offering this evidence.  First, UCI contends that the license

agreement between it and JAKKS ("JAKKS Agreement") is evidence of the value of