-i-

**ULTIMATE CREATIONS, INC. v. THQ Inc.
USDC Case No. CV-05-1134-PHX-SMM
THE HONORABLE STEPHEN M. MCNAMEE**


**EXHIBITS TO DEFENDANT THQ'S MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE OF UCI'S AGREEMENT
WITH THIRD-PARTY JAKKS PACIFIC, INC.**


**EXHIBIT INDEX**

| | |
|---|---|
| Exhibit A | License Agreement between UCI and JAKKS Pacific, Inc. dated 2/1/06 |
| Exhibit B | JAKKS Action Figure |
| Exhibit C | Declaration of James M. Kennedy |