1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9

10

11

12

13

14

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>                    Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER GRANTING THQ INC.'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF UCI'S AGREEMENT WITH THIRD-PARTY JAKKS PACIFIC, INC.** |

15      After considering the papers submitted in support of and in opposition to THQ's motion,

16   arguments of counsel, all other matters presented to the Court, and good cause appearing,

17      IT IS HEREBY ORDERED AS FOLLOWS:

18      Defendant THQ Inc.'s ("THQ's")  Motion *In Limine* to Exclude Evidence of UCI's

19   Agreement With Third-Party JAKKS Pacific, Inc. is hereby GRANTED:  Plaintiff is precluded

20   from offering any evidence relating to its agreement with JAKKS Pacific Inc. ("JAKKS"),

21   including the JAKKS Agreement and the JAKKS  "Ultimate Warrior" character action figure.

22

23

24

25

26

27

28