-i-

**ULTIMATE CREATIONS, INC. v. THQ Inc.**
**USDC CASE NO. CV-05-1134-PHX-SMM**
**THE HONORABLE STEPHEN M. MCNAMEE**

**DEFENDANT THQ'S MOTION *IN LIMINE* TO PRECLUDE**
**UNDISCLOSED EXPERT TESTIMONY BY**
**UCI WITNESS DANIEL SIEGEL**

**EXHIBIT INDEX**

| | |
|---|---|
| Exhibit 1 | January 6, 2006 Initial Disclosure Statement |
| Exhibit 2 | September 15, 2006 Second Supplemental Disclosure Statement |
| Exhibit 3 | August 4, 2006 Disclosure Pursuant to Federal Rules of Evidence 701, 702, 703, 70[4] and 705 |
| Exhibit 4 | Plaintiff's Rebuttal Expert [Report] Pursuant to Federal Rules of Evidence 701, 702, 703, 704 and 705 |