1   Daniel D. Maynard, No. 009211
    Jennifer A. Sparks, No. 017502
2   **MAYNARD CRONIN ERICKSON**
    **CURRAN & SPARKS, P.L.C.**
3   1800 Great American Tower
    3200 North Central Avenue
4   Phoenix, Arizona 85012
    (602) 279-8500
5
6   Attorneys for Plaintiff

7              **IN THE UNITED STATES DISTRICT COURT**

8                  **FOR THE DISTRICT OF ARIZONA**

9   Ultimate Creations, Inc., an Arizona
    corporation,
10                                          CV 2005-1134-PHX-SMM
11                         Plaintiff,
                                            PLAINTIFF'S SECOND
    v.                                      SUPPLEMENTAL DISCLOSURE
12                                          STATEMENT
    THQ, Inc., a corporation,
13
                           Defendant.
14

15         Pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, Plaintiff, Ultimate

16   Creations, Inc. ("UCI") hereby supplements its prior disclosures of information.  Discovery

17   has not been completed at this time and UCI's disclosures are accordingly limited and

18   qualified.  UCI reserves its right to amend and modify these disclosures.

19   **I.      INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

20         1.      Warrior
                   c/o Maynard Cronin Erickson Curran & Sparks, PLC
21                 3200 N. Central Avenue, Suite 1800
                   Phoenix, AZ 85012
22                 602-279-8500

23

24         Warrior has knowledge concerning all statements in the Complaint and is expected to

25   testify about the allegations therein and his unsuccessful negotiations with THQ for a Non-

26   Exclusive License Agreement.  He will testify that a character that can be created in the

     wrestling games created by Defendant, THQ, Inc. ("THQ") which are the subjects of this

*(left margin, vertical text)* MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C. ATTORNEYS AT LAW 3200 NORTH CENTRAL AVENUE ● SUITE 1800 ● PHOENIX, ARIZONA 85012 TELEPHONE 602.279.8500 ● FACSIMILE 602.263.8185

lawsuit is the wrestling character he created and owns, known as "Warrior" and/or the "Ultimate Warrior." His opinion that the character in the THQ games is his character is based upon his review of the character that can be created in the games and is not based on scientific, technical or specialized knowledge. His opinion is also based on his history of negotiating with THQ for the right to license his character, image, name and move sets. He will use the wrestling games created by THQ that are the subject of this litigation and will review the characters after they are created. He may use blowups of the characters created from the game and compare with films of his wrestling character.

Also, Warrior will testify about the damages that Ultimate Creations has suffered based upon his opinion of what a proper licensing fee should be for his character in a wrestling video game. Warrior's opinion on damages is based upon his knowledge of licensing fees for the use of a wrestling character and his experience in negotiating licensing fees for the use of his character. He will testify that in his opinion the use of his character by THQ is intentional infringement and that THQ is not an innocent user of the trademarks and characters based upon THQ's earlier, unsuccessful request for permission to use "Warrior" and "Ultimate Warrior" marks and movesets associated with the Warrior and Ultimate Warrior character. Also, since the infringement is willful, Warrior will testify that in his opinion a damage award should be based upon an accounting of THQ's profits and a request for treble the award of profits and an award of attorney's fees.

      2.    Christopher Page
             (Chrispaulpage@blueyonder.co.uk)

Mr. Page has knowledge concerning websites, video games infringing on UCI's trademarks and copyrights.

      3.    Daniel Siegel
             CMG Worldwide, Inc.
             8560 Sunset Boulevard, 10th Floor
             West Hollywood, CA 90069
             (310) 854-1005

1    Mr. Siegel worked with Warrior in his negotiations with THQ.  It is expected that he

2   will testify as to the unsuccessful negotiations and correspondence between the parties

3   regarding same.

4       4.    Any person referenced in discovery responses; all people listed or

5   referenced in correspondence and documents listed herein.

6       5.    All witnesses listed by THQ.

7       6.    There will be a witness who will demonstrate how to create the Warrior

8   character on the various THQ wrestling games.  This person can be identified as a 30(b)(6)

9   witness or witness who creates character.

10      7.    The persons who are designated to respond to 30(b)(6) depositions for

11  THQ.

12  **II.**    **RELEVANT DOCUMENTS**

13      1.    Trademark/Service Mark Registrations owned by Ultimate Creations, Inc.

