IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>               Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>               Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER GRANTING THQ INC.'S MOTION *IN LIMINE* TO PRECLUDE UNDISCLOSED EXPERT TESTIMONY BY UCI WITNESS DANIEL SIEGEL** |

After considering the papers submitted in support of and in opposition to THQ's motion, arguments of counsel, all other matters presented to the Court, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendant THQ Inc.'s ("THQ's") Motion *In Limine* to Preclude Undisclosed Expert Testimony By UCI Witness Daniel Siegel is hereby GRANTED:  Mr. Siegel's testimony shall be limited to the topics stated in Plaintiff's Rule 26(a) disclosures.  Mr. Siegel is precluded from offering any testimony concerning the value of the Ultimate Warrior character or any other subject not properly disclosed by Plaintiff.