IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER GRANTING THQ INC.'S MOTION *IN LIMINE* TO PRECLUDE MISLEADING EVIDENCE OF THQ'S VIDEO GAMES' CONTENT** |

After considering the papers submitted in support of and in opposition to THQ's motion, arguments of counsel, all other matters presented to the Court, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendant THQ Inc.'s ("THQ's") Motion *In Limine* to Preclude Misleading Evidence of THQ's Video Games' Content is hereby GRANTED: Plaintiff is precluded from offering any "video" evidence of the contents of THQ's games.