# EXHIBIT 11

# EXHIBIT 11

Steven A. Marenberg (Pro Hac Vice)
Kara D. McDonald (Pro Hac Vice)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: smarenberg@irell.com
       kmcdonald@irell.com

Patricia Lee Refo (Bar No. 017032)
Andrew F. Halaby (Bar No. 017251)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: prefo@swlaw.com
       ahalaby@swlaw.com

Attorneys for Defendant THQ Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>Defendant. | No.: CV 2005-1134-PHX-SMM<br><br>**THQ'S PROPOSED DESCRIPTION OF THE CASE** |

Defendant THQ Inc. respectfully submits the following description of the case to be read to the jury:

> This is a lawsuit by the plaintiff, Ultimate Creations, Inc.,
> against the defendant, THQ Inc. In general, Ultimate
> Creations, Inc. contends that it owns certain trademarks
> relating to the "Ultimate Warrior" wrestling character, and

1   further alleges that THQ Inc. has infringed those trademarks in
2   the videogames that THQ Inc. manufactures and sells.  In
3   general, THQ Inc. disputes that it infringes any valid
4   trademarks belonging to Ultimate Creations, Inc.