# EXHIBIT 12

# EXHIBIT 12

**From:** Stacey Tanner [mailto:stanner@mmcec.com]
**Sent:** Monday, April 21, 2008 2:02 PM
**To:** McDonald, Kara; Halaby, Andy
**Cc:** Daniel Maynard
**Subject:** UCI v. THQ -- documents

Attached is a letter from Dan, as well as several attachments. He is working on the jury instructions and will hopefully have them to you in the morning. Please let me know if you have any questions.

Thanks –

Stacey

## Statement of the Case

This is a lawsuit by the plaintiff, Ultimate Creations, Inc., against the defendant, THQ Inc. In general, Ultimate Creations, Inc. contends that it owns certain federally registered trademarks and unregistered trade dress relating to the "Ultimate Warrior" wrestling character, and further alleges that THQ Inc. has infringed those trademarks in the videogames that THQ Inc. manufactures and sells. In general, THQ Inc. disputes that it infringes any valid trademarks belonging to Ultimate Creations, Inc.

8732363