# EXHIBIT 13

# EXHIBIT 13

Steven A. Marenberg (Pro Hac Vice)
Kara D. McDonald (Pro Hac Vice)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: smarenberg@irell.com
          kmcdonald@irell.com

Patricia Lee Refo (Bar No. 017032)
Andrew F. Halaby (Bar No. 017251)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: prefo@swlaw.com
          ahalaby@swlaw.com

Attorneys for Defendant THQ Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>Defendant. | No.: CV-05-1134-PHX-SMM<br><br>**AGREED PROPOSED VOIR DIRE** |

The parties having agreed to the contents of the following questions at their April 23, 2008 conference,[1] defendant THQ Inc. ("THQ") requests that the Court ask the

---

[1] THQ believes these questions fairly and accurately reflect the agreement of the parties on April 23, 2008. Indeed, with the exception of Questions 9, 10, and 32, the questions reflect either (a) THQ's original proposal or (b) THQ's acceptance of UCI's proposed change. Questions 9, 10, and 32 reflect what THQ believes to be the parties' agreement after discussion of their competing positions. But due to the scheduling and timing issues addressed in THQ's prefatory statement to its pretrial submissions, THQ has not had time to submit to UCI, and UCI has not reviewed, these questions in their final form.

questions of each prospective juror during *voir dire*:

    1.    Have you or any member of your immediate family ever been a party to a lawsuit? If so, what was the nature of the lawsuit, and were you or your family member a plaintiff (the party suing) or a defendant (the party being sued)? What was the outcome of the lawsuit? Is there anything about that experience which would affect your ability to serve as a juror in this case? Is there anything about that experience that would cause you to identify with the plaintiff or the defendant in this case? Is there anything about that experience that would cause you to have negative feelings towards the plaintiff or the defendant in this case?

    2.    Have any of you ever been a witness in a lawsuit? If so, what was the nature of the lawsuit? What were you asked to testify about? What was the outcome of the lawsuit? Is there anything about that experience which would cause you to identify with either party in this case?

    3.    Would any of you favor either the plaintiff or a defendant in a case based solely on the fact that they are the plaintiff or defendant in the case? Do any of you believe that because a party is a defendant in a case they must have done something wrong?

    4.    Do all of you understand that the plaintiff has the burden of proving its claims and the defendant has the burden of proving its defenses? Is there anyone who, for whatever reason, does not believe they can render a verdict in this case based upon the evidence and the court's instructions?

    5.    For those of you who served as jurors in the past, did you come away from your previous jury experience with any particularly negative or particularly positive feelings? If the answer is yes, please describe your feelings. Is there anything about your prior experience as a juror that might affect your ability to be a fair and impartial juror in this case?

    6.    Have any of you had any dealings with Daniel Maynard, Jennifer Sparks, or the law firm Maynard Cronin Erickson Curran & Sparks?

1    7.   Have any of you had any dealings with Steven Marenberg, Kara
2  McDonald, or the law firm Irell & Manella?
3    8.   Have any of you ever had any dealings with Andrew Halaby or the law
4  firm Snell & Wilmer?
5    9.   Are any of you familiar with Ultimate Creations, Inc.?  Has anyone had
6  any interactions or dealings with Warrior formerly known as James Hellwig?
7  Christopher ("Chris") Page?  Daniel Siegel?  Chris Byerly?
8    10.  Are any of you familiar with THQ Inc.?  Has anyone had any interactions
9  or dealings with Cory Ledesma?  Nick Wlodyka?  Kathy Vrabeck?  Brad Carraway?
10 Tracy Muniz Williams?
11   11.  Has anyone here worked in a job involving marketing or advertising?
12 What did you do?
13   12.  Has anyone been involved in creating logos, marketing campaigns, new
14 company or new product launches or the branding of a product?  If yes, what did you do?
15   13.  Has anyone ever invented anything or come up with a new idea for
16 something?  Please explain what you invented or what your new idea was, unless you are
17 currently developing it and would rather not say.  What did you do with that invention or
18 idea?
19   14.  Has anyone ever copyrighted anything?  Please explain.
20   15.  Has anyone obtained a trademark or service mark?
21   16.  Has anyone obtained a patent on a product, process or idea?  Please
22 explain.
23   17.  Have you or anyone close to you ever had a dispute involving a business
24 deal, contract or agreement?  What happened?  How did you resolve it?
25   18.  When there are disputes between businesses over products, how do you
26 think the disputes should be resolved?

