Steven A. Marenberg (Pro Hac Vice)
Kara D. McDonald (Pro Hac Vice)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: smarenberg@irell.com
        kmcdonald@irell.com

Patricia Lee Refo (Bar No. 017032)
Andrew F. Halaby (Bar No. 017251)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: prefo@swlaw.com
        ahalaby@swlaw.com

Attorneys for Defendant THQ Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>Defendant. | No. CV-05-1134-PHX-SMM<br><br>**MOTION *IN LIMINE* TO PRECLUDE CHRIS BYERLY FROM TESTIFYING IN PLAINTIFF'S CASE-IN-CHIEF**<br><br>(ORAL ARGUMENT REQUESTED) |

Defendant THQ Inc. ("THQ") moves *in limine* for an order precluding DeVry student Chris Byerly from testifying in Plaintiff Ultimate Creations, Inc.'s ("UCI") case-in-chief. Plaintiff never disclosed Mr. Byerly as a fact witness as required by Federal Rule of Civil Procedure 26(a)(1). Now, on the eve of trial and long after the close of discovery, UCI seeks to have Mr. Byerly offer testimony about THQ's videogames. UCI's failure to timely disclose Mr. Byerly as a witness on this topic—as an expert or otherwise—has deprived THQ of the ability to take meaningful discovery concerning Mr.

Byerly's purported opinions and the basis for those opinions. Accordingly, THQ respectfully requests that this Court preclude Mr. Byerly from testifying in Plaintiff's case-in-chief.

This Motion is supported by the following Memorandum of Points and Authorities.

DATED this 25th day of April 2008.

SNELL & WILMER L.L.P.

By  /s/ Andrew F. Halaby
　　Patricia Lee Refo
　　Andrew F. Halaby
　　One Arizona Center
　　400 E. Van Buren
　　Phoenix, Arizona 85004-2202

IRELL & MANELLA LLP

By  /s/ Kara D. McDonald
　　Steven A. Marenberg *(Pro Hac Vice)*
　　Kara D. McDonald *(Pro Hac Vice)*
　　1800 Avenue of the Stars, Suite 900
　　Los Angeles, California 90067-4276

Attorneys for Defendant THQ Inc.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     BACKGROUND.**

Plaintiff recently revealed that he intends to call DeVry student Chris Byerly as a fact witness to testify about THQ's videogames. But Plaintiff did not disclose Mr. Byerly as a fact witness *ever*. Plaintiff did not do so in its January 6, 2006 Initial Disclosure Statement (*see* Ex. 1); its May 19, 2006 First Supplemental Disclosure Statement (*see* Ex. 2); its August 4, 2006 Disclosure Pursuant to Federal Rules of Evidence 701, 702, 703, 70[4] and 705 (*see* Ex. 3); or its September 15, 2006 Second Supplemental Disclosure Statement. (*See* Ex. 4.) It was not until Plaintiff served its Rebuttal Expert [Report] Pursuant to Federal Rules of Evidence 701, 702, 703, 704 and 705 (*see* Ex. 5) on October 13, 2006 that Plaintiff identified Mr. Byerly as any sort of witness, and then it

1  was only as a "rebuttal expert."  (*See id.* at 1:20.)  Accordingly, THQ respectfully
2  requests that this Court preclude Mr. Byerly from testifying in Plaintiff's case-in-chief.

**II.  ARGUMENT.**

THQ's entitlement to the relief it requests is straightforward.  Federal Rule of Civil Procedure 26(a)(1) imposes on each party the obligation to identify, among other things, "each individual likely to have discoverable information . . . that the disclosing party may use to support its claims."  If the party fails to do so, "the party is not allowed to use that . . . witness to supply evidence . . . at a trial, unless the failure was substantially justified or is harmless."  Fed. R. Civ. P. 37(c)(1); *Yeti by Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.3d 1101, 1106 (9th Cir. 2001) (exclusion of evidence under Rule 37 is "automatic" and the "appropriate remedy for failing to fulfill the required disclosure requirements of Rule 26(a)") (internal citations omitted).

THQ does not concede that Mr. Byerly is, in fact, an expert on anything.  And it remains to be seen whether, even if he is an "expert," there will be anything for him to "rebut" once Plaintiff and THQ have presented their cases-in-chief.  But the one thing Mr. Byerly is not is a properly disclosed fact witness under the Federal Rules of Civil Procedure.  Nor, on the basis of Plaintiff's disclosures, could THQ have reasonably expected that Plaintiff would be calling Mr. Byerly to testify in Plaintiff's case-in-chief.

Plaintiff is the master of its disclosures, and should be held to them.  If — contrary to Plaintiff's disclosures — Mr. Byerly is allowed to testify in Plaintiff's case-in-chief, then THQ will be severely prejudiced since it has deprived THQ of the ability to take meaningful discovery concerning Mr. Byerly's purported opinions and the basis for those opinions.  The Court should preclude Plaintiff from engaging in such bait-and-switch tactics on the eve of trial.

**III.  CONCLUSION.**

For the foregoing reasons, THQ respectfully requests that this Court preclude Mr. Byerly from testifying in Plaintiff's case-in-chief.

. . .

- 3 -

1   DATED this 25th day of April 2008.

SNELL & WILMER L.L.P.

By  /s/ Andrew F. Halaby
    Patricia Lee Refo
    Andrew F. Halaby
    One Arizona Center
    400 E. Van Buren
    Phoenix, Arizona 85004-2202

IRELL & MANELLA LLP

By  /s/ Kara D. McDonald
    Steven A. Marenberg *(Pro Hac Vice)*
    Kara D. McDonald *(Pro Hac Vice)*
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276

Attorneys for Defendant THQ Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

>Daniel D. Maynard
>Jennifer A. Sparks
>MAYNARD CRONIN ERICKSON
>  CURRAN & SPARKS, P.L.C.
>1800 Great American Tower
>3200 North Central Avenue
>Phoenix, Arizona  85012
>Attorneys for Plaintiff

/s/ Marji Bartels
8735687