-i-

**ULTIMATE CREATIONS, INC. v. THQ Inc.**
**USDC CASE NO. CV-05-1134-PHX-SMM**
**THE HONORABLE STEPHEN M. MCNAMEE**

**EXHIBITS TO DEFENDANT THQ'S MOTION *IN LIMINE*
TO PRECLUDE CHRIS BYERLY FROM
TESTIFYING IN PLAINTIFF'S CASE-IN-CHIEF**

**EXHIBIT INDEX**

| Exhibit 1 | January 6, 2006 Initial Disclosure Statement |
|---|---|
| Exhibit 2 | May 19, 2006 First Supplemental Disclosure Statement |
| Exhibit 3 | August 4, 2006 Disclosure Pursuant to Federal Rules of Evidence 701, 702, 703, 70[4] and 705 |
| Exhibit 4 | September 15, 2006 Second Supplemental Disclosure Statement |
| Exhibit 5 | Plaintiff's Rebuttal Expert [Report] Pursuant to Federal Rules of Evidence 701, 702, 703, 704 and 705 |

-i-