Daniel D. Maynard, No. 009211
Jennifer A. Sparks, No. 017502
**MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, P.L.C.**
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>THQ, Inc., a corporation,<br><br>　　　　　　　　Defendant. | CV 2005-1134-PHX-SMM<br><br>PLAINTIFF'S INITIAL DISCLOSURE STATEMENT |

　　　　Pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, Plaintiff, Ultimate Creations, Inc. ("UCI") hereby makes its initial disclosures of information. Discovery has not been completed at this time and UCI's disclosures are accordingly limited and qualified. UCI reserves its right to amend and modify these disclosures.

**I.　　INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

　　　　1.　　Warrior
　　　　　　　c/o Maynard Cronin Erickson Curran & Sparks, PLC
　　　　　　　3200 N. Central Avenue, Suite 1800
　　　　　　　Phoenix, AZ 85012
　　　　　　　602-279-8500

　　　　Warrior has knowledge concerning all statements in the Complaint and is expected to testify about the allegations therein and his unsuccessful negotiations with THQ for a Non-Exclusive License Agreement.

2. Christopher Page
(Chrispaulpage@blueyonder.co.uk)

Mr. Page has knowledge concerning websites, video games infringing on UCI's trademarks and copyrights.

3. Daniel Siegel
CMG Worldwide, Inc.
8560 Sunset Boulevard, 10th Floor
West Hollywood, CA 90069
(310) 854-1005

Mr. Siegel worked with Warrior in his negotiations with THQ. It is expected that he will testify as to the unsuccessful negotiations and correspondence between the parties regarding same.

4. Any person referenced in discovery responses; all people listed or referenced in correspondence and documents listed herein.

## II. RELEVANT DOCUMENTS

1. Trademark/Service Mark Registrations owned by Ultimate Creations, Inc.
    a. Registration No. 1,625,919 - Ultimate Warrior (UCI 000001)
    b. Registration No. 1,708,155 - Warrior (UCI 000002)
    c. Registration No. 1,818,813 - Ultimate Warrior (UCI 000003)
    d. Registration No. 1,838,771 - Ultimate Warrior (UCI 000004)
    e. Registration No. 2,299,387 - Warrior (UCI 000005)
    f. Registration No. 2,345,959 - Logo (UCI 000006)
    g. Registration No. 2,348,985 - Generation Warrior (UCI 000007)

2. Reporter's Transcript of Proceedings - Confidential Settlement Agreement, *Warrior & Ultimate Creations, Inc. vs. Titan Sports, Inc.*, CV 96-15377.[1]

3. Draft THQ Inc. Non-Exclusive License Agreement dated 7/21/03 (unsigned) (UCI 000008-11)

---

[1] This document is subject to a confidentiality agreement and is, therefore, not being produced.

4.      Draft THQ Inc. Non-Exclusive License Agreement dated 8/8/03 (unsigned) (UCI 000012-15)

5.      Printout from http://sports.ign.com 10/26/05 - WWE Smackdown: Here Come the CAWs (UCI 000016-24)

6.      Printout from http://media.sports.ign.com - 10/26/05 - WWE Smackdown: Here Come the CAWs (UCI 000025-26)

7.      News Releases from http://phx.corporate-ir.net (THQ website) (UCI 000027-57).

8.      Investor Presentation from THQ website (UCI 000058-76).

9.      Portions of THQ 2005 Annual Report (from THQ website) (UCI 000077-106).

10.     Printouts from www.thq.com for "Smackdown vs. RAW 2006" "Smackdown vs. RAW" "Wrestlemania 21" "WWE Day of Reckoning" "WWE Day of Reckoning 2" "Smackdown Shut Your Mouth" and "Wrestlemania XIX" (UCI 000107-113)

11.     Information from THQ website as to financial reports and corporate information (UCI 000114-129).

12.     "Here Comes the Pain" video

13.     "PS2 Smackdown vs RAW" video

14.     "PS2 Smackdown Just Bring It" video

15.     "PS2 Smackdown Shut Your Mouth" video

16.     "WWE Day of Reckoning" video

17.     "Smackdown vs RAW 2006" video[2]

18.     E-mail from Chris Page 2/26/05 (UCI 000130-132).

19.     Print-out from psx2codes.com website (WWE Smackdown vs. Raw PS2 Cheat Codes) (UCI 000133-136).

---

[2] It is assumed that THQ has possession of the video games listed as #12-#17, thus they are not provided herewith.

20. E-mails from Chris Page re "SmackDown! vs RAW" 5/1/05-5/6/05 (UCI 000137-142).

21. E-mail from Chris Page 5/6/05 re "SD! vs RAW" (UCI 000143-144).

22. E-mails from Chris Page re "SmackDown! Here Comes the Pain" dated 5/2/05 - 5/6/05 (UCI 000145-151).

23. E-mail from Chris Page 5/3/05 re: "SmackDown! Here Comes the Pain" (UCI 000152-154).

24. Printout from http://cheats.ign.com for WWE Smackdown! Here Comes the Pain (UCI 000155-165).

25. E-mail from Chris Page dated 5/25/05 (UCI 000166).

26. E-mail from Chris Page dated 8/15/05 re WWE RAW 2 for X-box with formula for creating characters (UW CAW RAW2 - RockDemon's UW caw) (UCI 000167-172).

