Daniel D. Maynard, No. 009211
Jennifer A. Sparks, No. 017502
**MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, P.L.C.**
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>  Plaintiff,<br>v.<br><br>THQ, Inc., a corporation,<br><br>  Defendant. | CV 2005-1134-PHX-SMM<br><br>PLAINTIFF'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT |

Pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, Plaintiff, Ultimate Creations, Inc. ("UCI") hereby supplements its initial disclosures of information. Discovery has not been completed at this time and UCI's disclosures are accordingly limited and qualified. UCI reserves its right to amend and modify these disclosures.

**II.   RELEVANT DOCUMENTS**

53. Draft THQ Inc. Non-Exclusive License Agreement dated 5/6/03 (UCI 000216-218).

54. Printout from http://sports.ign.com dated April 1, 2005 "WWE Day of Reckoning 2" (UCI 000219-224).

55. Printout from http://ps2.ign.com dated August 19, 2003 "Warrior Out of Smackdown" (UCI 000225-228).

56. Assignment of Trademarks/Service Marks (UCI 000230-240).

1. 57. Copyright Records (UCI 000241-248).
2. 58. Printout from Wrestling Games Zone dated March 16, 2006 (UCI 000249-253).
3. 59. Printout from Nintendophiles Forums dated March 16, 2006 (UCI 000254-255).
4. 60. Printout from IOW Discussion Forums dated March 16, 2006 (UCI 000256-258).
5. 61. E-mail from Jerry Chandler II dated October 16, 2005 with attached article on Dave Batista interview (UCI 000259-267).
6. 62. THQ News Release (UCI 000268-271).
7. 63. THQ News Release (UCI 000272-275).
8. 64. Agreement between Acclaim Entertainment and UCI dated August 15, 2003 (UCI 000291-299).
9. 65. License Agreement between UCI and JAKKS Pacific, Inc. dated February 1, 2006 (UCI 000300-307).

Document Nos. 53-64 were produced by Plaintiff with its Response to Request for Production dated May 8, 2006. Document No. 65 is attached hereto.

DATED this 19th day of May, 2006.

MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, P.L.C.

By /s/ Dan May
Daniel D. Maynard
Jennifer A. Sparks
1800 Great American Tower
3200 Central Avenue
Phoenix, Arizona 85012
Attorneys for Plaintiff

1  ORIGINAL of the foregoing e-mailed
   and mailed this 19 day of May, 2006; to:
2
   Steven A. Marenberg, Esq.
3  Katharine Galston, Esq.
   *Irell & Manella LLP*
4  1800 Avenue of the Stars, Ste. 900
   Los Angeles, CA 90067-4276
5
   and
6
   COPY of the foregoing mailed
7  this 19 day of May, 2006; to

8  Andrew F. Halaby
   SNELL & WILMER LLP
9  One Arizona Center
   400 E. Van Buren
10 Phoenix, AZ 85004-2202
   Attorney for Defendant
11
12 _/s/ Sipe_____

13

14

15

16

17

18

19

20

21

22

23

24

25

26