Daniel D. Maynard, No. 009211
Jennifer A. Sparks, No. 017502
**MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>　　　　　　Plaintiff,<br>v.<br>THQ, Inc., a corporation,<br>　　　　　　Defendant. | CV 2005-1134-PHX-SMM<br><br>**DISCLOSURE PURSUANT TO FEDERAL RULES OF EVIDENCE 701, 702, 703, 705 AND 705** |

　　　Plaintiff by and through counsel undersigned, and pursuant to this Court's Order of December 20, 2005, hereby identifies the following person who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704 and 705:

　　　Warrior - he is the owner of Ultimate Creations, Inc. ("Ultimate Creations") and his duties do not normally involve giving expert testimony. He will testify that a character that can be created in the wrestling games created by Defendant, THQ, Inc. ("THQ") which are the subjects of this lawsuit is the wrestling character he created and owns, known as "Warrior" and/or the "Ultimate Warrior." His opinion that the character in the THQ games is his character is based upon his review of the character that can be created in the games and is not based on scientific, technical or specialized knowledge. His opinion is also based on his history of negotiating with THQ for the right to license his character, image, name and move sets. He will use the wrestling games created by THQ that are the subject of this litigation and

will review the characters after they are created. He may use blowups of the characters created from the game and compare with films of his wrestling character.

Also, Warrior will testify about the damages that Ultimate Creations has suffered based upon his opinion of what a proper licensing fee should be for his character in a wrestling video game. Warrior's opinion on damages is based upon his knowledge of licensing fees for the use of a wrestling character and his experience in negotiating licensing fees for the use of his character. He will testify that in his opinion the use of his character by THQ is intentional infringement and that THQ is not an innocent user of the trademarks and characters based upon THQ's earlier, unsuccessful request for permission to use "Warrior" and "Ultimate Warrior" marks and movesets associated with the Warrior and Ultimate Warrior character. Also, since the infringement is willful, Warrior will testify that in his opinion a damage award should be based upon an accounting of THQ's profits and a request for treble the award of profits and an award of attorney's fees.

DATED this 4th day of August, 2006.

**MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**

By _____
Daniel D. Maynard
Jennifer A. Sparks
1800 Great American Tower
3200 Central Avenue
Phoenix, Arizona 85012
Attorneys for Plaintiff

**ORIGINAL** of the foregoing mailed electronically this 4th day of August, 2006, to :

Steven A. Marenberg, Esq.
Katharine Galston, Esq.
*Irell & Manella LLP*
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067-4276
Attorneys for Defendant

with a copy mailed to:

Andrew F. Halaby
*Snell & Wilmer LLP*
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorney for Defendant

*S. Sipe*

F:\CLIENTS\ULTIMA11.162\THQ.002\PLDG\Disclosures FRE.wpd