Daniel D. Maynard, No. 009211
Jennifer A. Sparks, No. 017502
**MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, P.L.C.**
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Ultimate Creations, Inc., an Arizona corporation, | CV 2005-1134-PHX-SMM |
|---|---|
| Plaintiff, | PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT |
| v. | |
| THQ, Inc., a corporation, | |
| Defendant. | |

Pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, Plaintiff, Ultimate Creations, Inc. ("UCI") hereby supplements its prior disclosures of information. Discovery has not been completed at this time and UCI's disclosures are accordingly limited and qualified. UCI reserves its right to amend and modify these disclosures.

**I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

　　　　1.   Warrior
　　　　　　　c/o Maynard Cronin Erickson Curran & Sparks, PLC
　　　　　　　3200 N. Central Avenue, Suite 1800
　　　　　　　Phoenix, AZ 85012
　　　　　　　602-279-8500

Warrior has knowledge concerning all statements in the Complaint and is expected to testify about the allegations therein and his unsuccessful negotiations with THQ for a Non-Exclusive License Agreement. He will testify that a character that can be created in the wrestling games created by Defendant, THQ, Inc. ("THQ") which are the subjects of this

lawsuit is the wrestling character he created and owns, known as "Warrior" and/or the "Ultimate Warrior." His opinion that the character in the THQ games is his character is based upon his review of the character that can be created in the games and is not based on scientific, technical or specialized knowledge. His opinion is also based on his history of negotiating with THQ for the right to license his character, image, name and move sets. He will use the wrestling games created by THQ that are the subject of this litigation and will review the characters after they are created. He may use blowups of the characters created from the game and compare with films of his wrestling character.

Also, Warrior will testify about the damages that Ultimate Creations has suffered based upon his opinion of what a proper licensing fee should be for his character in a wrestling video game. Warrior's opinion on damages is based upon his knowledge of licensing fees for the use of a wrestling character and his experience in negotiating licensing fees for the use of his character. He will testify that in his opinion the use of his character by THQ is intentional infringement and that THQ is not an innocent user of the trademarks and characters based upon THQ's earlier, unsuccessful request for permission to use "Warrior" and "Ultimate Warrior" marks and movesets associated with the Warrior and Ultimate Warrior character. Also, since the infringement is willful, Warrior will testify that in his opinion a damage award should be based upon an accounting of THQ's profits and a request for treble the award of profits and an award of attorney's fees.

    2.    Christopher Page
           (Chrispaulpage@blueyonder.co.uk)

Mr. Page has knowledge concerning websites, video games infringing on UCI's trademarks and copyrights.

    3.    Daniel Siegel
           CMG Worldwide, Inc.
           8560 Sunset Boulevard, 10th Floor
           West Hollywood, CA 90069
           (310) 854-1005

Mr. Siegel worked with Warrior in his negotiations with THQ. It is expected that he will testify as to the unsuccessful negotiations and correspondence between the parties regarding same.

4.   Any person referenced in discovery responses; all people listed or referenced in correspondence and documents listed herein.

5.   All witnesses listed by THQ.

6.   There will be a witness who will demonstrate how to create the Warrior character on the various THQ wrestling games. This person can be identified as a 30(b)(6) witness or witness who creates character.

7.   The persons who are designated to respond to 30(b)(6) depositions for THQ.

## II.   RELEVANT DOCUMENTS

1.   Trademark/Service Mark Registrations owned by Ultimate Creations, Inc.
    a.   Registration No. 1,625,919 - Ultimate Warrior (UCI 000001)
    b.   Registration No. 1,708,155 - Warrior (UCI 000002)
    c.   Registration No. 1,818,813 - Ultimate Warrior (UCI 000003)
    d.   Registration No. 1,838,771 - Ultimate Warrior (UCI 000004)
    e.   Registration No. 2,299,387 - Warrior (UCI 000005)
    f.   Registration No. 2,345,959 - Logo (UCI 000006)
    g.   Registration No. 2,348,985 - Generation Warrior (UCI 000007)

2.   Reporter's Transcript of Proceedings - Confidential Settlement Agreement, *Warrior & Ultimate Creations, Inc. vs. Titan Sports, Inc.*, CV 96-15377.[1]

3.   Draft THQ Inc. Non-Exclusive License Agreement dated 7/21/03 (unsigned) (UCI 000008-11)

---

[1] This document is subject to a confidentiality agreement and is, therefore, not being produced.

