Daniel D. Maynard, No. 009211
Jennifer A. Sparks, No. 017502
**MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, P.L.C.**
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>Plaintiff,<br>v.<br><br>THQ, Inc., a corporation,<br><br>Defendant. | CV 2005-1134-PHX-SMM<br><br>**PLAINTIFF'S REBUTTAL EXPERT PURSUANT TO FEDERAL RULES OF EVIDENCE 701, 702, 703, 704 AND 705** |

Plaintiff by and through counsel undersigned, and pursuant to this Court's Order of December 20, 2005, hereby identifies the following person who may be used at trial to present rebuttal expert testimony under Federal Rules of Evidence 701, 702, 703, 704 and 705. UCI reserves its right to amend and modify this expert.

I.  **REBUTTAL EXPERT**

1.  Chris Byerly
    c/o Maynard Cronin Erickson Curran & Sparks, PLC
    3200 N. Central Avenue, Suite 1800
    Phoenix, AZ 85012
    602-279-8500

Mr. Byerly is current a student at DeVry University studying how to create video games and has been a gamer for a number of years. It is anticipated that Mr. Byerly will testify that he has reviewed the various video games that THQ has sold and he has been able to create or unlock the Warrior character. In numerous games, the character can be made rather easily. Mr. Byerly will explain to the finder of fact how the character can be

created, both in looks and in motion, and he is capable of explaining how the character can be unlocked in all the following games:

**Play Station 2**
1. Smack Down v. Raw 2006
2. Smack Down v. Raw
3. Smack Down Here Come the Pain

**Game Cube**
1. Day of Reckoning
2. Wrestlemania XIX

**PSP**
1. Smack Down v. Raw 2006

**X-Box**
1. WWF Raw
2. WWF Raw 2

DATED this 13th day of October, 2006.

                                    **MAYNARD CRONIN ERICKSON CURRAN & SPARKS, P.L.C.**

                                    By *[signature]*
                                    Daniel D. Maynard
                                    Jennifer A. Sparks
                                    1800 Great American Tower
                                    3200 Central Avenue
                                    Phoenix, Arizona 85012
                                    Attorneys for Plaintiff

**ORIGINAL** of the foregoing e-mailed and mailed this 13th day of October, 2006; to:

Steven A. Marenberg, Esq.
Katharine Galston, Esq.
*Irell & Manella LLP*
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067-4276
Attorneys for Defendant

*[signature]*