IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>　　　　　　Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER GRANTING THQ INC.'S MOTION *IN LIMINE* TO PRECLUDE CHRIS BYERLY FROM TESTIFYING IN THE PLAINTIFF'S CASE-IN-CHIEF** |

After considering the papers submitted in support of and in opposition to THQ's motion, arguments of counsel, all other matters presented to the Court, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendant THQ Inc.'s ("THQ's") Motion *In Limine* to Preclude Chris Byerly From Testifying in Plaintiff's Case-In-Chief is hereby GRANTED: Mr. Byerly is precluded from testifying in Plaintiff's case-in-chief.