Daniel D. Maynard, No. 009211
Jennifer A. Sparks, No. 017502
**MAYNARD CRONIN ERICKSON**
**CURRAN & SPARKS, P.L.C.**
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>            Plaintiff,<br><br>v.<br><br>THQ, Inc., a corporation,<br><br>            Defendant. | CV 2005-1134-PHX-SMM<br><br>**NOTICE RE PRETRIAL DOCUMENTS** |

Plaintiff, Ultimate Creations, Inc. ("UCI"), by and through undersigned counsel, files the Joint Case Management Plan, Proposed Preliminary Jury Instructions, Statement of the Case, and Proposed Voir Dire today pursuant to the Court's Order of March 14, 2008. UCI's counsel filed a motion with this court on April 18, 2008 requesting additional time because of his being involved in a ten day arbitration. He has attempted to work with THQ but has not been able to get THQ the materials in as timely a manner as he would have liked or that they needed. It is undersigned counsel's belief that each side's current versions of the Statement of the Case, the Voir Dire questions, and the Preliminary Jury Instructions, are exactly or almost the same. There were minor differences in the last Joint Proposed Case Management Plan. Undersigned counsel reviewed and sent back changes to THQ's counsel on the morning of Thursday, April 24, 2008. There were significant differences between THQ's and UCI's final jury instructions beginning after the introductory instructions. It is undersigned counsel's belief that both parties are filing jury instructions that may be significantly at odds with each

1  other. Clearly, THQ's counsel was ready, willing and able to work with UCI's counsel to
2  completely comply with the Court's order; however, due to a lack of time on behalf of UCI's
3  counsel, there may be duplicate filings and/or incomplete filings in this case.
4      If there are any problems caused as a result of the manner in which the documents were
5  filed, it is due to UCI's counsel who takes full responsibility.
6      DATED this 25th day of April, 2008.

**MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, P.L.C.**

By  s/Daniel D. Maynard
Daniel D. Maynard
Jennifer A. Sparks
1800 Great American Tower
3200 Central Avenue
Phoenix, Arizona 85012
Attorneys for Plaintiff

**ORIGINAL** of the foregoing filed this 25th day of April, 2008 via CM/ECF with:

Clerk of the Court
United States District Court
401 W. Washington
Phoenix, AZ 85003

with a copy mailed (along with a copy of the NEF) and electronically mailed this same day to:

Hon. Stephen M. McNamee
United States District Court
401 W. Washington
Phoenix, Arizona 85003-2120
mcnamee_chambers@azd.uscourts.gov

with a copy electronically mailed this same day to:

| | |
|---|---|
| Steven A. Marenberg, Esq.<br>Kara McDonald, Esq.<br>*Irell & Manella LLP*<br>1800 Avenue of the Stars, Ste. 900<br>Los Angeles, CA 90067-4276<br>Attorneys for Defendant | Andrew F. Halaby<br>*Snell & Wilmer LLP*<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004-2202<br>Attorney for Defendant |

   s/Stacey Tanner