**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>       Plaintiff<br>v.<br><br>THQ Inc., a corporation,<br><br>       Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER** |

Pursuant to stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that any responses to motions in limine shall be filed no later than May 2, 2008.

DATED this 28th day of April, 2008.

_____
Stephen M. McNamee
United States District Judge