**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>        Plaintiff<br><br>   v.<br><br>THQ Inc., a corporation,<br><br>        Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER** |

Having reviewed Ultimate Creations, Inc.'s Unopposed Motion for Extension of Time Re Deadlines (Doc.106) and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the motion (Doc. 106). Accordingly, any responses to motions *in limine* shall be filed no later than **May 5, 2008.**

DATED this 2nd day of May, 2008.

Stephen M. McNamee
United States District Judge