**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>        Plaintiff<br>  v.<br><br>THQ Inc., a corporation,<br><br>        Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER** |

Currently before the Court is Defendant THQ Inc.'s ("THQ") Motion to Strike [Dkt. 105] the following documents filed by Plaintiff Ultimate Creations, Inc. ("UCI"): (1) UCI's Proposed Final Jury Instructions [Dkt. #101]; (2) THQ's [sic] Proposed Voir Dire [included in Dkt. #100-2]; (3) Proposed Preliminary Jury Instructions [included in Dkt. #100-2]; (4) Joint [sic] Proposed Case Management Plan [sic] [included in Dkt. #100-3]; and (5) Statement of the Case [included in Dkt. #100-3].

After considering the motion and the submissions of both parties, the Court has determined that the most appropriate course of action would be to strike Plaintiff's documents (**Docs. 100-2, 100-3**, and **101**) and require Plaintiff to review Defendant's pretrial submissions, and thereafter, either file a stipulation of agreement or an amended version of Defendant's pretrial documents. The amended version shall include proper citations to the law, and the Plaintiff must provide the Court with a version that highlights each of the revisions, including both additions and substitutions.

In particular, the Court expects Plaintiff to file (1) an amended version of Defendant's **joint description of the case** that reflects accurately the state of the case, as it is the Court's ultimate goal to provide the jury with an accurate description of the case; and (2) **final jury instructions** that accurately state the current law and that are not framed in argument. The jury instructions shall be based on Ninth Circuit Model Instructions whenever possible, and if not possible, must include proper citations to relevant authority.

In order to achieve this, the Court will strike Plaintiff's pretrial submissions as requested by Defendant and require Plaintiff to file amended versions of Defendant's previously submitted pretrial documents no later than **May 23, 2008.**[1]

Accordingly,

**IT IS HEREBY ORDERED GRANTING in part and DENYING in part** Defendant's Motion to Strike documents **100-2, 100-3**, and **101**.

**IT IS FURTHER ORDERED** that Plaintiff shall file amended versions of Defendant's previously submitted (1) joint description of the case and (2) final jury instructions no later than **May 23, 2008.**

**IT IS FURTHER ORDERED** that Defendant shall file a stipulation of agreement no later than **May 23, 2008**, as to whichever of Defendant's pretrial documents Plaintiff does not object.

DATED this 7th day of May, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] Defendant will have adequate opportunity to object to any substitutions or additions made by Plaintiff at the final pretrial conference scheduled for **May 28, 2008 at 10:00 a.m.**