**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation,<br><br>　　　　Plaintiff<br><br>　v.<br><br>THQ Inc., a corporation,<br><br>　　　　Defendant. | No. CV-05-1134-PHX-SMM<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 130].  After consideration of the parties' Stipulation,

　　　　**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 130].  This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

　　　　**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

　　　　DATED this 22nd day of September, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　United States District Judge