1  Steven A. Marenberg (Pro Hac Vice)
   Kara D. McDonald (Pro Hac Vice)
2  **IRELL & MANELLA LLP**
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
4  Facsimile: (310) 203-7199
   Email: smarenberg@irell.com
5           kmcdonald@irell.com

6  Patricia Lee Refo (Bar No. 017032)
   Andrew F. Halaby (Bar No. 017251)
7  **SNELL & WILMER L.L.P.**
   One Arizona Center
8  400 E. Van Buren
   Phoenix, Arizona 85004-2202
9  Telephone: (602) 382-6000
   Facsimile: (602) 382-6070
10 Email: prefo@swlaw.com
           ahalaby@swlaw.com
11
   Attorneys for Defendant THQ Inc.
12

13                IN THE UNITED STATES DISTRICT COURT

14                     FOR THE DISTRICT OF ARIZONA

15

16 | ULTIMATE CREATIONS, INC., an  | No. CV-05-1134-PHX-SMM
17 | Arizona corporation,          |
   |                               | **STIPULATION TO SEAL**
18 |             Plaintiff,        | **TRANSCRIPT OF SETTLEMENT**
   |                               | **CONFERENCE PROCEEDINGS**
19 | v.                            |
20 | THQ INC., a corporation,      |
21 |             Defendant.        |

22      Plaintiff ULTIMATE CREATIONS, INC., and defendant THQ INC., stipulate and

23 agree, and hereby request, that the transcript of proceedings at the parties' August 18,

24 2008 settlement conference with United States Magistrate Judge Edward C. Voss be

25 sealed.

26

27

28 / / /

1  The transcript reflects the confidential settlement terms reached by the parties at the settlement conference.[1] Later, with the assistance of the transcript, those terms were reduced to a confidential written settlement agreement, bringing about the final resolution and dismissal of this matter as ordered on September 23, 2008 [Dkt. #131] on the parties' stipulation [Dkt. #130].

The strong policy interest in promoting settlements, *cf.* Fed. R. Evid. 408, supports entry of the requested order, particularly where, as here, confidentiality was an essential term of the parties' settlement. Indeed, the confidentiality order entered by this Court on November 8, 2006 recognized the parties' need to be able to protect sensitive "business, financial, [and] proprietary information." [Dkt. #31 at 3:1-2.] The payment terms of the parties' settlement constitute just such sensitive, competitive business information. No countervailing public interest in the settlement agreement's terms exists. *See, e.g.*, *Gambale v. Deutsche Bank AG*, 377 F.3d 133, 143 (2d Cir. 2004); *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 781-83 (3d Cir. 1994). This case involved a business dispute between private parties — a dispute those private parties resolved without the Court deciding any dispositive issue. *See generally In re Nat'l Sec. Agency Tel. Records Litig.*, 2007 WL 549854 (N.D. Cal. Feb. 20, 2007).

///

---

[1] Consistent with this Court's January 7, 2008 Notice to Members of the Bar re Electronic Availability of Transcripts of Proceedings Before U.S. District and Magistrate Judges, the transcript is not yet available for public copying or online viewing.

- 2 -

1   For the foregoing reasons, this Court respectfully requests that the Court enter the
2 accompanying proposed order sealing the August 18, 2008 settlement conference
3 transcript.

4   DATED this 25th day of September, 2008.

5   SNELL & WILMER L.L.P.                           MAYNARD CRONIN ERICKSON
                                                    CURRAN & SPARKS, P.L.C.

By  /s/ Andrew F. Halaby                            By  /s/  Daniel D. Maynard
    Patricia Lee Refo                                   Daniel D. Maynard
    Andrew F. Halaby                                    Jennifer A. Sparks
    Snell & Wilmer L.L.P.                               1800 Great American Tower
    One Arizona Center                                  3200 N. Central Avenue
    400 East Van Buren                                  Phoenix, Arizona 85012
    Phoenix, Arizona 85004

                                                    *Attorneys for Plaintiff Ultimate
                                                    Creations, Inc.*

IRELL & MANELLA LLP

By  /s/ Kara D. McDonald
    Steven A. Marenberg
    Kara D. McDonald
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067

*Attorneys for Defendant THQ Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2008, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

> Daniel D. Maynard
> Jennifer A. Sparks
> MAYNARD CRONIN ERICKSON
>   CURRAN & SPARKS, P.L.C.
> 1800 Great American Tower
> 3200 North Central Avenue
> Phoenix, Arizona  85012
> Attorneys for Plaintiff

/s/ Kimberly Nunamaker

9142333