UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THQ INC., a corporation,<br><br>    Defendant. | Case No. CV-05-1134-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Seal Transcript of Settlement Conference Proceedings. For good cause shown,

**IT IS HEREBY ORDERED** sealing the August 18, 2008 Transcript of Settlement Conference Proceedings [Dkt. #128] before United States Magistrate Judge Edward C. Voss.