**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., an Arizona corporation, | No. CV-05-1134-PHX-SMM |
| Plaintiff | **ORDER** |
| v. | |
| THQ Inc., a corporation, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation to Seal Transcript of Settlement Conference Proceedings.  For good cause shown,

**IT IS HEREBY ORDERED sealing** the August 18, 2008 Transcript[1] of Settlement Conference Proceedings [Dkt. #128] before United States Magistrate Judge Edward C. Voss.

DATED this 29th day of September, 2008.

Stephen M. McNamee
United States District Judge

_____

[1] Consistent with this Court's January 7, 2008 Notice to Members of the Bar re Electronic Availability of Transcripts of Proceedings Before U.S. District and Magistrate Judges, the transcript is not yet available for public copying or online viewing.