14          a.    Registration No. 1,625,919 - Ultimate Warrior (UCI 000001)

15          b.    Registration No. 1,708,155 - Warrior (UCI 000002)

16          c.    Registration No. 1,818,813 - Ultimate Warrior (UCI 000003)

17          d.    Registration No. 1,838,771 - Ultimate Warrior (UCI 000004)

18          e.    Registration No. 2,299,387 - Warrior (UCI 000005)

19          f.    Registration No. 2,345,959 - Logo (UCI 000006)

20          g.    Registration No. 2,348,985 - Generation Warrior (UCI 000007)

21      2.    Reporter's Transcript of Proceedings - Confidential Settlement Agreement,

22  *Warrior & Ultimate Creations, Inc. vs. Titan Sports, Inc.*, CV 96-15377.[1]

23      3.    Draft THQ Inc. Non-Exclusive License Agreement dated 7/21/03 (unsigned)

24  (UCI 000008-11)

25  _____

26  [1]This document is subject to a confidentiality agreement and is, therefore, not being produced.

- 3 -

1      4.      Draft THQ Inc. Non-Exclusive License Agreement dated 8/8/03 (unsigned)

2      (UCI 000012-15)

3      5.      Printout from http://sports.ign.com 10/26/05 - WWE Smackdown: Here Come

4      the CAWs (UCI 000016-24)

5      6.      Printout from http://media.sports.ign.com - 10/26/05 - WWE Smackdown:

6      Here Come the CAWs (UCI 000025-26)

7      7.      News Releases from http://phx.corporate-ir.net (THQ website) (UCI 000027-

8      57).

9      8.      Investor Presentation from THQ website (UCI 000058-76).

10      9.      Portions of THQ 2005 Annual Report (from THQ website) (UCI 000077-106).

11      10.      Printouts from www.thq.com for "Smackdown vs. RAW 2006" "Smackdown

12      vs. RAW" "Wrestlemania 21" "WWE Day of Reckoning" "WWE Day of Reckoning 2"

13      "Smackdown Shut Your Mouth" and "Wrestlemania XIX" (UCI 000107-113)

14      11.      Information from THQ website as to financial reports and corporate information

15      (UCI 000114-129).

16      12.      "Here Comes the Pain" video

17      13.      "PS2 Smackdown vs RAW" video

18      14.      "PS2 Smackdown Just Bring It" video

19      15.      "PS2 Smackdown Shut Your Mouth" video

20      16.      "WWE Day of Reckoning" video

21      17.      "Smackdown vs RAW 2006" video[2]

22      18.      E-mail from Chris Page 2/26/05 (UCI 000130-132).

23      19.      Print-out from psx2codes.com website (WWE Smackdown vs. Raw PS2 Cheat

24              Codes) (UCI 000133-136).

25

---

26      [2]It is assumed that THQ has possession of the video games listed as #12-#17, thus they are not provided herewith.

20.   E-mails from Chris Page re "SmackDown! vs RAW" 5/1/05-5/6/05 (UCI 000137-142).

21.   E-mail from Chris Page 5/6/05 re "SD! vs RAW" (UCI 000143-144).

22.   E-mails from Chris Page re "SmackDown! Here Comes the Pain" dated 5/2/05 - 5/6/05 (UCI 000145-151).

23.   E-mail from Chris Page 5/3/05 re: "SmackDown! Here Comes the Pain" (UCI 000152-154).

24.   Printout from http://cheats.ign.com for WWE Smackdown! Here Comes the Pain  (UCI 000155-165).

25.   E-mail from Chris Page dated 5/25/05 (UCI 000166).

26.   E-mail from Chris Page dated 8/15/05 re WWE RAW 2 for X-box with formula for creating characters (UW CAW RAW2 - RockDemon's UW caw) (UCI 000167-172).

27.   E-mail from Chris Page dated 8/20/05 with photos on "SmackDown! Shut Your Mouth" game (UCI 000173-177).

28.   E-mail from Chris Page dated 8/22/05 with photos on "SmackDown!  Shut Your Mouth" game (UCI 000178-182).

29.   E-mail from Chris Page dated 8/22/05 with "SmackDown! Shut Your Mouth" video footage (UCI 000183).

30.   E-mail from Chris Page dated 8/17/05 on RAW 2 information (UCI 000184).

31.   E-mail from Chris Page dated 9/4/05 with photos from "WWE Day of Reckoning 2" (UCI 000186-190).

32.   E-mail from Chris Page dated 9/8/05 with photos and text document with formula to create UW in "WWE Day of Reckoning 2" video (UCI 000191-202).

33.   E-mail from Chris Page dated 9/8/05 with additional photos and formulas for

- 5 -

1      "WWE Day of Reckoning 1" video (UCI 000203-206).

2    34.    E-mail from Chris Page dated 11/29/05 with photos and video from

3      "SmackDown! vs RAW 2006" game (UCI 000207-213).

4    35.    E-mail from Chris Page dated 11/29/05 re new SmackDown! vs. RAW game

5      (UCI 000214).