- 3 -

1    19.  Have you or anyone close to you ever had a dispute involving a trademark,
2 patent, idea, copyright, or intellectual property of any sort? What happened? How did
3 you resolve it?

4    20.  Has anyone been involved in sales? What did you sell?

5    21.  Has anyone been involved in the development, design, marketing or sales
6 of movies, video or computer games, other forms of video or audio entertainment, or
7 software? Please explain.

8    22.  How do you feel about the idea of someone owning or legally preventing
9 others from using a design, likeness, title, symbol or device for commercial purposes?

10   23.  What is your opinion about a company that wants to prevent others from
11 using words, symbols, names or a likeness that consumers associate with a product?
12 Once a product has been advertised and used by the general public, do you think that
13 anyone should be able to use it? Why or why not?

14   24.  What are your leisure time interests and activities?

15   25.  Do you think video games are a waste of time?

16   26.  Do you ever play video or computer games? If so, do you play sports
17 games? Wrestling games? How many hours in a week do you play?

18   27.  Does anyone in your home play video or computer games? Which ones?
19 How many hours in a week do they play?

20   28.  Is there a gaming system, like a PlayStation, Nintendo, or Xbox, in your
21 home?

22   29.  Do you blog or participate in online chat rooms or message boards? Have
23 you ever visited a website or blog that provided tips or tricks for video or computer
24 games? Have you ever visited one of the following websites:

www.ign.com
com4.runboard.com
www.gametalk.com
cheats.gamespy.com
www.nightly.net
www.gamerseurope.com

- 4 -

games.ninemsn.com.au
www.eglive.com
slumz.boxden.com
forums.gameswinners.com

30. If you have visited one of these websites, did you ever read or participate in a blog, chat room, or message board on the site?

31. Have you ever watched professional wrestling, like WWF, WWE, Raw, etc.? What do you think of professional wrestling? Are you at all familiar with the wrestler the Ultimate Warrior?

32. Who do you think is the undisputed wrestling champion?

33. What do you think of celebrities?

34. Do you read any publications concerning computers or gaming?

35. Do you read any financial publications like the Wall Street Journal or Financial Times?

36. Is there anyone here who, for any reason, feels that they may not be able to give any of the parties in this trial a fair and impartial trial?

37. If you were representing any of the parties in this case, is there any reason that you would not want yourself on this jury?

38. Is there anything that you would like to bring to the Court's attention that might affect your ability to be a fair and impartial juror in this case?

39. Does anyone have any type of physical disability requiring any special equipment or services that we can provide to assist you during your jury service?

DATED this 25th day of April 2008.

SNELL & WILMER L.L.P.

By /s/ Andrew F. Halaby
Patricia Lee Refo
Andrew F. Halaby
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202

- 5 -

1   IRELL & MANELLA LLP

2

3   By /s/ Kara D. McDonald
    Steven A. Marenberg *(Pro Hac Vice)*
    Kara D. McDonald *(Pro Hac Vice)*
4   1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276

5
    Attorneys for Defendant THQ Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

>Daniel D. Maynard
>Jennifer A. Sparks
>MAYNARD CRONIN ERICKSON
>  CURRAN & SPARKS, P.L.C.
>1800 Great American Tower
>3200 North Central Avenue
>Phoenix, Arizona  85012
>Attorneys for Plaintiff

/s/ Marji Bartels

- 7 -