27. E-mail from Chris Page dated 8/20/05 with photos on "SmackDown! Shut Your Mouth" game (UCI 000173-177).

28. E-mail from Chris Page dated 8/22/05 with photos on "SmackDown! Shut Your Mouth" game (UCI 000178-182).

29. E-mail from Chris Page dated 8/22/05 with "SmackDown! Shut Your Mouth" video footage (UCI 000183).

30. E-mail from Chris Page dated 8/17/05 on RAW 2 information (UCI 000184).

31. E-mail from Chris Page dated 9/4/05 with photos from "WWE Day of Reckoning 2" (UCI 000186-190).

32. E-mail from Chris Page dated 9/8/05 with photos and text document with formula to create UW in "WWE Day of Reckoning 2" video (UCI 000191-202).

33. E-mail from Chris Page dated 9/8/05 with additional photos and formulas for

|   |     |                                                                                      |
|---|-----|--------------------------------------------------------------------------------------|
| 1 |     | "WWE Day of Reckoning 1" video (UCI 000203-206).                                     |
| 2 | 34. | E-mail from Chris Page dated 11/29/05 with photos and video from "SmackDown! vs RAW 2006" game (UCI 000207-213). |
| 4 | 35. | E-mail from Chris Page dated 11/29/05 re new SmackDown! vs. RAW game (UCI 000214). |
| 6 | 36. | E-mail from Chris Page dated 12/5/05 with video from "SmackDown! vs RAW 2006" game (UCI 000215). |
| 8 | 37. | Any damages expert's reports.                                                         |
| 9 | 38. | Any and all depositions and exhibits thereto that have been taken or will be taken in this action. |
| 11| 39. | Complete files of all expert witnesses, including all documents or authorities relied upon and/or demonstrative exhibits prepared by or for use by any expert. |
| 13| 40. | All supporting records or documents or exemplars utilized by experts in this action. |
| 15| 41. | Documentation relied upon and/or produced by any expert who is retained to offer testimony at trial. |
| 17| 42. | Any and all reports, data, models, charts, diagrams, photographs and/or other demonstrative exhibits used by any witness to demonstrate or illustrate his or her testimony. |
| 20| 43. | Resumes or curriculum vitae of any expert testifying in this action.                 |
| 21| 44. | Any and all responses to interrogatories, and requests for admissions obtained in this action, including any documents attached thereto. |
| 23| 45. | Any and all documents necessary for impeachment purposes.                             |
| 24| 46. | Any and all documents produced in response to subpoena duces tecum in this action.   |
| 26| 47. | All exhibits identified by any party in this action in disclosure statements,        |

responses to discovery requests, and/or lists of witnesses and exhibits including any and all supplements thereto, even if later withdrawn.

48. All documents produced or to be produced, disclosed or discovered by any party to this action.

49. Disclosure statements and all supplements and amendments thereto.

50. All documents withheld by any party that the Court determines are not privileged.

51. All pleadings, motions, responses, replies, and documents attached to same.

52. Supplements, addenda, and/or amendments to any of the foregoing reports or documents.

### III. COMPUTATION OF DAMAGES

Plaintiff's total damages are undetermined as of this date, but will include disgorgement of Defendant's profits, an award of damages sustained by Plaintiff and costs incurred and to be incurred. Also, Plaintiff is seeking to have the damage award increased by three times and for an award of reasonable attorneys' fees because this is an exceptional case due to Defendant's willful and deliberate act of infringement. Lastly, Plaintiff may seek a reasonable royalty.

DATED this 6th day of January, 2006.

MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, P.L.C.

By /s/ Daniel D. Maynard
Daniel D. Maynard
Jennifer A. Sparks
1800 Great American Tower
3200 Central Avenue
Phoenix, Arizona 85012
Attorneys for Plaintiff

| | |
|---|---|
| 1 | ORIGINAL of the foregoing mailed this <u>6th</u> day of January, 2006; to: |
| 2 | |
| 3 | Steven A. Marenberg, Esq.<br>Katharine Galston, Esq.<br>*Irell & Manella LLP* |
| 4 | 1800 Avenue of the Stars, Ste. 900<br>Los Angeles, CA 90067-4276 |
| 5 | |
| 6 | and |
| 7 | COPY of the foregoing mailed this <u>6th</u> day of January, 2006; to |
| 8 | Andrew F. Halaby<br>SNELL & WILMER LLP |
| 9 | One Arizona Center<br>400 E. Van Buren |
| 10 | Phoenix, AZ 85004-2202<br>Attorney for Defendant |
| 11 | |
| 12 | /s/ A. Sipe |