4. Draft THQ Inc. Non-Exclusive License Agreement dated 8/8/03 (unsigned) (UCI 000012-15)

5. Printout from http://sports.ign.com 10/26/05 - WWE Smackdown: Here Come the CAWs (UCI 000016-24)

6. Printout from http://media.sports.ign.com - 10/26/05 - WWE Smackdown: Here Come the CAWs (UCI 000025-26)

7. News Releases from http://phx.corporate-ir.net (THQ website) (UCI 000027-57).

8. Investor Presentation from THQ website (UCI 000058-76).

9. Portions of THQ 2005 Annual Report (from THQ website) (UCI 000077-106).

10. Printouts from www.thq.com for "Smackdown vs. RAW 2006" "Smackdown vs. RAW" "Wrestlemania 21" "WWE Day of Reckoning" "WWE Day of Reckoning 2" "Smackdown Shut Your Mouth" and "Wrestlemania XIX" (UCI 000107-113)

11. Information from THQ website as to financial reports and corporate information (UCI 000114-129).

12. "Here Comes the Pain" video

13. "PS2 Smackdown vs RAW" video

14. "PS2 Smackdown Just Bring It" video

15. "PS2 Smackdown Shut Your Mouth" video

16. "WWE Day of Reckoning" video

17. "Smackdown vs RAW 2006" video[2]

18. E-mail from Chris Page 2/26/05 (UCI 000130-132).

19. Print-out from psx2codes.com website (WWE Smackdown vs. Raw PS2 Cheat Codes) (UCI 000133-136).

---

[2] It is assumed that THQ has possession of the video games listed as #12-#17, thus they are not provided herewith.

20. E-mails from Chris Page re "SmackDown! vs RAW" 5/1/05-5/6/05 (UCI 000137-142).

21. E-mail from Chris Page 5/6/05 re "SD! vs RAW" (UCI 000143-144).

22. E-mails from Chris Page re "SmackDown! Here Comes the Pain" dated 5/2/05 - 5/6/05 (UCI 000145-151).

23. E-mail from Chris Page 5/3/05 re: "SmackDown! Here Comes the Pain" (UCI 000152-154).

24. Printout from http://cheats.ign.com for WWE Smackdown! Here Comes the Pain (UCI 000155-165).

25. E-mail from Chris Page dated 5/25/05 (UCI 000166).

26. E-mail from Chris Page dated 8/15/05 re WWE RAW 2 for X-box with formula for creating characters (UW CAW RAW2 - RockDemon's UW caw) (UCI 000167-172).

27. E-mail from Chris Page dated 8/20/05 with photos on "SmackDown! Shut Your Mouth" game (UCI 000173-177).

28. E-mail from Chris Page dated 8/22/05 with photos on "SmackDown! Shut Your Mouth" game (UCI 000178-182).

29. E-mail from Chris Page dated 8/22/05 with "SmackDown! Shut Your Mouth" video footage (UCI 000183).

30. E-mail from Chris Page dated 8/17/05 on RAW 2 information (UCI 000184).

31. E-mail from Chris Page dated 9/4/05 with photos from "WWE Day of Reckoning 2" (UCI 000186-190).

32. E-mail from Chris Page dated 9/8/05 with photos and text document with formula to create UW in "WWE Day of Reckoning 2" video (UCI 000191-202).

33. E-mail from Chris Page dated 9/8/05 with additional photos and formulas for

"WWE Day of Reckoning 1" video (UCI 000203-206).