6    36.    E-mail from Chris Page dated 12/5/05 with video from "SmackDown! vs RAW

7      2006" game (UCI 000215).

8    37.    Any damages expert's reports.

9    38.    Any and all depositions and exhibits thereto that have been taken or will be

10      taken in this action.

11    39.    Complete files of all expert witnesses, including all documents or authorities

12      relied upon and/or demonstrative exhibits prepared by or for use by any expert.

13    40.    All supporting records or documents or exemplars utilized by experts in this

14      action.

15    41.    Documentation relied upon and/or produced by any expert who is retained to

16      offer testimony at trial.

17    42.    Any and all reports, data, models, charts, diagrams, photographs and/or other

18      demonstrative exhibits used by any witness to demonstrate or illustrate his or

19      her testimony.

20    43.    Resumes or curriculum vitae of any expert testifying in this action.

21    44.    Any and all responses to interrogatories, and requests for admissions obtained

22      in this action, including any documents attached thereto.

23    45.    Any and all documents necessary for impeachment purposes.

24    46.    Any and all documents produced in response to subpoena duces tecum in this

25      action.

26    47.    All exhibits identified by any party in this action in disclosure statements,

- 6 -

| | | |
|---|---|---|
| 1 | | responses to discovery requests, and/or lists of witnesses and exhibits including |
| 2 | | any and all supplements thereto, even if later withdrawn. |
| 3 | 48. | All documents produced or to be produced, disclosed or discovered by any |
| 4 | | party to this action. |
| 5 | 49. | Disclosure statements and all supplements and amendments thereto. |
| 6 | 50. | All documents withheld by any party that the Court determines are not |
| 7 | | privileged. |
| 8 | 51. | All pleadings, motions, responses, replies, and documents attached to same. |
| 9 | 52. | Supplements, addenda, and/or amendments to any of the foregoing reports or |
| 10 | | documents. |
| 11 | 53. | Draft THQ Inc. Non-Exclusive License Agreement dated 5/6/03 (UCI 000216- |
| 12 | | 218). |
| 13 | 54. | Printout from http://sports.ign.com dated April 1, 2005 "WWE Day of |
| 14 | | Reckoning 2" (UCI 000219-224). |
| 15 | 55. | Printout from http://ps2.ign.com dated August 19, 2003 "Warrior Out of |
| 16 | | Smackdown" (UCI 000225-228). |
| 17 | 56. | Assignment of Trademarks/Service Marks (UCI 000230-240). |
| 18 | 57. | Copyright Records (UCI 000241-248). |
| 19 | 58. | Printout from Wrestling Games Zone dated March 16, 2006 (UCI 000249-253). |
| 20 | 59. | Printout from Nintendophiles Forums dated March 16, 2006 (UCI 000254-255). |
| 21 | 60. | Printout from IOW Discussion Forums dated March 16, 2006 (UCI 000256- |
| 22 | | 258). |
| 23 | 61. | E-mail from Jerry Chandler II dated October 16, 2005 with attached article on |
| 24 | | Dave Batista interview (UCI 000259-267). |
| 25 | 62. | THQ News Release (UCI 000268-271). |
| 26 | 63. | THQ News Release (UCI 000272-275). |

1   64.   Agreement between Acclaim Entertainment and UCI dated August 15, 2003
2         (UCI 000291-299).

3   65.   License Agreement between UCI and JAKKS Pacific, Inc. dated February 1,
4         2006 (UCI 000300-307).

5   **III.   COMPUTATION OF DAMAGES**

6           Plaintiff's total damages are undetermined as of this date, but will include
7   disgorgement of Defendant's profits, an award of damages sustained by Plaintiff and costs
8   incurred and to be incurred.  Also, Plaintiff is seeking to have the damage award increased
9   by three times and for an award of reasonable attorneys' fees because this is an exceptional
10  case due to Defendant's willful and deliberate act of infringement.  Lastly, Plaintiff may seek
11  a reasonable royalty.

12          DATED this 15th day of September, 2006.

13                                          **MAYNARD CRONIN ERICKSON**
                                            **CURRAN & SPARKS, P.L.C.**
14

15                                          By
16                                              Daniel D. Maynard
                                                Jennifer A. Sparks
17                                              1800 Great American Tower
                                                3200 Central Avenue
18                                              Phoenix, Arizona 85012
                                                Attorneys for Plaintiff
19  ORIGINAL of the foregoing e-mailed
    and mailed this 15th day of September, 2006; to:
20
    Steven A. Marenberg, Esq.
21  Katharine Galston, Esq.
    *Irell & Manella LLP*
22  1800 Avenue of the Stars, Ste. 900
    Los Angeles, CA 90067-4276
23  Attorneys for Defendant

24

25

26

- 8 -