34. E-mail from Chris Page dated 11/29/05 with photos and video from "SmackDown! vs RAW 2006" game (UCI 000207-213).

35. E-mail from Chris Page dated 11/29/05 re new SmackDown! vs. RAW game (UCI 000214).

36. E-mail from Chris Page dated 12/5/05 with video from "SmackDown! vs RAW 2006" game (UCI 000215).

37. Any damages expert's reports.

38. Any and all depositions and exhibits thereto that have been taken or will be taken in this action.

39. Complete files of all expert witnesses, including all documents or authorities relied upon and/or demonstrative exhibits prepared by or for use by any expert.

40. All supporting records or documents or exemplars utilized by experts in this action.

41. Documentation relied upon and/or produced by any expert who is retained to offer testimony at trial.

42. Any and all reports, data, models, charts, diagrams, photographs and/or other demonstrative exhibits used by any witness to demonstrate or illustrate his or her testimony.

43. Resumes or curriculum vitae of any expert testifying in this action.

44. Any and all responses to interrogatories, and requests for admissions obtained in this action, including any documents attached thereto.

45. Any and all documents necessary for impeachment purposes.

46. Any and all documents produced in response to subpoena duces tecum in this action.

47. All exhibits identified by any party in this action in disclosure statements,

|   |     |                                                                                                                      |
|---|-----|----------------------------------------------------------------------------------------------------------------------|
|   |     | responses to discovery requests, and/or lists of witnesses and exhibits including any and all supplements thereto, even if later withdrawn. |
|   | 48. | All documents produced or to be produced, disclosed or discovered by any party to this action. |
|   | 49. | Disclosure statements and all supplements and amendments thereto. |
|   | 50. | All documents withheld by any party that the Court determines are not privileged. |
|   | 51. | All pleadings, motions, responses, replies, and documents attached to same. |
|   | 52. | Supplements, addenda, and/or amendments to any of the foregoing reports or documents. |
|   | 53. | Draft THQ Inc. Non-Exclusive License Agreement dated 5/6/03 (UCI 000216-218). |
|   | 54. | Printout from http://sports.ign.com dated April 1, 2005 "WWE Day of Reckoning 2" (UCI 000219-224). |
|   | 55. | Printout from http://ps2.ign.com dated August 19, 2003 "Warrior Out of Smackdown" (UCI 000225-228). |
|   | 56. | Assignment of Trademarks/Service Marks (UCI 000230-240). |
|   | 57. | Copyright Records (UCI 000241-248). |
|   | 58. | Printout from Wrestling Games Zone dated March 16, 2006 (UCI 000249-253). |
|   | 59. | Printout from Nintendophiles Forums dated March 16, 2006 (UCI 000254-255). |
|   | 60. | Printout from IOW Discussion Forums dated March 16, 2006 (UCI 000256-258). |
|   | 61. | E-mail from Jerry Chandler II dated October 16, 2005 with attached article on Dave Batista interview (UCI 000259-267). |
|   | 62. | THQ News Release (UCI 000268-271). |
|   | 63. | THQ News Release (UCI 000272-275). |

64. Agreement between Acclaim Entertainment and UCI dated August 15, 2003 (UCI 000291-299).

65. License Agreement between UCI and JAKKS Pacific, Inc. dated February 1, 2006 (UCI 000300-307).

### III. COMPUTATION OF DAMAGES

Plaintiff's total damages are undetermined as of this date, but will include disgorgement of Defendant's profits, an award of damages sustained by Plaintiff and costs incurred and to be incurred. Also, Plaintiff is seeking to have the damage award increased by three times and for an award of reasonable attorneys' fees because this is an exceptional case due to Defendant's willful and deliberate act of infringement. Lastly, Plaintiff may seek a reasonable royalty.

DATED this 15th day of September, 2006.

**MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**

By /s/ Daniel D. Maynard
Daniel D. Maynard
Jennifer A. Sparks
1800 Great American Tower
3200 Central Avenue
Phoenix, Arizona 85012
Attorneys for Plaintiff

ORIGINAL of the foregoing e-mailed and mailed this 15th day of September, 2006; to:

Steven A. Marenberg, Esq.
Katharine Galston, Esq.
*Irell & Manella LLP*
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067-4276
Attorneys for Defendant

/s/ Stacey Tanner